## CONSENT TO JOIN COLLECTIVE ACTION

I am employed by Defendant in the position of Correction Action.

Pursuant to Section 16(b) of the Fair Labor Standards Act, I hereby consent to be a party plaintiff in a collective action brought in the United States District Court for the Southern District of New York entitled *Malcolm. v. The City of New York* to recover unpaid overtime wages, liquidated damages and/or other sums owing to me and to other, similarly-situated employees under the FLSA and other applicable laws. I hereby authorize Moser Law Firm, P.C. to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and option to become a plaintiff herein and to be bound by any settlement of this action or adjudication by the Court.

1/11/20
Date

_Keisha Lewis_
Signature

Kaisha Lewis
Print Name