```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MALCOLM, ET AL..,                              :
                              Plaintiffs,     :
                                               :
      v.                                       :    1:20-cv-09641-ALC
                                               :    ORDER
CITY OF NEW YORK,                              :
                                               :
                              Defendants.     :
                                               :
                                               :
---------------------------------------------------------------:
                                             : x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/20/2021

**ANDREW L. CARTER, JR., District Judge:**

In light of the Parties' agreement that Plaintiffs will amend the Complaint no later than February 15, 2021, the Court hereby DENIES Defendant's request for pre-motion conference without prejudice. The Clerk of Court is respectfully directed to close Dkt. No. 20.

**SO ORDERED.**
**Dated: January 20, 2021**
          **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**