

Paul A. Pagano
Tel: 917.589.1479
paul.pagano@moserlawfirm.com

February 11, 2021

**VIA ECF**
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re:    *Malcolm v. The City of New York*
              20-cv-09641(ALC)

MEMO ENDORSED
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/12/2021

Dear Judge Carter:

    This firm represents the Plaintiffs in the above-referenced matter. This letter is written to respectfully request a one-week extension of time, until February 22, 2021, to file Plaintiffs' amended complaint. The deadline to file the amended complaint is currently February 15, 2021. When Plaintiffs opted to file an amended complaint instead of opposing Defendant's letter motion seeking a conference with respect to moving to dismiss Plaintiffs' complaint the parties agreed to a filing date of February 15, 2021. This is the first (and will be the only) request for an extension of that deadline. The request is on consent of all parties.

                              Respectfully submitted,

                              MOSER LAW FIRM, P.C.

                              By: *Paul Pagano*
                              Paul A. Pagano, Esq.
                              *Attorneys for Plaintiffs*
                              5 East Main Street
                              Huntington, NY 11743
                              (516) 671-1150

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 2/12/2021