

MOSER LAW FIRM, PC

**Paul A. Pagano**
Tel: 917.589.1479
paul.pagano@moserlawfirm.com

July 23, 2021

**VIA ECF**
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/26/2021

    Re:    *Malcolm v. The City of New York*
            20-cv-09641(ALC)

MEMO ENDORSED

Dear Judge Carter:

    This firm represents the Plaintiffs in the above-captioned matter. This letter is submitted in accordance with Rule 1D of Your Honor's Individual Practices to respectfully request a three week adjournment of the briefing schedule for Plaintiffs' motion for conditional certification as follows:

- Plaintiffs' moving papers currently to be filed/served by July 31, 2021 adjourned to August 23, 2021;
- Defendant's opposition papers currently to be filed/served by August 30, 2021 adjourned to September 20, 2021; and
- Plaintiffs' reply papers currently to be filed/served by September 13, 2021 adjourned to October 4, 2021.

    This is the first request for an adjournment of the aforesaid deadlines and is on consent of the parties. The additional time is necessary due to the recent birth of the undersigned's daughter and issues surrounding a recent dental procedure.

                                                               Respectfully submitted,
                                                               MOSER LAW FIRM, P.C.

                                      By: _____
                                                    Paul A. Pagano, Esq.
                                                    *Attorneys for Plaintiffs*
                                                    5 East Main Street
                                                   Huntington, NY 11743
                                                   (516) 671-1150

SO ORDERED: /s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated**: 7/26/2021

cc: All Counsel of Record (VIA ECF)