

**Paul A. Pagano**
Tel: 917.589.1479
paul.pagano@moserlawfirm.com

October 1, 2021

**VIA ECF**

The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re:    *Malcolm v. The City of New York*
             20-cv-09641(ALC)

Dear Judge Carter:

    This firm represents the Plaintiffs in the above-captioned matter. On September 15, 2021, Defendant, on consent of Plaintiffs, requested an adjournment of its time to oppose Plaintiffs' motion for conditional certification to October 20, 2021. Your Honor granted the request and thereafter the parties realized that they did not propose a reply date. To that end, Plaintiffs, on consent of Defendant, ask that their reply be permitted to be served/filed on November 22, 2021.

                           Respectfully submitted,

                           MOSER LAW FIRM, P.C.

              By:  *Paul Pagano*
                       Paul A. Pagano, Esq.
                     *Attorneys for Plaintiffs*
                     5 East Main Street
                     Huntington, NY 11743
                     (516) 671-1150

cc: All Counsel of Record (VIA ECF)