UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/19/2021__

OMAR MALCOLM, KARVEN ALCINDOR, ANTHONY APONTE, SHIRLENE BLAIR, DERYCK CHARLES, LATIF CORNELIUS, LANAE CURRY, JOSE DEJESUS, SHAKIYNA ESPINO, ROBERTO FERNANDEZ, VLAJEMY FRANCOIS, CRYSTAL GARNETT, CHANTEL GOUVEIA, APRIL HERNEY-KOSAKOWSKI, TAMELLE HILLIARD, YOLANDA HOLMES, MONIQUE JOHNSON, KEYSHA LEWIS, CAROLYN MARAJ, HUZIRAN MOZEB, ZHIHUI PU, DAVID RUDDOCK, MYRLINE ULYSSES, and BRICE WILLIAMS, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

THE CITY OF NEW YORK,

Defendant.

Case No. :20-cv-9641-ALC

**SO-ORDERED STIPULATION TO TOLL STATUTE OF LIMITATIONS FOR OPT-IN PLAINTIFFS**

IT IS HEREBY STIPULATED AND AGREED by and among the parties, who are authorized by their respective clients to execute this Stipulation, that the statute of limitations with respect to any individual who elects to opt-into this action under 29 U.S.C. § 216 shall be tolled for the period from the date on which the Plaintiffs served their Motion for Conditional Certification (August 23, 2021) until a decision on Plaintiff's motion for conditional certification is issued by the Court.

Dated: October 18, 2021

MOSER LAW FIRM, P.C.
*Attorneys for Plaintiffs*


*Paul Pagano*
By: Paul A. Pagano
5 E. Main Street
Huntington, NY 11743
(917) 589-1479
paul.pagano@moserlawfirm.com

Dated: October 18, 2021

THE CITY OF NEW YORK, LAW DEPT.
*Attorneys for Defendant*


By: Kami Barker
100 Church Street
New York, NY 10007
(646) 960-1103
kbarker@law.nyc.gov

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated: October 19, 2021**

1