

**Paul A. Pagano**
Tel: 917.589.1479
paul.pagano@moserlawfirm.com

December 14, 2021

**VIA ECF**
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

      Re:    *Malcolm v. The City of New York*
               20-cv-09641(ALC)

Dear Judge Carter:

      This firm represents the Plaintiffs in the above-captioned matter. This letter is written to respectfully request a brief adjournment of Plaintiffs' time to submit reply papers in connection with its motion for conditional certification, on consent, from December 22, 2021 to January 7, 2022.
      The original reply date was September 13, 2021. While same has been adjourned a few times as a result of the parties' seeking adjournments of the deadlines to file moving papers and opposition papers, an independent application to adjourn the reply deadline has not previously been made. As stated above, Defendant consents to Plaintiffs' request.

                                    Respectfully submitted,

                                    MOSER LAW FIRM, P.C.

By:    *Paul Pagano*
                                   Paul A. Pagano, Esq.
                                   *Attorneys for Plaintiffs*
                                   5 East Main Street
                                   Huntington, NY 11743
                                   (516) 671-1150

cc: All Counsel of Record (VIA ECF)