

**MOSER LAW FIRM, PC**

**Steven J. Moser**
Tel: 516-671-1150
steven.moser@moserlawfirm.com

January 4, 2022

**VIA ECF**

The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/5/2022

Re:   *Malcolm v. The City of New York,* 20-cv-09641(ALC)

**MEMO ENDORSED**

Dear Judge Carter:

    This firm represents the Plaintiffs in the above-captioned matter. The current deadline for filing Plaintiff's reply in further support of Plaintiffs' Motion for Conditional Certification and Court authorized notice to the collective (September 1, 2021, ECF No. 47) is this Friday, January 7, 2022.

    With the Defendant's consent, we respectfully request an extension of the time to file the reply until February 7, 2022. The reason for this request is that the attorneys responsible for the prosecution of this case and their families have contracted Covid-19.

                            Respectfully submitted,

                             MOSER LAW FIRM, P.C.

By:   /s
                             Steven J. Moser
                             *Attorneys for Plaintiffs*
                             5 East Main Street
                             Huntington, NY 11743
                             (516) 671-1150

cc: All Counsel of Record (VIA ECF)

    Application **GRANTED**.

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

    **Dated:** January 5, 2022