

**Steven J. Moser**
Tel: 516-671-1150
steven.moser@moserlawfirm.com

February 4, 2022

**VIA ECF**

The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   *Malcolm v. The City of New York,* 20-cv-09641(ALC)

Dear Judge Carter:

This firm represents the Plaintiffs in the above-captioned matter. The current deadline for filing Plaintiff's reply in further support of Plaintiffs' Motion for Conditional Certification and Court authorized notice to the collective (September 1, 2021, ECF No. 47) is Monday, February 7, 2022.

With the Defendant's consent, we respectfully request a extension of the time to file the reply until February 21, 2022. The reason for this request is that the attorneys responsible for this case and their families contracted covid earlier this year and the interruption has caused a backlog in work.

                                        Respectfully submitted,

                                        MOSER LAW FIRM, P.C.

                            By:   /s
                                        Steven J. Moser
                                        *Attorneys for Plaintiffs*
                                        5 East Main Street
                                        Huntington, NY 11743
                                        (516) 671-1150

cc: All Counsel of Record (VIA ECF)