

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

# Law Office of Paul A. Pagano, P.C.

February 15, 2022

**VIA ECF**
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re:    *Malcolm v. The City of New York*
            20-cv-09641(ALC)

Dear Judge Carter:

    I have previously appeared as counsel for the Plaintiffs in this action while working with Moser Law Firm, P.C. I am no longer working with said firm and will be appearing as counsel on behalf of my own firm the Law Office of Paul A. Pagano, P.C. along with Jason L. Abelove of the Law Offices of Jason L. Abelove, P.C., and Yale Pollack of the Law Offices of Yale Pollack, P.C. We are working to file notices of appearance and a substitution of counsel as soon as possible, but it is taking some time due to the number of Plaintiffs involved (24).

    In the interest of keeping the litigation on track we are finalizing reply papers in connection with Plaintiffs' motion for conditional collective certification and for notice to the collective (Docket Entry 47) and intend to file same by the February 21st deadline. It appears that the memorandum of law will be approximately 12 pages which is 2 pages over Your Honor's limit for replies. We respectfully request that the 10 page limit be enlarged to 12 pages. We note that our request is on consent of Defendant's counsel.

    Respectfully submitted,

    Law Office of Paul A. Pagano, P.C.

By: *Paul Pagano*
      Paul A. Pagano, Esq.
      *Incoming Attorneys for Plaintiffs*
      100 Duffy Street, Suite 510
      Hicksville, NY 11801
      (917) 589-1479

cc: All Counsel of Record (VIA ECF)