

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

**Law Office of Paul A. Pagano, P.C.**

March 1, 2022

<u>VIA ECF</u>
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

  Re: *Malcolm v. The City of New York*
    20-cv-09641(ALC)

Dear Judge Carter:

  This letter is written to respectfully request an initial conference in the above referenced matter.

          Respectfully submitted,

          Law Office of Paul A. Pagano, P.C.

     By: *Paul Pagano*
          Paul A. Pagano, Esq.
          *Incoming Attorneys for Plaintiffs*
          100 Duffy Street, Suite 510
          Hicksville, NY 11801
          (917) 589-1479

cc: All Counsel of Record (VIA ECF)