

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

**Law Office of Paul A. Pagano, P.C.**

March 18, 2022

<u>VIA ECF AND EMAIL</u>
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

    Re:   *Malcolm v. The City of New York*
            20-cv-09641(ALC)

Dear Judge Carter:

    This letter is written to respectfully inquire as to the status of the parties' proposed briefing schedule.

    On March 10, 2022, Defendant's counsel submitted a letter to the Court seeking, on consent: (1) an extension of her time to oppose Plaintiffs' letter seeking a pre-motion conference in connection with moving to amend Plaintiffs' first amended complaint ("FAC"); and (2) approval of the parties' proposed briefing schedule for Plaintiffs' forthcoming motion for reconsideration and, if the Court permits, leave to amend the FAC.

    On March 15, 2022, the Court issued an order granting Defendant an extension of time to submit her opposition letter, but the order was silent with respect to the parties' proposed briefing schedule. The parties wish to know if the Court approves the briefing schedule.

    The parties wish to note that the letter is only being sent by email (in addition to being electronically filed) as, in the absence of Court approval of the briefing schedule, Plaintiffs' motion will have to be submitted by March 22, 2022.

                                             Respectfully submitted,

                                             Law Office of Paul A. Pagano, P.C.

                 By: _*Paul Pagano*_____
                                           Paul A. Pagano, Esq.
                                           *Incoming Attorneys for Plaintiffs*
                                           100 Duffy Street, Suite 510
                                           Hicksville, NY 11801
                                           (917) 589-1479

cc: All Counsel of Record (VIA ECF)