UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

MALCOLM, ET AL.,

            **Plaintiffs,**

    v.                                  1:20-CV-09641-ALC

                                          <u>**ORDER**</u>

CITY OF NEW YORK,

            **Defendant.**

-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/31/2022

**ANDREW L. CARTER, JR., District Judge:**

My Opinion and Order dated March 8, 2022 (ECF No. 67) instructed the Clerk of Court to terminate the motion at ECF No. 25 in error. The motion that should be terminated, and which was the subject of that Opinion and Order, is located at ECF No. 31. Accordingly, the Clerk is requested to terminate the motion to dismiss at ECF No. 31.

SO ORDERED.

Dated: March 31, 2022

      New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**