

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

# Law Office of Paul A. Pagano, P.C.

April 4, 2022

**VIA ECF**
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re:    *Malcolm v. The City of New York*
            20-cv-09641(ALC)

Dear Judge Carter:

    This letter is submitted in response to Your Honor's request that the parties meet and confer with respect to a briefing schedule for Plaintiffs' motion to amend.  After such meet and confer, the parties have agreed that, subject to the Court's approval, both the motion for reconsideration and the motion to amend will be briefed in accordance with the current schedule for the motion for reconsideration:

- Moving Papers-April 6, 2022
- Opposition Papers- April 13, 2022
- Reply Papers- April 20, 2022

    Respectfully submitted,

    Law Office of Paul A. Pagano, P.C.

By: *Paul Pagano*
      Paul A. Pagano, Esq.
      *Attorneys for Plaintiffs*
      100 Duffy Street, Suite 510
      Hicksville, NY 11801
      (917) 589-1479

cc: All Counsel of Record (VIA ECF)