UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

OMAR MALCOLM, KARVEN ALCINDOR, ANTHONY APONTE, SHIRLENE BLAIR, DERYCK CHARLES, LATIF CORNELIUS, LANAE CURRY, JOSE DEJESUS, SHAKIYNA ESPINO, ROBERTO FERNANDEZ, VLAJEMY FRANCOIS, CRYSTAL GARNETT, CHANTEL GOUVEIA, APRIL HERNEY-KOSAKOWSKI, TAMELLE HILLIARD, YOLANDA HOLMES, MONIQUE JOHNSON, KEYSHA LEWIS, CAROLYN MARAJ, HUZIRAN MOZEB, ZHIHUI PU, DAVID RUDDOCK, MYRLINE ULYSSES, and BRICE WILLIAMS, individually and on behalf of all others similarly situated,

Civil Action No.:
20-CV-9641-ALC

**NOTICE OF APPEARANCE**

Plaintiffs,

-against-

THE CITY OF NEW YORK,

Defendant.

---------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Yale Pollack, Esq. of the Law Offices of Yale Pollack, P.C., hereby appears as co-counsel to Plaintiffs, with Law Office of Paul A. Pagano, P.C. and Law Offices of Jason L. Abelove, P.C., in connection with the above-captioned action. Please forward all future correspondence and papers in this action to the attention of the undersigned.

Dated: April 5, 2022
Syosset, New York

Respectfully submitted,
**LAW OFFICES OF YALE POLLACK, P.C.**

By: */s/ Yale Pollack*
Yale Pollack, Esq.
*Attorneys for Plaintiffs*
66 Split Rock Road
Syosset, New York 11791
(516) 634-6340