UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OMAR MALCOLM, KARVEN ALCINDOR, ANTHONY APONTE, SHIRLENE BLAIR, DERYCK CHARLES, LATIF CORNELIUS, LANAE CURRY, JOSE DEJESUS, SHAKIYNA ESPINO, ROBERTO FERNANDEZ, VLAJEMY FRANCOIS, CRYSTAL GARNETT, CHANTEL GOUVEIA, APRIL HERNEY-KOSAKOWSKI, TAMELLE HILLIARD, YOLANDA HOLMES, MONIQUE JOHNSON, KEYSHA LEWIS, CAROLYN MARAJ, HUZIRAN, MOZEB, ZHIHUI PU, DAVID RUDDOCK, MYRLINE ULYSSES, and BRICE WILLIAMS, individually and on behalf of all others similarly situated,

Docket No. 20-CV-9641(ALC)

**NOTICE OF APPEARANCE**

-----------------------------------------------------------------X

PLEASE TAKE NOTICE that the Law Offices of Jason L. Abelove, P.C. hereby appears as co-counsel to Plaintiffs, with Law Office of Paul A. Pagano, P.C. and Law Offices of Yale Pollack, P.C., in connection with the above-captioned action. Please forward all future correspondence and papers in this action to the attention of the undersigned.

Dated: May 24, 2022
       Garden City, New York

Respectfully submitted,

LAW OFFICES OF JASON L. ABELOVE, P.C.

By: _____
Jason L. Abelove, Esq., (JLA-5327)
Attorneys for Defendants
666 Old Country Road, Suite 303
Garden City, New York 11530
(516) 222-7000