```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
------------------------------------------x ELECTRONICALLY FILED
Omar Malcolm, et. al.,                    : DOC#: _____
                                          : DATE FILED: Oct. 12, 2022
                                          :
                            Plaintiffs,   :
                                          :   20-cv-9641 (ALC)
                 -against-                :
                                          :   ORDER
City of New York,                         :
                                          :
                            INC.,         :
                          Defendant.      :
------------------------------------------x
```

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's Court conference:

- Plaintiffs' request for leave to file the Amended Complaint at ECF No. 80 is **GRANTED**.
- Plaintiffs' motion for reconsideration is **DENIED**.
- Defendants' motion for leave to file a late answer is **DENIED** as moot, but they are **GRANTED** leave to file a renewed motion to dismiss or answer to Plaintiffs' Amended Complaint at ECF No. 80.

In follow-up from the Conference:

- **October 17, 2022**: Defendants are ordered to file a letter stating whether they intend to file a renewed motion to dismiss or amend their answer in response to Plaintiffs' Amended Complaint at ECF No. 80.
    - Defendants' motion to dismiss or amended answer will then be due on October 31, 2022. Plaintiffs' opposition will be due on November 14, 2022.
- **October 21, 2022**: The parties are ordered to file a Joint Status Report on a proposed scheduling / case management order.

The Clerk of Court is respectfully directed to terminate ECF Nos. 66, 80, and 85.

**SO ORDERED.**

Dated:   Oct. 12, 2022
         New York, New York

                                           _____
                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**