NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____        Nov 14, 2022 4:11 PM
Signature                                                                                  Date

Justin Shamir Abasi
Print Full Legal Name

_____
Address

_____
City                                                                         State            Zip Code

_____
Telephone Number

roseaabasi@gmail.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit            or            NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006