**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1011982

*MAL00006DE8FA*

 

RAQUEL ROSARIO    4276-T22 P1

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____     Date  11-26-22

Print Full Legal Name  *Raquel Rosario*

Address _____

City _____    State _____    Zip Code _____

Telephone Number _____

Email address  *ROCKY8578@AOL.COM*

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit     or     NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____          Nov 22, 2022 7:57 AM
Signature                                                                                       Date

Psymon NA Rotachev
_____
Print Full Legal Name

_____
Address

_____
City                                                                        State            Zip Code

_____
Telephone Number

psymonrotachev@gmail.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                         or            NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1007307

*MAL0000852366*



RONALD RUDOLPH



8054-T39 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____         11/25/22
Signature                                                Date

Ronald Rudolph
_____
Print Full Legal Name                              ,

_____
Address

_____
City                                    State       Zip Code

_____
Telephone Number

Ru910@AOL.COM
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit            or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1007373

\*MAL000819347\*





7310-T35 P2

VERONICA RYMER

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Veronica L Rymer
_____
Signature

12/01/22
_____
Date

Veronica L Rymer
_____
Print Full Legal Name

_____
Address

_____
City                                  State        Zip Code

_____
Telephone Number

Veronica Rymer @ yahoo.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

7310

<br />

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Nov 30, 2022 6:15 PM

Signature                                                                 Date

Domingos M Salgado

Print Full Legal Name

Address

N

City                                                          State          Zip Code

Telephone Number

mingos7289@yahoo.com

Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Nov 22, 2022 12:26 PM

_____     _____
Signature                                                                                          Date

Norda Venica Samuels
_____
Print Full Legal Name

_____
Address

_____
City                                                                             State            Zip Code

_____
Telephone Number

nosamuels@optimum.net
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1007481

*MAL00007F7DC8*



HAROLD IR SANCHEZ

6049-T30 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _Harold Sanchez_

Date _11-29-2022_

Print Full Legal Name _Harold Sanchez Sr_

Address

City                                           State          Zip Code

Telephone Number          _Haroldsanchez800@g-mail.com_

Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

6049

Claim Number: 1002092



*MAL000074198B*

WILLIAM SANCHEZ



5152-T26 P3

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____     Date _12/04/22_

Print Full Legal Name  _William Sanchez_

Address _____

City _____     State _____  Zip Code _____

Telephone Number _____

Email address  _WilliamSanchez2639@gmail.com_

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit               or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006



Claim Number: 1002170

\*MAL000072BCCF\*



MARCELLA SAPP



3767-T19 P3

||l·|·||l|·|··|ll··|··||l|·|··||l·|··|l|··|l|·|·|··||·|··|l|··||l··||·|·|

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____  Date 11/27/2022

Print Full Legal Name _Marcella Sapp_

Address _____

City _____  State _____ Zip Code _____

Telephone Number _____

Email address _marel63516@yahoo.com_

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

3767

Claim Number: 1002185

*MAL00008682BE*



ANTHONY SATURNI



6272-T31 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____     Date 11/24/2022

Print Full Legal Name  Anthony Junior Saturni

Address _____

City _____     State _____     Zip Code _____

Telephone Number _____

Email address  anthonysaturni93@Gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit      or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

6272

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____     Nov 22, 2022 4:31 PM

Signature                                                    Date

Renee  Sheila Saundres Harris

Print Full Legal Name

_____

Address

_____

City                                               State          Zip Code

_____

Telephone Number

renee9230@gmail.com

Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                 or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____          Dec 2, 2022 7:09 AM
Signature                                                                               Date

ROBERT Joseph  SCLAFANI
_____
Print Full Legal Name

_____
Address

_____
City                                                                State          Zip Code

_____
Telephone Number

rsclafani23@yahoo.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1010576

*MAL00006502F8*





WARREN SERAPHIN    2705-T14 P2

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

| | |
|---|---|
| Signature | 11-18-22 |
| | Date |

WARREN SERAPHIN
Print Full Legal Name

Address

City      State      Zip Code

Telephone Number

WSeraphin1804@gmail.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to
NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit    or    NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1010578

*MAL000074294A*



THARITAR SERNA



5387-T27 P2

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____     11/30/2022

Signature                                    Date

Tharitar      Serna

Print Full Legal Name

_____

Address

_____

City                              State        Zip Code

_____

Telephone Number

tharitar 8 @ gmail. com

Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit              or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1010597

*MAL00008 16FF4*

SHERENE SEWELL

4437-T22 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____ Date 11/29/2022

Print Full Legal Name  Sherene Sewell

Address _____

City _____  State _____  Zip Code _____

Telephone Number _____

Email address  ShereneSp20@gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

4437

Claim Number: 1010638




*MAL000078AE64*

SHENICE SHAY

2379-T12 P2

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____  Date 11/18/22

Print Full Legal Name: Shenice S Shay

Address _____

City _____  State _____  Zip Code _____

Telephone Number _____

Email address: Shay.Shenice@gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

2379

Claim Number: 1010703

*MAL00006C327C*



LENORA SIMMONS



2293-T12 P1

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

*Simmons, Lenora*      11/18/22
Signature                    Date

*Lenora Simmons*
Print Full Legal Name

Address

City                              State      Zip Code

Telephone Number

*lsimmons6085@gmail.com*
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit      or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

2293

Claim Number: 1006477

*MAL0000695265*



ASCHELLE SKEPPLE



2893-T15 P2

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____     Date  12/04/22

Print Full Legal Name   Aschelle Skepple

Address _____

City _____     State _____     Zip Code _____

Telephone Number _____

Email address   Ashepple2000@yahoo.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to
NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit           or     NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1006566

*MAL00008CC44F*

KIMBERLY SMITH

4943-T25 P3

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature

Date 01 | 12 | 2022

Print Full Legal Name Kimberly L Smith

Address

City      State      Zip Code

Telephone Number

Email address Kimsmith1987.ks@gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit     or     NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

4943

Scanned with CamScanner

Claim Number: 1006595

*MAL00006A88B9*



RANDLE SMITH



8839-T41 P1

|ı••ı|||ıı•ı||ıı•ı|•ı|•ı•ı||ımı|•||•ı|•••ı||•ıı|ıı|ı|ı

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

11.29.2022

_____     _____
Signature                                              Date

Randle Smith

Print Full Legal Name

_____

Address

_____

City                                      State          Zip Code

_____

Telephone Number

randlecs@aol.com

Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

8639

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____          Nov 22, 2022 3:14 PM
Signature                                                                              Date

Ransford  Smith George
_____
Print Full Legal Name

_____
Address

_____
City                                                                State            Zip Code

_____
Telephone Number

ransford_27@yahoo.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____          Nov 22, 2022 2:27 PM
Signature                                                                                           Date

Yohan Laurens Smith
_____
Print Full Legal Name

_____
Address

_____
City                                                                        State            Zip Code

_____
Telephone Number

smith_yohan@yahoo.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1001673

*MAL00007D1CB7*



PETER SOLLECITO



10939-T52 P1

|·|·|····|||||·|·|·|·|||·|·|·|·|·||||·|||·|·|·|·|·|·|||||·····

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____     11/25/22
Signature                                    Date

_Pete Sollecito_
Print Full Legal Name

_____
Address

_____
City                              State     Zip Code

_____
Telephone Number
NYCAx 16 @ Gmail.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to
NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit           or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006



10939

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____     Nov 22, 2022 9:19 AM
Signature                                                                                          Date

Peter N/a Sosa
_____
Print Full Legal Name

_____
Address

_____
City                                                                        State              Zip Code

_____
Telephone Number

pjmasta04@gmail.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                     or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1001692



*MAL00008AD972*

KALVIN SOSOO



1619-T8 P1

ıllıldˈllllıılıˈˈˈˈlˈlllⁱqₒₒˈˈ₁ₒₘˈˈlₒₚˈlˈllₒₒˈˈllⁱllₘlⁱllˈdˈl

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____          _____
Signature                                               Date          11/29/22

Print Full Legal Name          Kalvin Sosoo

_____
Address-

_____
City                                                   State          Zip Code

_____
Telephone Number

Email address          Kalvin K Sosoo @ Gmail. Com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

1619

Claim Number: 1001746

*MAL0000725135*



LATASHA SPILLER



6372-T31 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____

Date  11/28/2022

Print Full Legal Name  Latasha Spiller

Address _____

City _____   State _____   Zip Code _____

Telephone Number _____

Email address  SpillerLatasha@gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit              or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

6372

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Nov 29, 2022 4:16 PM

_____          _____
Signature                                                                                              Date

Nikolaos Ioannis Spiris
_____
Print Full Legal Name

_____
Address

_____
City                                                                                        State                    Zip Code

_____
Telephone Number

nikos70spiris@gmail.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or              NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1001767

*MAL00006A0D2B*




YAMILE ST FLEUR                    2359-T12 P2

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____          Date __11/29/22__

Print Full Legal Name __Yamile St Fleur__

Address _____

City _____          State ____          Zip Code ____

Telephone Number _____

Email address __YstFleur21@gmail.com__

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit               or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1001789

*MAL00006EB7A7*





SAMUEL STANLEY                    2943-T15 P2

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____     Date __11/25/22__

Print Full Legal Name __S Anuer ST Awley__

Address _____

City _____     State _____     Zip Code _____

Telephone Number _____

Email address __ST Awley meutf @ yahoo . com__

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

2943

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____          Nov 22, 2022 1:10 AM
Signature                                                                                          Date

Adrean  Lotie Stoute
_____
Print Full Legal Name

_____
Address

_____
City                                                                    State                Zip Code

_____
Telephone Number

astoute_2001@yahoo.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1009188

*MAL00008FA713*

 

DARRYLE SWINDELL IR

5968-T29 P3

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____   Date 11/29/2022

Print Full Legal Name _Darryle Swindell Jr_____

Address _____

City _____  State _____  Zip Code _____

Telephone Number _____

Email address _Darrylesswindell4@gmail.com_____

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006



5966

Claim Number: 1009224


*MAL000087D83D*

CUAYANI TANNIS


692-T4 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____     11/19/2022
Signature                                                              Date

CUAYANI   TANNIS
Print Full Legal Name


Address


City                                                          State            Zip Code

Telephone Number

Cuayani85@gmail.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1009273

*MAL00008C6DC4*



LAKIA TAYLOR



10628-T50 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature

Date

11/18/2022

Print Full Legal Name

Lakia Taylor

Address

City                                                    State /          Zip Code

Telephone Number

Lakiataylor@gmail.com

Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

10628

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____     Dec 2, 2022 9:53 AM
Signature                                                                                          Date

Poholassiki NA TCHODIE
_____
Print Full Legal Name

_____
Address

_____
City                                                                          State              Zip Code

_____
Telephone Number

poholassiki@gmail.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____          Dec 1, 2022 8:01 PM
Signature                                                                                          Date

Cheleah Monet  Terry
_____
Print Full Legal Name

_____
Address

_____
City                                                                        State              Zip Code

_____
Telephone Number

cheleah.terry@gmail.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                          or            NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____         Nov 28, 2022 7:08 PM
Signature                                                                                          Date

Gregory O'Donald Terry
_____
Print Full Legal Name

_____
Address

_____
City                                                                        State            Zip Code

_____
Telephone Number

gregterry20s@yahoo.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                        or            NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

*S. T. Watso*                                     Nov 22, 2022 8:06 AM

Signature                                                             Date

Sandra Michele  Thomas-Watson

Print Full Legal Name

Address

City                                                State              Zip Code

Telephone Number

sandramthomas123@yahoo.com

Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1006789

*MAL0000793F6F*




MARIE THOMPSON-THOMAS          • 2417-T12 P2

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature                                                              11/18/22
                                                                       Date

Marie Thompson-Thomas
Print Full Legal Name

Address

City                                                    State          Zip Code

Telephone Number

MarieThompson1014@gmail.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or     NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

2417

Claim Number: 1001884

*MAL0000702539*



LYNMARIE TORRES

3796-T19 P3

|ᵗ|ᵗᵗᵗᵗᵗ|ᵗᵗ|ᵗᵗᵗᵗᵗᵗᵗᵗ|ᵗ|ᵗᵗᵗᵗᵗᵗᵗ|ᵗ|ᵗᵗᵗᵗᵗᵗ|ᵗᵗᵗᵗᵗᵗ|ᵗᵗ|ᵗᵗᵗᵗ|

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature: *Lynmarie Torres*

Date: Nov 28, 2022

Print Full Legal Name: LynMarie Torres

Address:

City:

State:

Zip Code:

Telephone Number:

Email address: LynMTorres@yhoo.Com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1001906

*MAL00007F69E6*

 

DEVON TRAILLE                                 11602-T55 P13

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature

Date 11/25/32

Devon R. Traille

Print Full Legal Name

Address

City                                                         State          Zip Code

Telephone Number

Traille Devon 96 @ GMAil. Com.

Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit              or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____          Nov 30, 2022 11:58 AM
Signature                                                                                          Date

Nicholas Joseph Trocchia
_____
Print Full Legal Name

_____
Address

_____
City                                                                         State              Zip Code

_____
Telephone Number

nicholastrocchia@hotmail.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                              or            NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1001939



*MAL000070CC6B*

HUE TRUONG



7138-T34 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit or (2) 1/3 of the gross settlement or judgment amount.

Signature _____

Date  11 / 22 / 2022

Print Full Legal Name  Hue Truong

Address _____

City _____   State _____   Zip Code _____

Telephone Number _____

Email address  Hue. C. Truong @ Gmail. com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

7138

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____          Nov 29, 2022 9:00 PM
Signature                                                                                              Date

Yanelys E Urena
_____
Print Full Legal Name

_____
Address

_____
City                                                                                State          Zip Code

_____
Telephone Number

yanelysurena@yahoo.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                         or            NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____     Nov 22, 2022 9:36 AM
Signature                                                                                            Date

Damien N/A Valentine
_____
Print Full Legal Name

_____
Address

_____
City                                                                         State              Zip Code

_____
Telephone Number

valentine.damien09@gmail.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                      or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1002079

*MAL00008BEE67*



KEVIN VANN



713-T4 P1

 իկիկիկիկիկիկիկիկիկիկիկիկիկիկիկ

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_Kevin Vann_
Signature

_12/01/2022_
Date

_Kevin Van_
Print Full Legal Name

Address

City                                State        Zip Code

Telephone Number

_Kevin Vann 8@gmail.com_
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or     NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

Claim Number: 1011484




*MAL00007C7AAC*

DIONA VELEZ

4547-T23 P1

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature: *Diona Velez*

Date: 11/22/22

Print Full Legal Name: Diona S. Velez

Address:

City:     State:     Zip Code:

Telephone Number:

Email address: Diona Velez@Gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit     or     NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

4547

Claim Number: 1011503

*MAL000073F35C*



ROBERT VENECHANOS



5478-T27 P3

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature

Date 11/18/2022

Robert Peter Venechanos
Print Full Legal Name

_____
Address

_____
City                          State          Zip Code

Telephone Number

RPVENECHANOS @ GMAIL. COM
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

5478

Claim Number: 1011507

*MAL00008F01AF*



JAMES VENTURINO-HOLLE



6278-T31 P1

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

| | |
|---|---|
| Signature | 11/20/2022 Date |

Print Full Legal Name: James Venturino-Holley

Address

City _____ State _____ Zip Code _____

Telephone Number

Email address: Vento117@aol.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

6278

Claim Number: 1011571

*MAL0000691BF5*

 

DEREK WAAGE

6333-T31 P1

ıldıllılj│ıııljıljıılınıjılll│jllllıilııılıllljljllljljl

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____          ___11/29/22___
Signature                                        Date

DEREK Arnold Waage
Print Full Legal Name

_____
Address

_____
City                                   State          Zip Code

_____
Telephone Number

dwaage7@aol.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit            or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006



## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____     Nov 22, 2022 11:53 AM
Signature                                                                              Date

Joseph M Rosado
_____
Print Full Legal Name

_____
Address

_____
City                                                                       State            Zip Code

_____
Telephone Number

joseph.yankee1@gmail.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006