NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1010940

*MAL000079A00D*





ARIELLE AVIN

3018-T16 P1

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature: [signature] Date: 11/21/22

Print Full Legal Name: Arielle Avin

Address

City State Zip Code

Telephone Number

Email address: arielle.avin02@gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006

or

NYCDOCLawsuit@noticeadministrator.com

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1010949

*MAL00006CDCD3*



OSIEWUNDO AYUBA



2320-T12 P1

ᵖᵘᵗ|ᵃˡᵘ|ᵗᵘ|ˡˡ|ᵗᵘ|ˡᵃ|ᵗᵘ|ᵗᵘ|ˡᵗ|ᵗᵘᵗ|ˡˡᵘᵗᵘ|ˡˡ|ˡᵃ|ᵗᵘ|ᵃˡ|ᵗᵘ|ˡˡᵘ|ˡᵗ|ˡˡ

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature: *(signature)*    Date: Jan 3rd, 2023

Print Full Legal Name: Osiewundo Ayuba

Address: _____

City: _____    State: _____    Zip Code: _____

Telephone Number: _____

Email address: abiodunoa@hotmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1008895

*MAL0000632489*

  

JONATHAN BAUMER                                              10924-T52 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____

Jonathan L. Baumer
Print Full Legal Name

Date  1/10/2023

Address _____

City _____                    State _____    Zip Code _____

Telephone Number _____

Jonbaumer1@gmail.com
Email address

This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.

Please Return this Form to:

NYC DOC Lawsuit              or       NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

10924

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1008046



*MAL00007F168A*

LATANYA BROWN



5186-T26 P3



# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____    _____
Signature                                    Date

_____
Print Full Legal Name

_____
Address

_____    _____    _____
City                                         State         Zip Code

_____
Telephone Number

_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

5186

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1006165

*MAL00008 16ABF*

 

ELADIA CLARK                    11532-T55 P8

ᵘ||ᵗ·|ᵗᵘ|ᵘ||ᵗ|ᵘₑᵗᵘ||ᵗ·||ₙₗₑₙ||ᵗₑ|ᵗᵗ||ᵘ|ᵗᵘ|ₚₗₑₑ·|ᵗₗₑₙ

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York, 20-cv-09641(ALC)(S D N.Y.)* for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature: *Eladia Clark*                    Date: 1/2/23

Print Full Legal Name: *Eladia Clark*

Address: _____

City: _____                    State: _____    Zip Code: _____

Telephone Number: _____

Email address: elabutta @gmail.com / eladia.clark@gmail.com

This Consent to Join form must be postmarked by January 13, 2023 or emailed to
NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

11532

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1012307

*MAL0000631D94*



ANGEL COLON



11099-T53 P1

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____    NOV 19, 2022
Signature                                                                    Date

ANGEL L. COLON
Print Full Legal Name

_____
Address

_____
City                                                        State            Zip Code

_____
Telephone Number

ACBAT 1 @ AOL.COM
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or            NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

11099

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1012347

*MAL00006C3752*



TAWANA CONLEY



2298-T12 P1

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature: *Tawana Conley*                                      Date: 01/16/23

Print Full Legal Name: Tawana Conley

Address:

City:                                      State:                  Zip Code:

Telephone Number:

Email address: TConleyJ@yahoo.Com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1009407

*MAL000081133F*



**BARBARA GARCIA**



9999-T49 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y
r purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages an
lated relief against the New York City Department of Corrections.

authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and th
aw Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my addres
nd telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning
he litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I
further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my
behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand
that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the
greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours
expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____        Date  1/19/2023

Print Full Legal Name  Barbara M Garcia

Address _____

City _____        State _____    Zip Code _____

Telephone Number _____

Email address _____

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1004178

*MAL00007AAF50*



AMOY GRIFFITHS



7026-T34 P1

||ı|ı||ı||ı||ı||ı||ıı||ı||ı||ıı|ı||ıı|ı||ı||ı||ı||ı||ıı|ı|

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature    _Griffiths_                          Date  _12/24/22_

Print Full Legal Name   _Amoy S. Griffiths #412. Brooklyn NY 11225_

Address

City                                          State        Zip Code
                                                           _NY_

Telephone Number

Email address   _Griffiths.amoya@yahoo.com_

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1004995



*MAL00007FDC24*

PAULETTE JACKSON



5835-T29 P2



Ms. Paulette Jackson

→ New address

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature: *Paulette Jackson*                Date: 1|13|2023

Print Full Legal Name: Paulette Jackson

Address:

City                                State              Zip Code

Telephone Number

Email address: Dee.Jack___@gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1006020

*MAL0000734E77*

  

2099-T11 P2

DAWN KIRKLAND

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____     Date  11/21/22

Print Full Legal Name   DAWN KIRKLAND

Address _____

City _____     State _____     Zip Code _____

Telephone Number _____

Email address   KIRKland 11212 @ Yahoo.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1004043

*MAL00006CDF46*



PATRICIA MICHEL



2340-T12 P1

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____    1/12/23
Signature                                                        Date

*Patricia H Michel*
Print Full Legal Name

_____
Address

_____
City                                     State          Zip Code

_____
Telephone Number

*Chattypd1@verizon.net*
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1006389

*MAL000090D864*



CLAYTON MYERS



582-T3 P1

ꞏİııｷİıııⅡⅡꞏİⅠꞏİꞏİｰİıİİİꞏİⅡꞏᵐİİıꞏİⅠİİꞏİıİ|İꞏİıİı

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit or (2) 1/3 of the gross settlement or judgment amount.

Signature _____    Date  12-24-22

Print Full Legal Name  CLAYTON JAMAAL MYERS

Address _____

City _____    State _____    Zip Code _____

Telephone Number _____

Email address  MYERS-CLAY@YAHOO.COM.

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit              or       NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1002890

\*MAL000090EAF5\*


LATARSHA PEOPLES


1273-T7 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature

Date 1/23/23

Print Full Legal Name  LATARSHA PEOPLES

Address

City                    State    Zip Code

Telephone Number

Email address  latarisha.peoples@yahoo.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

1273

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1005816

*MAL000090C85F*



DERRICK QUILES



5228-T26 P3

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

| | |
|---|---|
| Signature | 1/13/2023 |
| | Date |

Derrick L Quiles
Print Full Legal Name

Address

City _____ State _____ Zip Code

Telephone Number

Derrick L Quiles@AOL.Com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to
NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006



**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1009131

*MAL0000643B16*



KATINA STUBBS



9331-T45 P1

�063ᵃ¹⁰ᵐ⁰ᵉ¹⁰ᵐᵒᵈˡᵒ¹ʰˡᵐᵐ¹ᵒˡᵈˡ

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____    Date  11-24-22
Signature

STUBBS, Katina
_____
Print Full Legal Name

_____
Address

_____
City                                    State        Zip Code

_____
Telephone Number

Katina Stubbs 4 @ Gmail, Conn
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

9331

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1011391

*MAL00007B67C7*





4293-T22 P1

HELENE VANTERPOOL

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_Helene Vanterpool_                                    _1/10/2023_
Signature                                              Date

_Helene Vanterpool_
Print Full Legal Name

Address

City                                          State/        Zip Code

Telephone Number
_Reddiva1970@Gmail_
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit              or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

to ensure.

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1011518

*MAL000067277D*



I OYI A VIAU



5402-T27 P3

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____    Date  11/30/22

Print Full Legal Name  Loyla Viau

Address _____

City _____    State _____    Zip Code _____

Telephone Number _____

Email address  YA11252@msn.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to
NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1005479

*MAL00008CFF17*



VANESSA ALLEN



6420-T31 P2

IıılıIılıılııIıIlıılılIlııIIIIIljıIIIIlıIIIIlıIıIıIljIlıılıılj

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _Vanessa Allen_                                          Date _12/10/22_

Print Full Legal Name _VANESSA ALLEN-GILKES_

Address _____

City _____              State _____        Zip Code _____

Telephone Number _____

Email address _captain.vallen@gmail.com_

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1003724

*MAL00006D10F2*



NIASIA BASTON



8575-T41 P1

ىليلباءاليلليليابالليماليلمايالليليبالبليلليبيل

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____    Date _January 10, 2023_

Print Full Legal Name _NiAsia L. Baston_

Address _____

City _____    State _____    Zip Code _____

Telephone Number _____

Email address _N.Baston@aol.com_

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit              or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

8575

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1002603



*MAL000070FAA2*

CHRISTINA BOODOO



2928-T15 P2

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature

Date: 1/11/23

Print Full Legal Name: Christina Boodoo

Address

City                                    State          Zip Code

Telephone Number

Email address: Cboodoo1987@gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit              or       NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1007099

*MAL00007A02 13*

 

JUSTO CAMACHO                    9601-T46 P1

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature *Justo Camacho*          Date 1|8|23

Print Full Legal Name *Justo Camacho*

Address

City                    State          Zip Code

Telephone Number

Email address *TJCamacho1@aol.com*

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1000804

*MAL00008349AA*



LTANYA CHARLES



4006-T20 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____    12/31/22
Signature                                     Date

Ltanya Charles
Print Full Legal Name

_____
Address

_____
City                                State     Zip Code

_____
Telephone Number

Lcharles1027@gmail.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:
NYC DOC Lawsuit          or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

4006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1006040

*MAL00006AC810*



JULIA CHAVIS



2910-T15 P2

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_Julia Chavis_                                      12-7-2021
Signature                                           Date

_Julia Chavis_
Print Full Legal Name

_____
Address

_____
City                                State        Zip Code

_____
Telephone Number

_JuliaChavis718@gmail.com_
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit              or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1012251

*MAL0000736854*

 

ERIC COHN

4111-T21 P1

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____    Date _12/16/22_

Print Full Legal Name _Eric R. Cohn_

Address _____

City _____    State _____    Zip Code _____

Telephone Number _____

Email address _ERIC R Cohn @gmail.Com_

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

4111

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1012284

*MAL000082DA48*

 

LEANDRO COLLADO

5330-T27 P1

ปุ่¡ๆๆๆๆ¡ๆ¡ๆ¡ๆๆๆๆ¡ๆ¡ๆๆๆๆ¡ๆๆๆๆๆๆ¡

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

| | |
|---|---|
| Signature | 12/28/2022 |
| | Date |

*Leandro Collado*

Print Full Legal Name

Address

City                                    State        Zip Code

Telephone Number

*Leony718@aol.com*

Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit              or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

5330

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1005342

*MAL0000646BFA*



JEAN CRUZ



7900-T38 P1

ılı·lllıı·ılılılıllıllıı·ıılıılılıııılııllllıllıı·ıl

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____     Date   1 / 18 / 23

Print Full Legal Name   Jean Cruz

Address _____

City _____     State _____  Zip Code _____

Telephone Number _____

Email address   jean Karlo Cruz @ gmail. com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit            or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1005356

*MAL0000852 1D7*



NOEL CRUZ



-11847-T57 P1

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

| | |
|---|---|
| _____ | 1/10/23 |
| Signature | Date |

Noel A. Cruz
Print Full Legal Name

_____
Address

_____
City                                                    State        Zip Code

_____
Telephone Number

Noel.Cruz950@gmail.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1011377

*MAL00008CD53F*



PAUL DAVIS II



5677-T28 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____
Signature

Date 1/11/2023

Paul Scott Davis II
Print Full Legal Name

_____
Address

_____
City                State      Zip Code

_____
Telephone Number

psdcredrepair@gmail.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1011351

  

LEVAR DAVIS                                6534-T32 P1

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

| | |
|---|---|
| *Levar Davis* | 1/11/23 |
| Signature | Date |

Levar Davis
Print Full Legal Name

_____
Address

_____
City                                State          Zip Code

_____
Telephone Number

morsell.Davis.04 @ gmail.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit            or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

6534

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1010366

\*MAL00007F1827\*



DANIELLE DIGILIO



9986-T48 P1

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____     12/27/22
Signature                                                              Date

Danielle DiGilio
Print Full Legal Name

_____
Address

_____
City                                                          State          Zip Code

_____
Telephone Number

DanDee1983@gmail.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit             or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1009767

*MAL00007C17F3*

L' TAYA FAMBLE-GRIER

383-T2 P6

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature Date

L' Taya Famble-Grier
Print Full Legal Name

Address

City State Zip Code

Telephone Number

ltayagrier@yahoo.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit or NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1003800

*MAL00008B2F15*



SKARLLY FLORES



5302-T26 P3

ldldldlldldldllldldldldldldll

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____    Date  12/24/2022

Skarlly Flores
Print Full Legal Name

Address _____

City _____    State _____    Zip Code _____

Telephone Number _____
Skarllyf95@aol.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit              or       NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

5302

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1009420

*MAL0000836CD6*



INGRID GARCIA



6416-T31 P2

।∙। ।।।। ∙।∙।∙।∙।∙।।∙।∙।∙।।∙।∙∙।।।।।।।।।∙।।।।

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____      1/12/23
Signature                                                                          Date

Ingrid M Garcia
Print Full Legal Name

Address _____      _____

City _____      State _____  Zip Code _____

Telephone Number _____

Zuqui1207@Hotmail.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or         NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1009556

*MAL0000723569*



IEVINA GORDON



7013-T34 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____    Date _Wednesday Jan 11, 2023_

Print Full Legal Name _Jevina Gordon_

Address _____

City _____    State _____    Zip Code _____

Telephone Number _____

Email address _Jevinagordon @ yahoo.com_

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1010204

*MAL00007BFA81*



TIMOTHY HARRIS



1071-T6 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____          1 | 10 | 23
Signature                                                            Date

TIMOTHY E. HARRIS
Print Full Legal Name

_____
Address

_____
City                                        State          Zip Code

_____
Telephone Number

TIMHARRIS23@GMAIL.COM
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                 or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1010277

*MAL000076242C*



ROBERT HAYNES



3559-T18 P1

ȗ‖ȗ‖‖ȗ‖ȗ‖ȗ‖‖ȗ‖ȗ‖ȗ‖‖ȗ‖‖ȗ‖‖ȗ‖‖ȗ‖ȗ‖ȗ‖‖ȗ‖ȗ

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____    01/10/23
Signature                          Date

Robert Haynes
Print Full Legal Name

_____

Address

_____

City                                State        Zip Code

_____

Telephone Number

r k haynes @ yahoo.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit             or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1011019

*MAL000088C2CF*





7275-T35 P1

TIESHA HUDSON

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

*Tiesha Hudson*
Signature

*12-30-22*
Date

*Tiesha Hudson*
Print Full Legal Name

Address

City                                    State            Zip Code

Telephone Number

*Tiehudson @ Yahoo. Com*
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit            or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1011050

*MAL00006775BC*

SABRINA HURDLE-ARANA

9509-T46 P1

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

[signature] 1-11-23

Signature Date

Sabrina Hurdle-Arana

Print Full Legal Name

Address

City State Zip Code

Telephone Number

SabrinaArana@yahoo.Com

Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit or NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1005171

*MAL00008DB224*



MARISSA JOHN



1329-T7 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

| | |
|---|---|
| _M. John_ | _12/20/22_ |
| Signature | Date |

_Marissa John_
Print Full Legal Name

Address

City                                    State          Zip Code

Telephone Number

_M.John1@yahoo.com_
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

1329

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1001384

*MAL00007E3708*

 VINCILSKI LOVELACE  6737-T33 P1

||·|·|·||·|||||·||·||·||||·|||||||·||·||·||·||·||·||·||·||·||·||·||

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641 (ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature / _____    Date 1/8/23

Print Full Legal Name  *Vincilski Lovelace*

Address _____

City _____    State _____    Zip Code _____

Telephone Number _____

Email address  *Valovelace @ hotmail, com*

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit           or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1007833

*MAL00007D85D7*

 

JOSEPH MANZOLILLO

9647-T46 P1

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature: *Joseph A. Manzolillo*     Date: JANUARY 10TH 2023

Print Full Legal Name: JOSEPH A. MANZOLILLO

Address:

City:                State: N.Y.    Zip Code:

Telephone Number:

Email address: / JMANZO17@AOL.COM

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

9647

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

### CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

|  |  |
|---|---|
|  | Nov 27, 2022 8:42 PM |
| Signature | Date |
| Michael A Marcus |  |
| Print Full Legal Name |  |
|  |  |
| Address |  |
|  |  |
| City | State    Zip Code |
|  |  |
| Telephone Number |  |
| michaelmarcusjr@gmail.com |  |
| Email address |  |

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or            NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1002467

*MAL0000689E6E*



ROSLYN MCCALL

575-T3 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____    Date  01/13/23

Print Full Legal Name  Roslyn Mc Call

Address _____

City _____    State _____    Zip Code _____

Telephone Number _____

Email address  Ro24679@gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1008742

*MAL0000723B44*



TASHARA MCFARLANE



7129-T34 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

*Tashara McFarlane*                                    1/3/23
Signature                                                          Date

Tashara Adrianne McFarlane
Print Full Legal Name

Address

City                                                State        Zip Code

Telephone Number
Tashara143@gmail.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

7129

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1011674



CRISTIAN MONTANEZ



5711-T28 P1

ᵗᵗᵗⁱⁱ|ₗₗᵢₗₗₗₗᵢ|ᵗᵗₗₗₗₗₗₗₗₗₗₗₗₗ|ᵗₗₗₗ|ᵗ|ᵗₗₗₗₗₗᵗᵗₗₗₗₗₗₗ|ₗₗ|ₗₗ|ₗₗ|ₗₗₗₗ

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____     11/22/2022
Signature                                    Date

Cristian Montanez
Print Full Legal Name

_____
Address

_____
City                          State        Zip Code

_____
Telephone Number

Cristian_montanez@icloud.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit              or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____                    Nov 15, 2022 3:48 PM
Signature                                                                          Date

Nortricia  R Moreno
_____
Print Full Legal Name

_____
Address

_____
City                                                             State           Zip Code

_____
Telephone Number

nblackett@hotmail.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                        or            NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1006252

*MAL000088632D*



MELISSA MORRIS



4807-T24 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____    Date 12/28/22

Print Full Legal Name: Melissa Anne Morris

Address _____

City _____    State ___    Zip Code _____

Telephone Number _____

Email address: mincey12@gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1001162

*MAL000072939C*



GORDON NOEL



2628-T14 P1

ԻլիիՈւիլիյեպիՈՈՈւեիկիՈկիկՈւաՈՈւկիկ

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature                                                                 Date  1 / 1 / 2023

Gordon Pierre Nue l
Print Full Legal Name

Address

City                                                    State            Zip Code

Telephone Number

Grdn_nuel@yahoo.com
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1002825

*MAL000062FAEB*



ELEAZAR PAZ



10327-T49 P1

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature

Date 1/10/23

Print Full Legal Name: ELEAZAR PAZ

Address

City                                          State        Zip Code

Telephone Number

Email address: EleaPaco@gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

10327

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1010096

\*MAL00007BDFA9\*

 

DEBORAH PICKETT

7265-T35 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_Deborah Pickett_                                    November 22, 2022
Signature                                             Date

_Deborah Pickett_
Print Full Legal Name

Address

City                                       State            Zip Code

Telephone Number
_dbrhpickett@gmail.com_
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit              or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____     Nov 15, 2022 7:45 PM
Signature                                                                           Date

Leshaunna M. PIERCE
_____
Print Full Legal Name

_____
Address

_____
City                                                                    State          Zip Code

_____
Telephone Number

shaunnie78@gmail.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                    or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

### CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Nov 14, 2022 3:13 PM

_____                     _____
Signature                                                                                            Date

Jose  Rafael Ramirez valenzuela
_____
Print Full Legal Name

_____
Address

_____
City                                                                            State            Zip Code

_____
Telephone Number

joseramirez1809@hotmail.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                          or            NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1000898

*MAL000081330E*



CHRISTOPHER RAMIREZ



5744-T28 P1

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____    Date 1?/02/22

Print Full Legal Name _Christopher Ramirez_

Address _____

City _____    State _____    Zip Code _____

Telephone Number _____

Email address _Christopher.Ramirez86@gmail.com_

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1011900

*MAL00007433CE*



MIGUEL ROLDAN



3161-T17 P1

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____    1/10/23
Signature                                                                    Date

Miguel Roldan
_____
Print Full Legal Name

_____
Address

_____
City                                                State          Zip Code

_____
Telephone Number

migg-212@live.com
_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit              or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1007342

\*MAL00007CCA01\*



WILKIN RUIZ VALERIO



11838-T56 P32

ŀı|ı|ı···ı||ı|ı|ı·|ı||ı·||ı|ı|ı·|ı||||ı|ı|ı|ı··ıı|ı·|ı|ı··ı|ıı··ıı

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641 (ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature

Date 01/03/2023

Print Full Legal Name Wilkin Aneudy Ruiz Valerio

Address

City                                State          Zip Code

Telephone Number

Email address Wilkin.ruizvalerio@gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit            or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

11838

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1007434

*MAL0000907DF0*



ANTONIO SALTAI AMACCHIA



8796-T42 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____    _____1/11/23_____
Signature                                                        Date

_____Antonio  Saltalamacchia_____
Print Full Legal Name

_____
Address

_____
City                                                State        Zip Code

_____
Telephone Number

_____AntonioSalt1417@gmail.com_____
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                 or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006



NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1010587

*MAL0000891CE2*



ZEL SERRANO



3406-T18 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

| | |
|---|---|
| *3l Serr* | 12-20-22 |
| Signature | Date |

Zel Serrano
Print Full Legal Name

_____
Address

City _____    State ____    Zip Code ____

Telephone Number

Serranozel @ gMail . CoM
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to
NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1010715

*MAL00008AF329*



STEPHANIE SIMMS



1115-T6 P1

ıılıljlılıjjırlıljlılılıpnlılıljlljırrlljlılıpljlıjlılljlllljlı

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_Stephanie B. Sims_ / _1/9/23_
Signature / Date

_Stephanie B. Simms - Hawker_
Print Full Legal Name

_____
Address

_____
City                                            State            Zip Code

_____
Telephone Number

_SimmsStephanie7@gmail.com_
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                 or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1001737

\*MAL00006A1922\*



NICOLE SPENCER                              9698-T46 P1

|ₗₗₗ|||ₗₗₗₗₗ|ₗₗₗₗ|ₗₗ|ₗₗₗₗ|||ₗₗₗ|||ₗₗₗₗ|||ₗₗₗ|||ₗₗₗ||||ₗₗₗ|

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature

Date 1/10/23

Print Full Legal Name   *Nicole Spencer*

Address

City                                          State        Zip Code

Telephone Number

Email address   *Deszi Kam@Gmail.Com*

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit            or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

9698

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1009297

*MAL0000685F7C*

 

DEANNINE TEAGUE

2810-T15 P2

---

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _Deannine Teague_   Date _1/11/2023_

Print Full Legal Name _Deannine Teague_

Address _____

City _____   / State _____   Zip Code _____

Telephone Number _____

Email address _Deannineaj@yahoo.com_

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit        or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1001977



*MAL00006AE2B1*

CEDRIC TURNIER



9005-T43 P1

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____     _____
Signature                                                          Date   1/4/23

CEDRIC JUSTIN TURNIER
Print Full Legal Name

_____
Address

_____
City                                                              State        Zip Code

_____
Telephone Number

CEDRICAMT @ AOL.COM
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit                or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006



**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1011586

*MAL0000661C43*


KENYA WAITERS


8588-T41 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature

Date 01-10-23

Print Full Legal Name KENYA WAITERS

Address

City                                State                Zip Code

Telephone Number

Email address KWaiters 17.KW@gmail.com

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit             or        NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006


8588

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1003032

*MAL00007BEC4D*



ANTHONY WILLIAMS



9586-T46 P1

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____     Date _JAN 10, 2023_

Print Full Legal Name _Anthony WILLIAMS_

Address _____

City _____     State _____     Zip Code _____

Telephone Number _____

Email address _Willrides @ Netzero. Com_     or     _AW491193 @ GMAiL. Com_

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit            or     NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number: 1000243

*MAL0000724OB7*



SONJA WILLIAMS



333-T2 P3

ΙιΙΙ·ΙιΙ·ιΙΙιΙΙιΙ·Ιιι·ΙιΙιΙΙΙιιιιΙ·ΙιιΙ·ΙιιΙΙΙΙΙΙ·Ιιι·ΙΙΙΙΙΙ

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

| | |
|---|---|
| Signature | JANUARY 12 2023 |
| | Date |
| SONJA WILLIAMS | |
| Print Full Legal Name | |

Address

City                                                State          Zip Code

Telephone Number

SonJA w2 @ yAhoo . coM
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1000387

*MAL0000645817*



CHRISTOPHER WOODRIFFE



1772-T9 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York,* 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

[signature] 1/11/2023

Signature Date

Christopher Woodriffe

Print Full Legal Name

Address

City State Zip Code

Telephone Number

woodriffe@hotmail.com

Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit or NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: NYCDOCLawsuit@noticeadministrator.com
Toll-free: 1-855-533-1497

Claim Number 1010637

*MAL00006CFB98*



TYRONE SHAW IR



10172-T48 P1

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_Tyrone Shaw Jr_ _____     _1/13/2023_
Signature                           Date

_Tyrone Shaw Jr_
Print Full Legal Name

Address

City                          State        Zip Code

Telephone Number
_ShawJrTyrone@gmail.com_
Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or      NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

10172

to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature: *B. Crawford*

Date: *January 12, 2023*

Print Full Legal Name: *Berletter Crawford*

Address:

City, State, and Zip Code

Telephone Number:

Email Address: *Rube 246 @ aol. com*

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit
P.O. Box 2006
Chanhassen, MN 55317-2006

or NYCDOCLawsuit@noticeadministrator.com

NYC DOC Lawsuit | P.O. Box 2006, Chanhassen, MN 55317

Unsubscribe berletter.crawford@doc.nyc.gov

Constant Contact Data Notice

Sent by nycdoclawsuit@noticeadministrator.com

6

**NYC DOC Lawsuit**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**
**Email: NYCDOCLawsuit@noticeadministrator.com**
**Toll-free: 1-855-533-1497**

Claim Number: 1004322

*MAL000088A715*



DALI7 HAMILTON



10668-T51 P2

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff" in the action entitled *Malcolm et. al. v. City of New York*, 20-cv-09641(ALC)(S.D.N.Y.) for purposes of asserting a claim under the Fair Labor Standards Act for the unpaid/delayed payment of overtime wages and related relief against the New York City Department of Corrections.

I authorize the named plaintiffs or the Law Offices of Jason L. Abelove PC, the Law Office of Paul A. Pagano, P.C., and the Law Offices of Yale Pollack, PC (collectively the "Firms") to file this consent with the Clerk of the Court, with my address and telephone number redacted. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action. I understand that reasonable costs expended by the Firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court to award them attorneys fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Signature _____    Date 01/ 2023

DALIZ HAMILTON

Print Full Legal Name

Address _____

City _____    State _____    Zip Code _____

Telephone Number

daliz alva@hotmasl. com

Email address

**This Consent to Join form must be postmarked by January 13, 2023 or emailed to**
**NYCDOCLawsuit@noticeadministrator.com by January 13, 2023.**

Please Return this Form to:

NYC DOC Lawsuit          or          NYCDOCLawsuit@noticeadministrator.com
P.O. Box 2006
Chanhassen, MN 55317-2006

