UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR MALCOLM, KARVEN ALCINDOR, ANTHONY APONTE, SHIRLENE BLAIR, DERYCK CHARLES, LATIF CORNELIUS, LANAE CURRY, JOSE DEJESUS, SHAKIYNA ESPINO, ROBERTO FERNANDEZ, VLAJEMY FRANCOIS, CRYSTAL GARNETT, CHANTEL GOUVEIA, APRIL HERNEY-KOSAKOWSKI, TAMELLE HILLIARD, YOLANDA HOLMES, MONIQUE JOHNSON, KEYSHA LEWIS, CAROLYN MARAJ, HUZIRAN MOZEB, ZHIHUI PU, DAVID RUDDOCK, MYRLINE ULYSSES, and BRICE WILLIAMS, individually and on behalf of all others similarly situated, <br><br>       Plaintiffs, <br><br> -against- <br><br> THE CITY OF NEW YORK, <br><br>       Defendant. | Index No.: 20-cv-9641-ALC <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

  PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant The City of New York in the above-captioned case and requests that copies of any and all papers served and notices given in the case be served upon the undersigned counsel.

Dated: August 9, 2023
   New York, New York

JACKSON LEWIS P.C.

  666 Third Avenue, 29th Floor
  New York, NY 10017
  T: (212) 545-4000
  Annabel.Stanley@jacksonlewis.com

By: *s/*Annabel R. Stanley
   Annabel R. Stanley

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 9, 2023 the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                             *s/*Annabel R. Stanley
                                             Annabel R. Stanley