Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

# Law Office of Paul A. Pagano, P.C.



September 27, 2023

**VIA ECF**
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**MEMO ENDORSED**

    Re:   *Malcolm v. The City of New York*
           20-cv-09641(ALC)

Dear Judge Carter:

    This letter is submitted on behalf of the parties to request an extension of the October 1, 2023 deadline to submit a proposed case management plan.

    On August 4, 2023 the Court referred the parties to mediation. *See* Docket Entry 141. The mediation is scheduled for October 25, 2023 before Darren Rumack, Esq. Docket Entry dated August 24, 2023. In light of same, the parties respectfully request that the deadline to submit a proposed case management plan be extended until November 27, 2023 (approximately 30 days after the mediation).

    The original deadline was July 1, 2023. It has been adjourned twice, once to permit the DOC to produce necessary time and payroll data and a second time as the DOC needed additional time for its expert to conduct calculations. Both prior requests were granted. The instant request is on consent of all parties.

                                                    Respectfully submitted,
                                                  Law Office of Paul A. Pagano, P.C.

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: September 27, 2023
       New York, NY

By: *Paul Pagano*
Paul A. Pagano, Esq.
*Attorneys for Plaintiffs*
100 Duffy Street, Suite 510
Hicksville, NY 11801
(917) 589-1479

cc: All Counsel of Record (VIA ECF)