

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

December 22, 2023

**VIA ECF**

Hon. Andrew L. Carter, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

    Re:    *Malcolm v. City of New York,* 20-CV-9641-ALC

Dear Judge Carter:

    I respectfully advise the Court and the Defendant of the existence of a lien against the attorneys' fees recovered in the above referenced action.

    This office represented the Plaintiffs from prior to the commencement of the action on November 17, 2020 until on or about February 15, 2022.  At that time, Paul Pagano, formerly employed by the Moser Law Firm, advised the Court that he would be representing the Plaintiffs along with Yale Pollack and Jason Abelove.  *See* First letter motion for Leave to File Excess Pages filed by Paul Pagano on February 15, 2022 (ECF No. 63).

    The lien arises out of a contract between Paul Pagano and the Moser Law Firm, PC, the retainer agreement between the Plaintiffs' and the Moser Law Firm, and NY Judiciary Law § 475.  Should the Moser Law Firm PC be unable to resolve said lien by agreement between the parties, we will separately file a motion or take other action to enforce the lien.

                Respectfully

                /s/ *Steven J. Moser*
                Steven J. Moser