UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**OMAR MALCOLM, et al., individually and on behalf of all other persons similarly situated,**

                *Plaintiffs*,

    -against-

**THE CITY OF NEW YORK,**

                *Defendant*.

20-cv-09641 (ALC) (SDA)

**ORDER OF TERMINATION**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letter regarding its settlement, ECF No. 154, and Judge Aaron's order, ECF No. 155.

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **March 1, 2024**.

**SO ORDERED.**

Dated: January 8, 2024
      New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**