UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMAR MALCOLM, et al., individually and on behalf of all other persons similarly situated,

    *Plaintiffs*,

-against-

THE CITY OF NEW YORK,

    *Defendant.*

20-cv-09641 (ALC) (SDA)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court hereby rescinds its order of termination, ECF No. 156, which was issued in error.

The parties are directed to submit a formal settlement agreement and approval motion on or before **March 1, 2024**.

**SO ORDERED.**

**Dated: January 9, 2024**
  New York, New York

                ANDREW L. CARTER, JR.
                United States District Judge