

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

# Law Office of Paul A. Pagano, P.C.

July 8, 2024

<u>**VIA ECF**</u>
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

  Re: *Malcolm v. The City of New York*
     20-cv-09641(ALC)

Dear Judge Carter:

  This firm represents the Plaintiffs in connection with the above referenced matter. This letter is submitted on consent of the Defendant to respectfully request an additional 10 pages in connection with Plaintiffs' forthcoming memorandum of law in support of their unopposed motion for approval of the parties' collective action settlement.

  At this juncture, the parties' proposed settlement agreement is fully executed and Plaintiffs are in the process of finalizing their unopposed approval motion. Plaintiffs anticipate that their memorandum in support of the motion will be approximately 35 pages. Pursuant to Rule 2(B) of Your Honor's Individual Practices memoranda of law in support of any motion are limited to 25 pages. Given the foregoing, Plaintiffs respectfully request that the 25-page limit be enlarged to 35 pages.

  Plaintiffs thank Your Honor for his consideration of their foregoing requests.

               Respectfully submitted,
               Law Office of Paul A. Pagano, P.C.

         By: *Paul Pagano*
            Paul A. Pagano, Esq.
            *Attorneys for Plaintiffs*
            100 Duffy Street, Suite 510
            Hicksville, NY 11801
            (917) 589-1479

cc: All Counsel of Record (VIA ECF)