DOC Collective Action Litigation

You are receiving this email because you are one of approximately 2,600 Assistant Deputy Wardens, Captains, and/or Correction Officers stationed at Rikers Island at any point from November 2017 to December 2023 (the "Collective") who submitted a claim form in connection with the litigation between Omar Malcolm and others against New York City/Department of Corrections for late paid/unpaid overtime.

We, your attorneys, are pleased to inform you that we have reached a proposed settlement on behalf of the Collective for $6,150,00 Million. We are in the process of making an application to the Court to among other things: (1) approve the settlement; (2) approve the proposed method for distributing the settlement to the Collective; and (3) approve the one-third contingency fee agreed upon in your consent to join forms.

We will not know how much money each individual will receive until after the Court rules on the approval motion and distribution method.  However, our expectation is that the amount you will receive will be in proportion to the number of overtime hours you worked relative to the total number of overtime hours worked by the 2,600 member Collective.

We anticipate that the approval and distribution process will take several months. We will, of course, keep you apprised as the matter continues and will let you know when the Court rules on the approval motion.

Should you have any questions, please feel free to email Paul Pagano at [paul@lawofficepaulpagano.com](mailto:paul@lawofficepaulpagano.com) or myself