

Accurity Group
280 N Old Woodward Ave, Suite 100
Birmingham, MI 48009
www.accuritygroup.com
**Andrew J. Perun, CFA, CFE**
Direct Dial: 248-599-1732
Email: aperun@accuritygroup.com

June 26, 2024

Jason L. Abelove, Esq.
Law Offices of Jason L. Abelove, P.C
666 Old Country Rd.
Garden City, NY 11530

Re:  Case No.: 1:20-cv-09641-ALC Omar Malcolm and others similarly situated v. The City of New York . (the "Matter")

Dear Mr. Abelove:

On May 16, 2023, Edge Advisory, LLC d/b/a Accurity Group Midwest, LLC ("Accurity Group") entered into an agreement ("Engagement Letter") to provide accounting and consulting services to Jason L. Abelove ("you" or "your") in your capacity as counsel for Omar Malcomb, individually and behalf of all others similarly situated (the "Client") in the Matter.

As of June 26, 2024, Accurity Group's total professional fees are **$1,250**. Details of our fees incurred from inception through June 26, 2024, are attached in **Invoice #062624**.

Accurity Group understands that you anticipate the Matter will require additional accounting and consulting services related to performing settlement allocations by each class member. Based on our current understanding of the future services requested from us, we anticipate <u>future</u> professional fees to be approximately **$1,250**. Therefore, we anticipate our total fees for the Matter will be approximately **$2,500.**

Should our future professional fees exceed this estimate of $1,250, we will inform you directly before proceeding with any further work.

Very truly yours,

By:  _____
     Andrew J. Perun, CFA/CFE
     Accurity Group

**Accurity Group Midwest**

280 N Old Woodward Ave, Suite 100

Birmingham, MI 48009

aperun@accuritygroup.com



# INVOICE

**BILL TO**

Jason L. Abelove, Esq.

Law Offices of Jason L. Abelove, P.C c/o

Omar Malcolm et al. v. The City of New York: Case #:20-cv-09641 (ALC)

666 Old Country Rd.

Garden City, NY 11530

**Invoice #** 062624
**Invoice Date:** 6/26/2024
**Due Date:** 6/26/2024
**Terms:** Due on Receipt
**Invoice Period:** Inception to Date

| Date | Activity | Description | QTY | Rate | Amount |
|---|---|---|---|---|---|
| 5/19/2024 | Andrew P | Document Review & Analysis | 0.5 | 250.00 | 125.00 |
| 5/21/2024 | Andrew P | Document Review & Analysis | 0.75 | 250.00 | 187.50 |
| 5/22/2024 | Andrew P | Call with counsel | 0.25 | 250.00 | 62.50 |
| 5/30/2024 | Andrew P | Financial Analysis, Call With Counsel | 2.5 | 250.00 | 625.00 |
| 6/4/2024 | Andrew P | Call with Counsel, Preparation of Listing of Plaintiffs | 0.5 | 250.00 | 125.00 |
| 6/6/2024 | Andrew P | Call with counsel, Financial Analysis | 0.50 | 250.00 | 125.00 |
| | | | | **Invoice Total** | **1,250.00** |
| | | | | **Balance Due  $** | **1,250.00** |

**Make all checks payable to:**
**Accurity Group Midwest**
**280 N Old Woodward Ave, Suite 100**
**Birmingham, MI 48009**