Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.

Dated: 2/12/22

_____
Shirlene Blair

Dated: _____

_____
Monique Johnson

Dated: _____

_____
Brice Williams

Dated: _____

_____
Anthony Aponte

Dated: _____

_____
Shakiyna Espino

Dated: _____

_____
Roberto Fernandez

Dated: _____

_____
Vlajemy François

Dated: _____

_____
Huziran Mozeb

Dated: _____

_____
David Ruddock

Dated: 2/12/22

_____
Karven Alcindor

Dated: _____

_____
Deryck Charles

Dated: _____

_____
Latif Cornelius

Dated: _____

_____
Lanae Curry

Dated: _____

_____
Jose DeJesus

Dated: _____

_____
Crystal Garnett

Dated: _____

_____
Chantel Gouveia

4



Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

### Law Office of Paul A. Pagano, P.C.

Dated: _____

_____
Shirlene Blair

Dated: _____

_____
Monique Johnson

Dated: _____

_____
Brice Williams

Dated: 2/15/22

_____
Anthony Aponte

Dated: _____

_____
Shakiyna Espino

Dated: _____

_____
Roberto Fernandez

Dated: _____

_____
Vlajemy Francois

Dated: _____

_____
Huziran Mozeb

Dated: _____

_____
David Ruddock

Dated: _____

_____
Karven Alcindor

Dated: _____

_____
Deryck Charles

Dated: _____

_____
Latif Cornelius

Dated: _____

_____
Lanae Curry

Dated: _____

_____
Jose DeJesus

Dated: _____

_____
Crystal Garnett

Dated: _____

_____
Chantel Gouveia

4

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.

Dated: 2/12/22

_____
Shirlene Blair

Dated: _____

_____
Monique Johnson

Dated: _____

_____
Brice Williams

Dated: _____

_____
Anthony Aponte

Dated: _____

_____
Shakiyna Espino

Dated: _____

_____
Roberto Fernandez

Dated: _____

_____
Vlajemy François

Dated: _____

_____
Huziran Mozeb

Dated: _____

_____
David Ruddock

Dated: 2/12/22

_____
Karven Alcindor

Dated: _____

_____
Deryck Charles

Dated: _____

_____
Latif Cornelius

Dated: _____

_____
Lanae Curry

Dated: _____

_____
Jose DeJesus

Dated: _____

_____
Crystal Garnett

Dated: _____

_____
Chantel Gouveia

4

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.

Dated: _____

_____
Shirlene Blair

Dated: _____

_____
Monique Johnson

Dated: _____

_____
Brice Williams

Dated: _____

_____
Anthony Aponte

Dated: _____

_____
Shakiyna Espino

Dated: _____

_____
Roberto Fernandez

Dated: _____

_____
Vlajemy Francois

Dated: _____

_____
Huziran Mozeb

Dated: _____

_____
David Ruddock

Dated: _____

_____
Karven Alcindor

Dated: 2/27/22

_____
Deryck Charles

Dated: _____

_____
Latif Cornelius

Dated: _____

_____
Lanae Curry

Dated: _____

_____
Jose DeJesus

Dated: 2/27/22

_____
Crystal Garnett

Dated: _____

_____
Chantel Gouveia

4

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.

Dated: _____                    _____
                                    Shirlene Blair

Dated: _____                    _____
                                    Monique Johnson

Dated: _____                    _____
                                    Brice Williams

Dated: _____                    _____
                                    Anthony Aponte

Dated: _____                    _____
                                    Shakiyna Espino

Dated: _____                    _____
                                    Roberto Fernandez

Dated: _____                    _____
                                    Vlajemy Francois

Dated: _____                    _____
                                    Huziran Mozeb

Dated: _____                    _____
                                    David Ruddock

Dated: _____                    _____
                                    Karven Alcindor

Dated: _____                    _____
                                    Deryck Charles

Dated: 2/27/22                       _____
                                    Latif Cornelius

Dated: _____                    _____
                                    Lanae Curry

Dated: _____                    _____
                                    Jose DeJesus

Dated: _____                    _____
                                    Crystal Garnett

Dated: _____                    _____
                                    Chantel Gouveia

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.

Dated: _____

_____
Shirlene Blair

Dated: _____

_____
Monique Johnson

Dated: _____

_____
Brice Williams

Dated: _____

_____
Anthony Aponte

Dated: _____

_____
Shakiyna Espino

Dated: _____

_____
Roberto Fernandez

Dated: _____

_____
Vlajemy Francois

Dated: _____

_____
Huziran Mozeb

Dated: _____

_____
David Ruddock

Dated: _____

_____
Karven Alcindor

Dated: _____

_____
Deryck Charles

Dated: _____

_____
Latif Cornelius

Dated: 2/12/22

_____
Lanae Curry

Dated: _____

_____
Jose DeJesus

Dated: _____

_____
Crystal Garnett

Dated: _____

_____
Chantel Gouveia

4

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.



Dated: _____

_____
Shirlene Blair

Dated: _____

_____
Monique Johnson

Dated: _____

_____
Brice Williams

Dated: _____

_____
Anthony Aponte

Dated: _____

_____
Shakiyna Espino

Dated: _____

_____
Roberto Fernandez

Dated: _____

_____
Vlajemy Francois

Dated: _____

_____
Huziran Mozeb

Dated: _____

_____
David Ruddock

Dated: _____

_____
Karven Alcindor

Dated: _____

_____
Deryck Charles

Dated: _____

_____
Latif Cornelius

Dated: _____

_____
Lanae Curry

Dated: 2 | 15 | 22

_____
Jose DeJesus

Dated: _____

_____
Crystal Garnett

Dated: _____

_____
Chantel Gouveia

4

Dated: 2 | 15 | 22

_____
Jose DeJesus

Dated: _____

_____
Crystal Garnett

Dated: _____

_____
Chantel Gouveia

Dated: 2/12/22

_____
April Herney- Kosakowski

Dated: _____

_____
Tamelle Hilliard

Dated: _____

_____
Yolanda Holmes

Dated: _____

_____
Keysha Lewis

Dated: _____

_____
Zhihui Pu

Dated: _____

_____
Myrline Ulysses

I consent to being substituted

Dated: _____

_____
Steven J. Moser of Moser Law Firm, P.C.

I consent to the above substitution

Dated: 2/12/22

_____
Paul Pagano
of Law Office of Paul A. Pagano, P.C.

Dated: 2/12/22

_____
Jason Abelove
of Law Offices of Jason Abelove, P.C.

3

Paul A. Pagano, Esq.          Law Office of Paul A. Pagano, P.C.
Paul@LawOfficePaulPagano.com
(917)589-1479



Dated: _____

_____
Shirlene Blair

Dated: _____

_____
Monique Johnson

Dated: _____

_____
Brice Williams

Dated: _____

_____
Anthony Aponte

Dated: 2/12/22

_____
Shakiyna Espino

Dated: _____

_____
Roberto Fernandez

Dated: _____

_____
Vlajemy Francois

Dated: _____

_____
Huziran Mozeb

Dated: _____

_____
David Ruddock

Dated: _____

_____
Karven Alcindor

Dated: _____

_____
Deryck Charles

Dated: _____

_____
Latif Cornelius

Dated: _____

_____
Lanae Curry

Dated: _____

_____
Jose DeJesus

Dated: _____

_____
Crystal Garnett

Dated: _____

_____
Chantel Gouveia

4

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.



Dated: _____

_____
Shirlene Blair

Dated: _____

_____
Monique Johnson

Dated: _____

_____
Brice Williams

Dated: _____

_____
Anthony Aponte

Dated: _____

_____
Shakiyna Espino

Dated: 02/18/2022

_____
Roberto Fernandez

Dated: _____

_____
Vlajemy Francois

Dated: _____

_____
Huziran Mozeb

Dated: _____

_____
David Ruddock

Dated: _____

_____
Karven Alcindor

Dated: _____

_____
Deryck Charles

Dated: _____

_____
Latif Cornelius

Dated: _____

_____
Lanae Curry

Dated: _____

_____
Jose DeJesus

Dated: _____

_____
Crystal Garnett

Dated: _____

_____
Chantel Gouveia

4

Paul A. Pagano, Esq.    Law Office of Paul A. Pagano, P.C.
Paul@LawOfficePaulPagano.com
(917)589-1479

Dated: 2/12/22

_____
Shirlene Blair

Dated: _____

_____
Monique Johnson

Dated: _____

_____
Brice Williams

Dated: _____

_____
Anthony Aponte

Dated: _____

_____
Shakiyna Espino

Dated: _____

_____
Roberto Fernandez

Dated: _____

_____
Vlajemy François

Dated: _____

_____
Huziran Mozeb

Dated: _____

_____
David Ruddock

Dated: 2/12/22

_____
Karven Alcindor

Dated: _____

_____
Deryck Charles

Dated: _____

_____
Latif Cornelius

Dated: _____

_____
Lanae Curry

Dated: _____

_____
Jose DeJesus

Dated: _____

_____
Crystal Garnett

Dated: _____

_____
Chantel Gouveia

4

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.



Dated: _____

_____
Shirlene Blair

Dated: _____

_____
Monique Johnson

Dated: _____

_____
Brice Williams

Dated: _____

_____
Anthony Aponte

Dated: _____

_____
Shakiyna Espino

Dated: _____

_____
Roberto Fernandez

Dated: _____

_____
Vlajemy Francois

Dated: _____

_____
Huziran Mozeb

Dated: _____

_____
David Ruddock

Dated: _____

_____
Karven Alcindor

Dated: 2/27/22

_____
Deryck Charles

Dated: _____

_____
Latif Cornelius

Dated: _____

_____
Lanae Curry

Dated: _____

_____
Jose DeJesus

Dated: 2/27/22

_____
Crystal Garnett

Dated: _____

_____
Chantel Gouveia

4

12

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

## Law Office of Paul A. Pagano, P.C.

Dated: _____          _____
                          Huziran Mozeb

Dated: _____          _____
                          David Ruddock

Dated: _____          _____
                          Karven Alcindor

Dated: _____          _____
                          Deryck Charles

Dated: _____          _____
                          Latif Cornelius

Dated: _____          _____
                          Lanae Curry

Dated: _____          _____
                          Jose DeJesus

Dated: _____          _____
                          Crystal Garnett

Dated: 2/17/22            _____
                          Chantel Gouveia

Dated: _____          _____
                          April Herney-Kosakowski

Dated: _____          _____
                          Tamelle Hilliard

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

## Law Office of Paul A. Pagano, P.C.

Dated: 2/12/22          _____
                        April Herney-Kosakowski

Dated: _____       _____
                        Tamelle Hilliard

Dated: _____       _____
                        Yolanda Holmes

Dated: _____       _____
                        Keysha Lewis

Dated: _____       _____
                        Zhihui Pu

Dated: _____       _____
                        Myrline Ulysses

5



Paul A. Pagano, Esq.          Law Office of Paul A. Pagano, P.C.
Paul@LawOfficePaulPagano.com
(917)589-1479

Dated: _____          _____
                                         April Herney-Kosakowski

Dated: 2/18/22          _____
                                         Tanelle Hilliard

Dated: _____          _____
                                         Yolanda Holmes

Dated: _____          _____
                                         Keysha Lewis

Dated: _____          _____
                                         Zhihui Pu

Dated: _____          _____
                                         Myrline Ulysses

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| OMAR MALCOLM, KARVEN ALCINDOR, ANTHONY APONTE, SHIRLENE BLAIR, DERYCK CHARLES, LATIF CORNELIUS, LANAE CURRY, JOSE DEJESUS, SHAKIYNA ESPINO, ROBERTO FERNANDEZ, VLAJEMY FRANCOIS, CRYSTAL GARNETT, CHANTEL GOUVEIA, APRIL HERNEY-KOSAKOWSKI, TAMELLE HILLIARD, YOLANDA HOLMES, MONIQUE JOHNSON, KEYSHA LEWIS, CAROLYN MARAJ, HUZIRAN MOZEB, ZHIHUI PU, DAVID RUDDOCK, MYRLINE ULYSSES, and BRICE WILLIAMS, individually and on behalf of all others similarly situated, | Case No:  20-cv-09641(ALC)<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** |

Plaintiffs,


-against-


THE CITY OF NEW YORK,

Defendant.
------------------------------------------------------------------------X

Notice is hereby given that, subject to approval by the Court, all Plaintiffs substitute Paul A. Pagano of the Law Office of Paul A. Pagano, P.C., Jason Abelove of the Law Offices of Jason Abelove, P.C. and Yale Pollack of the Law Offices of Yale Pollack, P.C. as counsel of record in place of Steven J. Moser of Moser Law Firm, P.C.

Contact information for new counsel is as follows:

Firm Name:    Law Office of Paul A. Pagano, P.C.
Address:      100 Duffy Avenue, Suite 510, Hicksville, NY 11801
Telephone:    (917) 589-1479
Email:        Paul@LawOfficePaulPagano.com

Firm Name:    Law Offices of Jason L. Abelove, P.C.
Address:      666 Old Country Road, Suite 303, Garden City, NY 11530
Telephone:    (516) 222-7000
Email:        jason@jasonabelove.com

Firm Name:    Law Offices of Yale Pollack, P.C.
Address:      66 Split Rock Road, Syosset, NY 11791
Telephone:    (516) 634-6340
Email:        ypollack@yalepollacklaw.com

I consent to the above substitution:

Dated: _____

_____
Omar Malcolm

Dated: _____

_____
Carolyn Marai

Dated: _____

_____
Shirlene Blair

Dated: _____

_____
Monique Johnson

Dated: _____

_____
Brice Williams

Dated: _____

_____
Anthony Aponte

Dated: _____

_____
Shakiyna Espino

Dated: _____

_____
Roberto Fernandez

Dated: _____

_____
Vlajeray Francois

Dated: _____

_____
Huziran Mozeb

Dated: _____

_____
David Ruddock

Dated: 2/12/22

_____
Karven Alcindor

Dated: _____

_____
Deryck Charles

Dated: _____

_____
Latif Cornelius

Dated: _____

_____
Lanae Curry

2

Dated: _____                    _____
                                    Jose DeJesus


Dated: _____                    _____
                                    Crystal Garnett

Dated: _____                    _____
                                    Chantel Gouveia

Dated: 2/12/22                      _____
                                    April Herney- Kosakowski

Dated: 2/18/22                      _____
                                    Tamelle Hilliard

Dated: _____                    _____
                                    Yolanda Holmes

Dated: _____                    _____
                                    Keysha Lewis

Dated: _____                    _____
                                    Zhihui Pu

Dated: _____                    _____
                                    Myrline Ulysses



I consent to being substituted

Dated:_____             _____
                                    Steven J. Moser of Moser Law Firm, P.C.

I consent to the above substitution

Dated: 2/12/22                      _____
                                    Paul Pagano
                                    of Law Office of Paul A. Pagano, P.C.

Dated: 2/12/22                      _____
                                    Jason Abelove
                                    of Law Offices of Jason Abelove, P.C.

3

Dated: 2/14/22

Yale Pollack
of Law Offices of Yale Pollack, P.C.

The substitution of attorney is hereby approved and so ORDERED.

Dated:

4

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.

Dated: _____

Dated: _____

                                   April Herney-Kosakowski

                                   Tamelle Hilliard

Dated: 2/27/w

                                   Yolanda Holmes

Dated: _____

                                   Keysha Lewis

Dated: _____

                                   Zhihui Pu

Dated: _____

                                   Myrline Ulysses

Case 1:21-cv-00500-JGK   Document 120-6   Filed 07/15/22   Page 21 of 32



Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

**Law Office of Paul A. Pagano, P.C.**

Dated: _____          _____
                                        Shirlene Blair

Dated: 2/18/22           _____
                                        Monique Johnson

Dated: _____          _____
                                        Brice Williams

Dated: _____          _____
                                        Anthony Aponte

Dated: _____          _____
                                        Shakiyna Espino

Dated: _____          _____
                                        Roberto Fernandez

Dated: _____          _____
                                        Vlajemy Francois

Dated: _____          _____
                                        Huziran Mozeb

Dated: _____          _____
                                        David Ruddock

Dated: _____          _____
                                        Karven Alcindor

Dated: _____          _____
                                        Deryck Charles

Dated: _____          _____
                                        Latif Cornelius

Dated: _____          _____
                                        Lanae Curry

Dated: _____          _____
                                        Jose DeJesus

Dated: _____          _____
                                        Crystal Garnett

Dated: _____          _____
                                        Chantel Gouveia

4

Dated: _____

_____
Jose DeJesus

Dated: _____

_____
Crystal Garnett

Dated: _____

_____
Chantel Gouveia

Dated: 2/12/22

_____
April Herney- Kosakowski

Dated: _____

_____
Tamelle Hilliard

Dated: _____

_____
Yolanda Holmes

Dated: 3/8/22

_____
Keysha Lewis

Dated: _____

_____
Zhihui Pu

Dated: _____

_____
Myrline Ulysses

I consent to being substituted

Dated: _____

_____
Steven J. Moser of Moser Law Firm, P.C.

I consent to the above substitution

Dated: 2/12/22

_____
Paul Pagano
of Law Office of Paul A. Pagano, P.C.

Dated: 8/18/22

_____
Jason Abelove
of Law Offices of Jason Abelove, P.C.

3



Paul A. Pagano, Esq.                    Law Office of Paul A. Pagano, P.C.
Paul@LawOfficePaulPagano.com
(917)589-1479

Dated: _____                    _____
                                     April Herney-Kosakowski

Dated: _____                    _____
                                     Tamelle Hilliard

Dated: _____                    _____
                                     Yolanda Holmes

Dated: 3/8/22                        _____
                                     Keysha Lewis

Dated: _____                    _____
                                     Zhihui Pu

Dated: _____                    _____
                                     Myrline Ulysses

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.



reasonably required to relieve us of any further obligation to perform legal services, including the execution of any documents necessary to complete our withdrawal from representation.

**FILE RETENTION AND DESTRUCTION**

At the conclusion of your matter, this matter will be closed, and we will retain a client file of your matter for a period of 7 years. We may store some or all client file materials in a digital format. In the process of digitizing such documents, any original paper documents provided by you will be returned to you upon request. Any copies of paper documents provided by you will not be returned to you unless you request such copies in writing. After any or all paper documents are digitized, we will destroy all paper documents in the client file, subject to the exceptions noted above. At the expiration of the 7-year period, we will destroy all client file materials unless you notify us in writing that you wish to take possession of them. This clause applies to any client file materials being held or stored by a third-party vendor.

**INDEPENDENT COUNSEL REVIEW**

The instant retainer agreement is a legal document that creates certain rights and responsibilities for each of the parties thereto. As such, you may wish to have independent legal counsel review same prior to execution.

The Law Office of Paul A. Pagano, P.C.

By: _Paul P_____

Dated: 2/12/22

Law Offices of Jason L. Abelove, P.C.

By: _____

Dated: 2-12-22

Law Offices of Yale Pollack, P.C.

By: _____

Dated: 2/11/22

_Omar Malcolm_____                    2/12/22
Omar Malcolm                             Dated

3

Carolynmaray@gmail.com
AprilKosakowski96@Yahoo.Com
Sblair922@aol.com
Karvenalcindor2@yahoo.com
VLAJEMY FRANCOIS @ YAHOO.COM.



Paul A. Pagano, Esq.                    Law Office of Paul A. Pagano, P.C.
Paul@LawOfficePaulPagano.com
(917)589-1479

term of this agreement, fail to cooperate or follow our advice on a material matter, if a conflict of interest develops or is discovered, or if there exists, at any time, any fact or circumstance that would, in our opinion, render our continuing representation unlawful, unethical, or otherwise inappropriate. If we elect to terminate our representation, you will timely take all steps reasonably necessary and will cooperate as reasonably required to relieve us of any further obligation to perform legal services, including the execution of any documents necessary to complete our withdrawal from representation.

## FILE RETENTION AND DESTRUCTION

At the conclusion of your matter, this matter will be closed, and we will retain a client file of your matter for a period of 7 years. We may store some or all client file materials in a digital format. In the process of digitizing such documents, any original paper documents provided by you will be returned to you upon request. Any copies of paper documents provided by you will not be returned to you unless you request such copies in writing. After any or all paper documents are digitized, we will destroy all paper documents in the client file, subject to the exceptions noted above. At the expiration of the 7-year period, we will destroy all client file materials unless you notify us in writing that you wish to take possession of them. This clause applies to any client file materials being held or stored by a third-party vendor.

## INDEPENDENT COUNSEL REVIEW

The instant retainer agreement is a legal document that creates certain rights and responsibilities for each of the parties thereto. As such, you may wish to have independent legal counsel review same prior to execution.

The Law Office of Paul A. Pagano, P.C.

By:

Dated: 2/12/22


Law Offices of Jason L. Abelove, P.C.

By:

Dated: 2/12/22


Law Offices of Yale Pollack, P.C.

By:

Dated: 2/14/22


Dated: 2/12/22


C. Maraj

Carolyn Maraj

3

20

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917) 589-1479

Law Office of Paul A. Pagano, P.C.

Dated: _____

_____
Shirlene Blair

Dated: _____

_____
Monique Johnson

Dated: _____

_____
Brice Williams

Dated: _____

_____
Anthony Aponte

Dated: _____

_____
Shakiyna Espino

Dated: _____

_____
Roberto Fernandez

Dated: _____

_____
Vlajemy Francois

Dated: 2/16/2022

_____
Huzifan Mozeb

Dated: _____

_____
David Ruddock

Dated: _____

_____
Karven Alcindor

Dated: _____

_____
Deryck Charles

Dated: _____

_____
Latif Cornelius

Dated: _____

_____
Lanae Curry

Dated: _____

_____
Jose DeJesus

Dated: _____

_____
Crystal Garnett

Dated: _____

_____
Chantel Gouveia

4



Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.

Dated: _____                                    _____
                                                      April Herney-Kosakowski

Dated: _____                                    _____
                                                      Tamelle Hilliard

Dated: _____                                    _____
                                                      Yolanda Holmes

Dated: _____                                    _____
                                                      Keysha Lewis

Dated: 2/18/22                                      _____
                                                      Zhihui Pu

Dated: _____                                    _____
                                                      Myrline Ulysses



Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.

Dated: _____    _____
Shirlene Blair

Dated: _____    _____
Monique Johnson

Dated: _____    _____
Brice Williams

Dated: _____    _____
Anthony Aponte

Dated: _____    _____
Shakiyna Espino

Dated: _____    _____
Roberto Fernandez

Dated: _____    _____
Vlajemy Francois

Dated: _____    _____
Huziran Mozeb

Dated: 2/15/22    _____
David Ruddock

Dated: _____    _____
Karven Alcindor

Dated: _____    _____
Deryck Charles

Dated: _____    _____
Latif Cornelius

Dated: _____    _____
Lanae Curry

Dated: _____    _____
Jose DeJesus

Dated: _____    _____
Crystal Garnett

Dated: _____    _____
Chantel Gouveia

4



Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.

Dated: _____

_____
April Herney-Kosakowski

Dated: _____

_____
Tamelle Hilliard

Dated: _____

_____
Yolanda Holmes

Dated: _____

_____
Keysha Lewis

Dated: _____

_____
Zhihui Pu

Dated: _____

_____
Myrline Ulysses

5



Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917) 589-1479

Law Office of Paul A. Pagano, P.C.

Dated: _____                                    _____
                                                    April Herney-Kosakowski

Dated: _____                                    _____
                                                    Tamelle Hilliard

Dated: _____                                    _____
                                                    Yolanda Holmes

Dated: _____                                    _____
                                                    Keysha Lewis

Dated: _____                                    _____
                                                    Zhihui Pu

Dated: 2/8/22                                       _____
                                                    Myrline Ulysses

5

Law Office of Paul A. Pagano, P.C.



Dated: _____                    _____
                                     Shirlene Blair

Dated: _____                    _____
                                     Monique Johnson

Dated: 2/12/22                       _____
                                     Brice Williams

Dated: _____                    _____
                                     Anthony Aponte

Dated: _____                    _____
                                     Shakiyna Espino

Dated: _____                    _____
                                     Roberto Fernandez

Dated: _____                    _____
                                     Vlajemy Francois

Dated: _____                    _____
                                     Huziran Mozeb

Dated: _____                    _____
                                     David Ruddock

Dated: _____                    _____
                                     Karven Alcindor

Dated: _____                    _____
                                     Deryck Charles

Dated: _____                    _____
                                     Latif Cornelius

Dated: _____                    _____
                                     Lanae Curry

Dated: _____                    _____
                                     Jose DeJesus

Dated: _____                    _____
                                     Crystal Garnett

Dated: _____                    _____
                                     Chantel Gouveia