| PYRL_NO | EMPL_NUM | JOB_SEQ_CODE | EARN_DATE | PAY_TYPE_CODE | PAY_TYP_DESC_LONG | TRANS_ID | CMPT_DOL_PYMT | PAY_UNITS | PROCESS_DATE | PAY_DATE | PYMT_STAT_IND | AGCY_EVENT_S P_DATA | TITL_CODE | PAY_FACTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 21149 | 1 | Nov 22, 2017 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72472559046991000 | $25.86 | 480 | Dec 8, 2017 | Dec 15, 2017 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Nov 22, 2017 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72472559046990000 | $470.26 | 480 | Dec 8, 2017 | Dec 15, 2017 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Nov 23, 2017 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72472559047991000 | $25.86 | 480 | Dec 8, 2017 | Dec 15, 2017 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Nov 23, 2017 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72472559047990000 | $470.26 | 480 | Dec 8, 2017 | Dec 15, 2017 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Nov 25, 2017 | 100 | RECURRING REGULAR GROSS | 72550354581868100 | $3138.49 | 4800 | Nov 24, 2017 | Dec 1, 2017 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Nov 25, 2017 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550354581868200 | $116.72 | 0 | Nov 24, 2017 | Dec 1, 2017 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Nov 26, 2017 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE) | 72483545107990000 | $470.26 | 480 | Dec 8, 2017 | Dec 15, 2017 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Nov 29, 2017 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE) | 72483545109990000 | $470.26 | 480 | Dec 8, 2017 | Dec 15, 2017 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Dec 2, 2017 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72483545110991000 | $25.86 | 480 | Dec 8, 2017 | Dec 15, 2017 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Dec 2, 2017 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72483545110990000 | $470.26 | 480 | Dec 8, 2017 | Dec 15, 2017 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Dec 2, 2017 | 2010 | UNIFORM ALLOWANCE | 72790000212021200 | $980.00 | 0 | Dec 8, 2017 | Dec 15, 2017 | A | | 70467 | |
| 72 | 21149 | 1 | Dec 9, 2017 | 100 | RECURRING REGULAR GROSS | 72550355149148400 | $3138.49 | 4800 | Dec 8, 2017 | Dec 15, 2017 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Dec 9, 2017 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550355149148500 | $116.72 | 0 | Dec 8, 2017 | Dec 15, 2017 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Dec 9, 2017 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72495216849991000 | $25.86 | 480 | Dec 22, 2017 | Dec 29, 2017 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Dec 9, 2017 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72495216849990000 | $470.26 | 480 | Dec 22, 2017 | Dec 29, 2017 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Dec 14, 2017 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE) | 72505326075990000 | $470.26 | 480 | Dec 22, 2017 | Dec 29, 2017 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Dec 22, 2017 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72516050356991000 | $9.70 | 180 | Jan 5, 2018 | Jan 12, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Dec 22, 2017 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72516050356990000 | $176.35 | 180 | Jan 5, 2018 | Jan 12, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Dec 23, 2017 | 100 | RECURRING REGULAR GROSS | 72550355713283300 | $3138.49 | 4800 | Dec 22, 2017 | Dec 29, 2017 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Dec 23, 2017 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550355713283400 | $116.72 | 0 | Dec 22, 2017 | Dec 29, 2017 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Dec 24, 2017 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72526510692991000 | $25.86 | 480 | Jan 5, 2018 | Jan 12, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Dec 24, 2017 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72526510692990000 | $470.26 | 480 | Jan 5, 2018 | Jan 12, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Dec 28, 2017 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72526510695991000 | $10.51 | 195 | Jan 5, 2018 | Jan 12, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Dec 28, 2017 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72526510695990000 | $191.04 | 195 | Jan 5, 2018 | Jan 12, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Dec 31, 2017 | 1130 | HOLIDAY PAY FOR UNIFORMED FORCES | 72004501384000000 | $1883.10 | 0 | Jan 20, 2018 | Jan 26, 2018 | A | | 70467 | |
| 72 | 21149 | 1 | Jan 4, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE) | 72017804978990000 | $117.56 | 120 | Jan 20, 2018 | Jan 26, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jan 6, 2018 | 100 | RECURRING REGULAR GROSS | 72550356248061600 | $3138.49 | 4800 | Jan 5, 2018 | Jan 12, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Jan 6, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550356248061700 | $116.72 | 0 | Jan 5, 2018 | Jan 12, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jan 9, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72028701234991000 | $8.08 | 150 | Jan 20, 2018 | Jan 26, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jan 9, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72028701234990000 | $146.96 | 150 | Jan 20, 2018 | Jan 26, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jan 14, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72030371056991000 | $25.86 | 480 | Feb 2, 2018 | Feb 9, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jan 14, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72030371056990000 | $470.26 | 480 | Feb 2, 2018 | Feb 9, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jan 17, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72030371059991000 | $25.86 | 480 | Feb 2, 2018 | Feb 9, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jan 17, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72030371059990000 | $470.26 | 480 | Feb 2, 2018 | Feb 9, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jan 20, 2018 | 100 | RECURRING REGULAR GROSS | 72550356804699400 | $3138.49 | 4800 | Jan 20, 2018 | Jan 26, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Jan 20, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550356804699500 | $116.72 | 0 | Jan 20, 2018 | Jan 26, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jan 26, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72040343522991000 | $25.86 | 480 | Feb 2, 2018 | Feb 9, 2018 | A | 0191 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jan 26, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72040343522990000 | $470.26 | 480 | Feb 2, 2018 | Feb 9, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Feb 3, 2018 | 100 | RECURRING REGULAR GROSS | 72550357340112600 | $3138.49 | 4800 | Feb 2, 2018 | Feb 9, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Feb 3, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550357340112700 | $116.72 | 0 | Feb 2, 2018 | Feb 9, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Feb 7, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE) | 72062165098990000 | $146.96 | 150 | Feb 17, 2018 | Feb 23, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Feb 9, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE) | 72062165099990000 | $176.35 | 180 | Feb 17, 2018 | Feb 23, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Feb 13, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72072594312991000 | $12.12 | 225 | Mar 3, 2018 | Mar 9, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Feb 13, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72072594312990000 | $220.43 | 225 | Mar 3, 2018 | Mar 9, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Feb 15, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72072594313991000 | $6.47 | 120 | Mar 3, 2018 | Mar 9, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Feb 15, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72072594313990000 | $117.56 | 120 | Mar 3, 2018 | Mar 9, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Feb 17, 2018 | 100 | RECURRING REGULAR GROSS | 72550357926290900 | $3138.49 | 4800 | Feb 17, 2018 | Feb 23, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Feb 17, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550357926291000 | $116.72 | 0 | Feb 17, 2018 | Feb 23, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Mar 3, 2018 | 100 | RECURRING REGULAR GROSS | 72550358467011200 | $3138.49 | 4800 | Mar 3, 2018 | Mar 9, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Mar 3, 2018 | 100 | RECURRING REGULAR GROSS | 72550358467011201 | $16.82 | 0 | Mar 17, 2018 | Mar 23, 2018 | A | | 70467 | 1 |

| PYR L_NO | EMPL_NUM | JOB_SEQ_CODE | EARN_DATE | PAY_TYPE_CODE | PAY_TYP_DESC_LONG | TRANS_ID | CMPT_DOL_PYMT | PAY_UNITS | PROCESS_DATE | PAY_DATE | PYMT_STAT_IND | AGCY_EVENT_SP_DATA | TITL_CODE | PAY_FACTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 21149 | 1 | Mar 3, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550358467011300 | $116.72 | 0 | Mar 3, 2018 | Mar 9, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Mar 3, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550358467011301 | $0.62 | 0 | Mar 17, 2018 | Mar 23, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Mar 12, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72116131273991000 | $26.51 | 480 | Mar 31, 2018 | Apr 6, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Mar 12, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72116131273990000 | $482.02 | 480 | Mar 31, 2018 | Apr 6, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Mar 17, 2018 | 100 | RECURRING REGULAR GROSS | 72550359032473100 | $3216.97 | 4800 | Mar 17, 2018 | Mar 23, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Mar 17, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550359032473200 | $119.63 | 0 | Mar 17, 2018 | Mar 23, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Mar 31, 2018 | 100 | RECURRING REGULAR GROSS | 72550359575369400 | $3216.97 | 4800 | Mar 31, 2018 | Apr 6, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Mar 31, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550359575369500 | $119.63 | 0 | Mar 31, 2018 | Apr 6, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Apr 1, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE) | 72148686251990000 | $482.02 | 480 | Apr 14, 2018 | Apr 20, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Apr 9, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72159647480991000 | $11.60 | 210 | Apr 28, 2018 | May 4, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Apr 9, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72159647480990000 | $210.88 | 210 | Apr 28, 2018 | May 4, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Apr 10, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72159647481991000 | $26.51 | 480 | Apr 28, 2018 | May 4, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Apr 10, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72159647481990000 | $482.02 | 480 | Apr 28, 2018 | May 4, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Apr 14, 2018 | 100 | RECURRING REGULAR GROSS | 72550360142593300 | $3216.97 | 4800 | Apr 14, 2018 | Apr 20, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Apr 14, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550360142593400 | $119.63 | 0 | Apr 14, 2018 | Apr 20, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Apr 14, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72159647482991000 | $11.60 | 210 | Apr 28, 2018 | May 4, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Apr 14, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72159647482990000 | $210.88 | 210 | Apr 28, 2018 | May 4, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Apr 15, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72160815228991000 | $8.28 | 150 | Apr 28, 2018 | May 4, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Apr 15, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72160815228990000 | $150.63 | 150 | Apr 28, 2018 | May 4, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Apr 16, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72160815229991000 | $8.28 | 150 | Apr 28, 2018 | May 4, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Apr 16, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72160815229990000 | $150.63 | 150 | Apr 28, 2018 | May 4, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Apr 17, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72160815230991000 | $12.43 | 225 | Apr 28, 2018 | May 4, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Apr 17, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72160815230990000 | $225.95 | 225 | Apr 28, 2018 | May 4, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Apr 19, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE) | 72160815231990000 | $482.02 | 480 | Apr 28, 2018 | May 4, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Apr 22, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE) | 72172365294990000 | $482.02 | 480 | May 12, 2018 | May 18, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Apr 25, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72172365295991000 | $26.51 | 480 | May 12, 2018 | May 18, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Apr 25, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72172365295990000 | $482.02 | 480 | May 12, 2018 | May 18, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Apr 27, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72172365297991000 | $26.51 | 480 | May 12, 2018 | May 18, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Apr 27, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72172365297990000 | $482.02 | 480 | May 12, 2018 | May 18, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Apr 28, 2018 | 100 | RECURRING REGULAR GROSS | 72550360686575100 | $3216.97 | 4800 | Apr 28, 2018 | May 4, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Apr 28, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550360686575200 | $119.63 | 0 | Apr 28, 2018 | May 4, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | May 5, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72182423126991000 | $8.28 | 150 | May 12, 2018 | May 18, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | May 5, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72182423126991001 | $0.01 | 0 | May 26, 2018 | Jun 1, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | May 5, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72182423126991002 | $0.06 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | May 5, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72182423126990000 | $150.63 | 150 | May 12, 2018 | May 18, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 5, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72182423126990001 | $0.07 | 0 | May 26, 2018 | Jun 1, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 5, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72182423126990002 | $1.08 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 7, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE) | 72194222279990000 | $482.22 | 480 | May 26, 2018 | Jun 1, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 7, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE) | 72194222279990001 | $3.46 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 8, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE) | 72194222280990000 | $482.22 | 480 | May 26, 2018 | Jun 1, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 8, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE) | 72194222280990001 | $3.46 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 12, 2018 | 100 | RECURRING REGULAR GROSS | 72550361232529100 | $3217.76 | 4800 | May 12, 2018 | May 18, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | May 12, 2018 | 100 | RECURRING REGULAR GROSS | 72550361232529101 | $13.19 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | | 70467 | 1 |
| 72 | 21149 | 1 | May 12, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550361232529200 | $119.63 | 0 | May 12, 2018 | May 18, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | May 13, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72204351487991000 | $26.52 | 480 | May 26, 2018 | Jun 1, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | May 13, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72204351487991001 | $0.19 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | May 13, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72204351487990000 | $482.22 | 480 | May 26, 2018 | Jun 1, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 13, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72204351487990001 | $3.46 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 14, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72204351488991000 | $26.52 | 480 | May 26, 2018 | Jun 1, 2018 | A | 0191 | 70467 | 0.0825 |
| 72 | 21149 | 1 | May 14, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72204351488991001 | $0.19 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0191 | 70467 | 0.0825 |

| PYRL_NO | EMPL_NUM | JOB_SEQ_CODE | EARN_DATE | PAY_TYP E_CODE | PAY_TYP_DESC_LONG | TRANS_ID | CMPT_DOL_PYMT | PAY_UNITS | PROCESS_DATE | PAY_DATE | PYMT_STAT_IND | AGCY_EVENT_SP_DATA | TITL_COD E | PAY_FACTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 21149 | 1 | May 14, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72204351488990000 | $482.22 | 480 | May 26, 2018 | Jun 1, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 14, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72204351488990001 | $3.46 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 16, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72204351491991000 | $26.63 | 480 | May 26, 2018 | Jun 1, 2018 | A | 0196 | 70467 | 0.0825 |
| 72 | 21149 | 1 | May 16, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72204351491991001 | $0.19 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0196 | 70467 | 0.0825 |
| 72 | 21149 | 1 | May 16, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72204351491990000 | $506.99 | 480 | May 26, 2018 | Jun 1, 2018 | A | 0196 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 16, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72204351491990001 | $3.46 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0196 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 19, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72204351492991000 | $26.63 | 480 | May 26, 2018 | Jun 1, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | May 19, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72204351492991001 | $0.19 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | May 19, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72204351492990000 | $506.99 | 480 | May 26, 2018 | Jun 1, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 19, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72204351492990001 | $3.46 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 21, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72216211370991000 | $26.63 | 480 | Jun 9, 2018 | Jun 15, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | May 21, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72216211370991001 | $0.19 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | May 21, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72216211370990000 | $506.99 | 480 | Jun 9, 2018 | Jun 15, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 21, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72216211370990001 | $3.46 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 26, 2018 | 100 | RECURRING REGULAR GROSS | 7255036180380680 | $3218.35 | 4800 | May 26, 2018 | Jun 1, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | May 26, 2018 | 100 | RECURRING REGULAR GROSS | 7255036180380680 | $23.09 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | | 70467 | 1 |
| 72 | 21149 | 1 | May 26, 2018 | 220 | PENSIONABLE LONGEVITY INCREMENT | 7255036180380690 | $9.95 | 0 | May 26, 2018 | Jun 1, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | May 26, 2018 | 229 | NEW UNIFORMED LONGEVITY (NOT INCLUD IN 10% NIC | 7255036180380700 | $119.95 | 0 | May 26, 2018 | Jun 1, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | May 26, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 7255036180380710 | $119.63 | 0 | May 26, 2018 | Jun 1, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | May 28, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE | 72226214130990000 | $506.99 | 480 | Jun 9, 2018 | Jun 15, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | May 28, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE | 72226214130990001 | $3.46 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jun 7, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72237379352991000 | $26.63 | 480 | Jun 23, 2018 | Jun 29, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jun 7, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72237379352991001 | $0.19 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jun 7, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72237379352990000 | $506.99 | 480 | Jun 23, 2018 | Jun 29, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jun 7, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72237379352990001 | $3.46 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jun 9, 2018 | 100 | RECURRING REGULAR GROSS | 7255036234636540 | $3218.35 | 4800 | Jun 9, 2018 | Jun 15, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Jun 9, 2018 | 100 | RECURRING REGULAR GROSS | 7255036234636540 | $23.09 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Jun 9, 2018 | 220 | PENSIONABLE LONGEVITY INCREMENT | 7255036234636550 | $12.66 | 0 | Jun 9, 2018 | Jun 15, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jun 9, 2018 | 229 | NEW UNIFORMED LONGEVITY (NOT INCLUD IN 10% NIC | 7255036234636560 | $152.66 | 0 | Jun 9, 2018 | Jun 15, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jun 9, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 7255036234636570 | $119.63 | 0 | Jun 9, 2018 | Jun 15, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jun 10, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72247913636991000 | $26.63 | 480 | Jun 23, 2018 | Jun 29, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jun 10, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72247913636991001 | $0.19 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jun 10, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72247913636990000 | $506.99 | 480 | Jun 23, 2018 | Jun 29, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jun 10, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72247913636990001 | $3.46 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jun 13, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE | 72247913637990000 | $506.99 | 480 | Jun 23, 2018 | Jun 29, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jun 13, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE | 72247913637990001 | $3.46 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jun 23, 2018 | 100 | RECURRING REGULAR GROSS | 7255036291273840 | $3218.35 | 4800 | Jun 23, 2018 | Jun 29, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Jun 23, 2018 | 100 | RECURRING REGULAR GROSS | 7255036291273840 | $23.09 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Jun 23, 2018 | 220 | PENSIONABLE LONGEVITY INCREMENT | 7255036291273850 | $12.66 | 0 | Jun 23, 2018 | Jun 29, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jun 23, 2018 | 229 | NEW UNIFORMED LONGEVITY (NOT INCLUD IN 10% NIC | 7255036291273860 | $152.66 | 0 | Jun 23, 2018 | Jun 29, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jun 23, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 7255036291273870 | $119.63 | 0 | Jun 23, 2018 | Jun 29, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jun 25, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72269760894991000 | $11.65 | 210 | Jul 7, 2018 | Jul 13, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jun 25, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72269760894991001 | $0.08 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jun 25, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72269760894990000 | $221.81 | 210 | Jul 7, 2018 | Jul 13, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jun 25, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72269760894990001 | $1.51 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jun 30, 2018 | 100 | RECURRING REGULAR GROSS | 7255036345512910 | $1609.18 | 2400 | Jul 7, 2018 | Jul 13, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Jun 30, 2018 | 100 | RECURRING REGULAR GROSS | 7255036345512910 | $11.54 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Jun 30, 2018 | 220 | PENSIONABLE LONGEVITY INCREMENT | 7255036345512930 | $6.33 | 0 | Jul 7, 2018 | Jul 13, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jun 30, 2018 | 229 | NEW UNIFORMED LONGEVITY (NOT INCLUD IN 10% NIC | 7255036345512950 | $76.33 | 0 | Jul 7, 2018 | Jul 13, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jun 30, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 7255036345512970 | $59.82 | 0 | Jul 7, 2018 | Jul 13, 2018 | A | | 70467 | 0 |

| PYRL_NO | EMPL_NUM | JOB_SEQ_CODE | EARN_DATE | PAY_TYPE_CODE | PAY_TYP_DESC_LONG | TRANS_ID | CMPT_DOL_PYMT | PAY_UNITS | PROCESS_DATE | PAY_DATE | PYMT_STAT_IND | AGCY_EVENT_SP_DATA | TITL_CODE | PAY_FACTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 21149 | 1 | Jun 30, 2018 | 1130 | HOLIDAY PAY FOR UNIFORMED FORCES | 72004501043000000 | $1691.83 | 0 | Jul 21, 2018 | Jul 27, 2018 | A | | 70467 | |
| 72 | 21149 | 1 | Jul 3, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE | 72270606428990000 | $506.99 | 480 | Jul 21, 2018 | Jul 27, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jul 3, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE | 72270606428990001 | $3.46 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jul 7, 2018 | 100 | RECURRING REGULAR GROSS | 72550363455129000 | $1609.18 | 2400 | Jul 7, 2018 | Jul 13, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Jul 7, 2018 | 100 | RECURRING REGULAR GROSS | 72550363455129001 | $11.54 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Jul 7, 2018 | 220 | PENSIONABLE LONGEVITY INCREMENT | 72550363455129200 | $6.33 | 0 | Jul 7, 2018 | Jul 13, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jul 7, 2018 | 229 | NEW UNIFORMED LONGEVITY (NOT INCLUD IN 10% NI( | 72550363455129400 | $76.33 | 0 | Jul 7, 2018 | Jul 13, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jul 7, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550363455129600 | $59.82 | 0 | Jul 7, 2018 | Jul 13, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jul 7, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72270606430991000 | $11.65 | 210 | Jul 21, 2018 | Jul 27, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jul 7, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72270606430991001 | $0.08 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jul 7, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72270606430990000 | $221.81 | 210 | Jul 21, 2018 | Jul 27, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jul 7, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72270606430990001 | $1.51 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jul 8, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72281473814991000 | $3.33 | 60 | Jul 21, 2018 | Jul 27, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jul 8, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72281473814991001 | $0.02 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jul 8, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72281473814990000 | $63.37 | 60 | Jul 21, 2018 | Jul 27, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jul 8, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72281473814990001 | $0.44 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jul 21, 2018 | 100 | RECURRING REGULAR GROSS | 72550364164398900 | $3218.35 | 4800 | Jul 21, 2018 | Jul 27, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Jul 21, 2018 | 100 | RECURRING REGULAR GROSS | 72550364164398901 | $23.09 | 0 | Mar 16, 2019 | Mar 22, 2019 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Jul 21, 2018 | 220 | PENSIONABLE LONGEVITY INCREMENT | 72550364164399000 | $12.66 | 0 | Jul 21, 2018 | Jul 27, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jul 21, 2018 | 229 | NEW UNIFORMED LONGEVITY (NOT INCLUD IN 10% NI( | 72550364164399100 | $152.66 | 0 | Jul 21, 2018 | Jul 27, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jul 21, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550364164399200 | $119.63 | 0 | Jul 21, 2018 | Jul 27, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Jul 22, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72303172248991000 | $8.38 | 150 | Aug 4, 2018 | Aug 10, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jul 22, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72303172248990000 | $159.52 | 150 | Aug 4, 2018 | Aug 10, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jul 24, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72303172249991000 | $13.41 | 240 | Aug 4, 2018 | Aug 10, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jul 24, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72303172249990000 | $255.23 | 240 | Aug 4, 2018 | Aug 10, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jul 27, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72303172252991000 | $26.82 | 480 | Aug 4, 2018 | Aug 10, 2018 | A | 0191 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jul 27, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72303172252990000 | $510.45 | 480 | Aug 4, 2018 | Aug 10, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Jul 31, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72314056773991000 | $26.82 | 480 | Aug 18, 2018 | Aug 24, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Jul 31, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72314056773990000 | $510.45 | 480 | Aug 18, 2018 | Aug 24, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Aug 3, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72314056775991000 | $26.82 | 480 | Aug 18, 2018 | Aug 24, 2018 | A | 0191 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Aug 3, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72314056775990000 | $510.45 | 480 | Aug 18, 2018 | Aug 24, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Aug 4, 2018 | 100 | RECURRING REGULAR GROSS | 72550364718564700 | $3241.44 | 4800 | Aug 4, 2018 | Aug 10, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Aug 4, 2018 | 220 | PENSIONABLE LONGEVITY INCREMENT | 72550364718564800 | $12.66 | 0 | Aug 4, 2018 | Aug 10, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Aug 4, 2018 | 229 | NEW UNIFORMED LONGEVITY (NOT INCLUD IN 10% NI( | 72550364718564900 | $152.66 | 0 | Aug 4, 2018 | Aug 10, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Aug 4, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550364718565000 | $119.63 | 0 | Aug 4, 2018 | Aug 10, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Aug 8, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72325226886991000 | $26.82 | 480 | Aug 18, 2018 | Aug 24, 2018 | A | 0191 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Aug 8, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72325226886990000 | $510.45 | 480 | Aug 18, 2018 | Aug 24, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Aug 11, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE | 72325226888990000 | $159.52 | 150 | Aug 18, 2018 | Aug 24, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Aug 18, 2018 | 100 | RECURRING REGULAR GROSS | 72550365290429200 | $3241.44 | 4800 | Aug 18, 2018 | Aug 24, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Aug 18, 2018 | 220 | PENSIONABLE LONGEVITY INCREMENT | 72550365290429300 | $12.66 | 0 | Aug 18, 2018 | Aug 24, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Aug 18, 2018 | 229 | NEW UNIFORMED LONGEVITY (NOT INCLUD IN 10% NI( | 72550365290429400 | $152.66 | 0 | Aug 18, 2018 | Aug 24, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Aug 18, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550365290429500 | $119.63 | 0 | Aug 18, 2018 | Aug 24, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Aug 18, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72336913943991000 | $26.82 | 480 | Sep 1, 2018 | Sep 7, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Aug 18, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72336913943990000 | $510.45 | 480 | Sep 1, 2018 | Sep 7, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Aug 21, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72346954798991000 | $26.82 | 480 | Sep 1, 2018 | Sep 7, 2018 | A | 0191 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Aug 21, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72346954798990000 | $510.45 | 480 | Sep 1, 2018 | Sep 7, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Aug 24, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72346954799991000 | $5.03 | 90 | Sep 1, 2018 | Sep 7, 2018 | A | 0184 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Aug 24, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72346954799990000 | $95.71 | 90 | Sep 1, 2018 | Sep 7, 2018 | A | 0184 | 70467 | 1.5 |
| 72 | 21149 | 1 | Aug 30, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72358873142991000 | $26.82 | 480 | Sep 15, 2018 | Sep 21, 2018 | A | 0192 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Aug 30, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72358873142990000 | $510.45 | 480 | Sep 15, 2018 | Sep 21, 2018 | A | 0192 | 70467 | 1.5 |

| PYRL_NO | EMPL_NUM | JOB_SEQ_CODE | EARN_DATE | PAY_TYPE_CODE | PAY_TYP_DESC_LONG | TRANS_ID | CMPT_DOL_PYMT | PAY_UNITS | PROCESS_DATE | PAY_DATE | PYMT_STAT_IND | AGCY_EVENT_SP_DATA | TITL_CODE | PAY_FACTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 21149 | 1 | Sep 1, 2018 | 100 | RECURRING REGULAR GROSS | 72550365839006900 | $3241.44 | 4800 | Sep 1, 2018 | Sep 7, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Sep 1, 2018 | 220 | PENSIONABLE LONGEVITY INCREMENT | 72550365839007000 | $12.66 | 0 | Sep 1, 2018 | Sep 7, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Sep 1, 2018 | 229 | NEW UNIFORMED LONGEVITY (NOT INCLUD IN 10% NIC | 72550365839007100 | $152.66 | 0 | Sep 1, 2018 | Sep 7, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Sep 1, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550365839007200 | $119.63 | 0 | Sep 1, 2018 | Sep 7, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Sep 1, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72358873144991000 | $26.82 | 480 | Sep 15, 2018 | Sep 21, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Sep 1, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72358873144990000 | $510.45 | 480 | Sep 15, 2018 | Sep 21, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Sep 5, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72368868444991000 | $26.82 | 480 | Sep 15, 2018 | Sep 21, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Sep 5, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72368868444990000 | $510.45 | 480 | Sep 15, 2018 | Sep 21, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Sep 7, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72368868445991000 | $26.82 | 480 | Sep 15, 2018 | Sep 21, 2018 | A | 0191 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Sep 7, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72368868445990000 | $510.45 | 480 | Sep 15, 2018 | Sep 21, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Sep 8, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72368868447991000 | $26.82 | 480 | Sep 15, 2018 | Sep 21, 2018 | A | 0191 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Sep 8, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72368868447990000 | $510.45 | 480 | Sep 15, 2018 | Sep 21, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Sep 11, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE | 72370541484990000 | $510.45 | 480 | Sep 29, 2018 | Oct 5, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Sep 15, 2018 | 100 | RECURRING REGULAR GROSS | 72550366411104700 | $3241.44 | 4800 | Sep 15, 2018 | Sep 21, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Sep 15, 2018 | 220 | PENSIONABLE LONGEVITY INCREMENT | 72550366411104800 | $12.66 | 0 | Sep 15, 2018 | Sep 21, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Sep 15, 2018 | 229 | NEW UNIFORMED LONGEVITY (NOT INCLUD IN 10% NIC | 72550366411104900 | $152.66 | 0 | Sep 15, 2018 | Sep 21, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Sep 15, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550366411105000 | $119.63 | 0 | Sep 15, 2018 | Sep 21, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Sep 16, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72380482019991000 | $26.82 | 480 | Sep 29, 2018 | Oct 5, 2018 | A | 0191 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Sep 16, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72380482019990000 | $510.45 | 480 | Sep 29, 2018 | Oct 5, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Sep 18, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72380482020991000 | $26.82 | 480 | Sep 29, 2018 | Oct 5, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Sep 18, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72380482020990000 | $510.45 | 480 | Sep 29, 2018 | Oct 5, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Sep 26, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72392425810991000 | $26.82 | 480 | Oct 13, 2018 | Oct 19, 2018 | A | 0191 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Sep 26, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72392425810990000 | $510.45 | 480 | Oct 13, 2018 | Oct 19, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Sep 29, 2018 | 100 | RECURRING REGULAR GROSS | 72550366958440900 | $3241.44 | 4800 | Sep 29, 2018 | Oct 5, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Sep 29, 2018 | 220 | PENSIONABLE LONGEVITY INCREMENT | 72550366958441000 | $12.66 | 0 | Sep 29, 2018 | Oct 5, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Sep 29, 2018 | 229 | NEW UNIFORMED LONGEVITY (NOT INCLUD IN 10% NIC | 72550366958441100 | $152.66 | 0 | Sep 29, 2018 | Oct 5, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Sep 29, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550366958441200 | $119.63 | 0 | Sep 29, 2018 | Oct 5, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Sep 30, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE | 72402304815990000 | $510.45 | 480 | Oct 13, 2018 | Oct 19, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Oct 1, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE | 72402304817990000 | $510.45 | 480 | Oct 13, 2018 | Oct 19, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Oct 4, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72402304819991000 | $26.82 | 480 | Oct 13, 2018 | Oct 19, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Oct 4, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72402304819990000 | $510.45 | 480 | Oct 13, 2018 | Oct 19, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Oct 5, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72402304820991000 | $26.82 | 480 | Oct 13, 2018 | Oct 19, 2018 | A | 0191 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Oct 5, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72402304820990000 | $510.45 | 480 | Oct 13, 2018 | Oct 19, 2018 | A | 0191 | 70467 | 1.5 |
| 72 | 21149 | 1 | Oct 6, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72402304822991000 | $26.82 | 480 | Oct 13, 2018 | Oct 19, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Oct 6, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72402304822990000 | $510.45 | 480 | Oct 13, 2018 | Oct 19, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Oct 11, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72413178052991000 | $26.82 | 480 | Oct 27, 2018 | Nov 2, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Oct 11, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72413178052990000 | $510.45 | 480 | Oct 27, 2018 | Nov 2, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Oct 13, 2018 | 100 | RECURRING REGULAR GROSS | 72550367539938900 | $3241.44 | 4800 | Oct 13, 2018 | Oct 19, 2018 | A | | 70467 | 1 |
| 72 | 21149 | 1 | Oct 13, 2018 | 220 | PENSIONABLE LONGEVITY INCREMENT | 72550367539939000 | $12.66 | 0 | Oct 13, 2018 | Oct 19, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Oct 13, 2018 | 229 | NEW UNIFORMED LONGEVITY (NOT INCLUD IN 10% NIC | 72550367539939100 | $152.66 | 0 | Oct 13, 2018 | Oct 19, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Oct 13, 2018 | 235 | RECURRING ROTATING SHIFT DIFFERENTIAL | 72550367539939200 | $119.63 | 0 | Oct 13, 2018 | Oct 19, 2018 | A | | 70467 | 0 |
| 72 | 21149 | 1 | Oct 14, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72423550398991000 | $26.82 | 480 | Oct 27, 2018 | Nov 2, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Oct 14, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72423550398990000 | $510.45 | 480 | Oct 27, 2018 | Nov 2, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Oct 17, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE | 72423550400990000 | $510.45 | 480 | Oct 27, 2018 | Nov 2, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Oct 19, 2018 | 1336 | PAID OVERTIME AT PREMIUM RATE (UNIFORMED FORCE | 72423830613990000 | $510.45 | 480 | Oct 27, 2018 | Nov 2, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Oct 22, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72434285305991000 | $26.82 | 480 | Nov 10, 2018 | Nov 16, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Oct 22, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72434285305990000 | $510.45 | 480 | Nov 10, 2018 | Nov 16, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Oct 23, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72434285306991000 | $26.82 | 480 | Nov 10, 2018 | Nov 16, 2018 | A | 0190 | 70467 | 0.0825 |
| 72 | 21149 | 1 | Oct 23, 2018 | 1406 | PAID OVERTIME AT PREMIUM NIGHT RATE | 72434285306990000 | $510.45 | 480 | Nov 10, 2018 | Nov 16, 2018 | A | 0190 | 70467 | 1.5 |
| 72 | 21149 | 1 | Oct 25, 2018 | 1350 | PAID OT NIGHT RATE (COMPANION CODE) | 72434285308991000 | $26.82 | 480 | Nov 10, 2018 | Nov 16, 2018 | A | 0190 | 70467 | 0.0825 |