LAW OFFICES OF

# JASON L. ABELOVE, P.C.

666 OLD COUNTRY ROAD
SUITE 303
GARDEN CITY, NEW YORK 11530

TELEPHONE: 516-222-7000
E-MAIL: jason@jasonabelove.com

FACSIMILE: 516-542-2001
WWW.JASONABELOVE.COM

### Professional Services: 1/1/2022-7/2/2024

| Date | Description | Time |
|---|---|---|
| 1/6/2022 | Meeting with Pagano | 2.50 |
| 1/13/2022 | Meeting with Clients | 2.75 |
| 1/14/2022 | Review pleadings and prior motions; t/c client; meeting with Pagano | 4.25 |
| 1/16/2022 | Further review of Prior Pleadings and motions; meeting with Client | 5.75 |
| 2/8/2022 | Draft Substitution of Counsel and Representation Agreement | 0.80 |
| 2/10/2022 | Schedule meeting with lead Plaintiffs | 1.40 |
| 2/12/2022 | Meeting with lead Plaintiffs- obtain signatures on Representation Agreement & consent to change attorney travel to Queens, NY | 5.75 |
| 2/15/2022 | Review reply on motion for conditional certification & Application for | 1.60 |
| 3/1/2022 | TC with Kami Barker | 0.10 |
| 3/2/2022 | Meeting with co-counsel Yale Pollack | 2.20 |
| 3/8/2022 | Review decision on motion to dismiss, TCs with Pagano  and Y Pollack re same; research re same | 1.20 |
| 3/9/2022 | Draft letter re reconsideration motion and leave to amend | 1.20 |
| 3/10/2022 | Review and revise letter to Court re extension of time and motion for reconsideration | 0.20 |
| 3/10/2022 | TC Pagano Re: DOC request for extension of time and TC with J. Voiklis and E. Pelekanos re meet and confer with Popok and Court adjournment and discovery deadline | 0.20 |

| Date | Description | Hours |
|------|-------------|-------|
| 3/14/2022 | Work on motion for reconsideration | 6.00 |
| 3/15/2022 | Review & Revise Pagano section of memorandum of law | 3.00 |
| 3/17/2022 | T/c Pagano Re: conversion to summary judgment and incorporation into complaint | 0.20 |
| 3/17/2022 | Review letter to Court requesting clarification on briefing schedule, emails with with opposing counsel re same | 0.20 |
| 3/18/2022 | File courtesy copy of previously e-filed letter | 0.25 |
| 3/21/2022 | Review opposition letter, legal research re same, draft clarification letter to Court | 0.60 |
| 3/22/2022 | T/c K. Barker re: proposed clarification letter | 0.25 |
| 3/31/2022 | Draft second draft of reconsideration/amendment MOL | 1.20 |
| 4/1/2022 | Continue reconsideration/amendment MOL; begin Second Amended Complaint; Research | 3.90 |
| 4/4/2022 | Review Pagano letter to Court regarding motion to amend | 0.20 |
| 4/4/2022 | Draft/Review motion papers including MOL, notice of motion, declaration and amended complaint; multiple teleconferences with clients | 2.10 |
| 4/5/2022 | Work with Pagano to finalize and e-file all motion papers | 2.00 |
| 4/5/2022 | File courtesy copy with Court | 0.25 |
| 4/12/2022 | Review opposition to motion; research cited cases | 2.25 |
| 4/13/2022 | Review and Revise Pagano's draft of reply MOL | 5.80 |
| 4/19/2022 | Finalize and file reply MOL; arrange for courtesy copy | 0.75 |
| 5/18/2022 | TC Malcolm; TC Pagano Re: unpaid Malcolm OT | 0.25 |
| 5/24/2022 | Email exchange with K. Barker re: Pay documents | 0.50 |
| 5/26/2022 | TC with Omar Malcolm & Pagano re unpaid overtime | 0.20 |

| | | |
|---|---|---|
| 6/1/2022 | receive/review email re ADW Malcolm OT | 0.10 |
| 6/15/2022 | Draft discovery demands | 1.80 |
| 6/17/2022 | Arrange discivery schedule with K. Barker | 0.60 |
| 6/20/2022 | Review documents and evidence for initial disclosures | 1.75 |
| 6/21/2022 | TC with client/Pagano re: initial disclosures (11 minutes), | 0.50 |
| 7/15/2022 | r/r Emails with K. Barker re her request for additional time to serve discovery responses and re serving late answer | 0.20 |
| 7/21/2022 | r/r Emails with opposing counsel re records and demand | 0.10 |
| 7/25/2022 | Review of email from K. Barker re FISA information; TC Barker | 0.50 |
| 7/26/2022 | r/r Email to K. Barker re opening documents | 0.10 |
| 8/23/2022 | r/r Emails with K. Barker to set up call re document production | 0.10 |
| 8/30/2022 | Meeting with Pagano; prep for and phone call with K. Barker re status and discovery issues | 0.90 |
| 9/6/2022 | Consult with Pagano to Finalize and email initial disclosures to K. Barker | 0.75 |
| 9/9/2022 | r/r Draft letter to Court requesting status conference | 0.20 |
| 9/13/2022 | r/r Revise letter to Court and emails with opposing counsel with same with same | 0.10 |
| 9/14/2022 | r/r Finalize and file request for status conference letter with Court with same | 0.20 |
| 10/3/2022 | TCs with client, opposing counsel, and claims administrator, draft email with opposing counsel with order and modified notices | 1.25 |
| 10/7/2022 | TC Pagano | 0.10 |
| 10/12/2022 | Meeting wth Pagano; Prep for and status conference with Court | 1.00 |
| 10/17/2022 | r/r draft proposed scheduling order and email with opposing counsel with same | 0.20 |
| 10/19/2022 | Review of collective list and r/r emails with opposing counsel re same | 1.20 |

| Date | Description | Hours |
|---|---|---|
| 10/20/2022 | Meeting with Pagano; Prep for meet and confer with K. Barker, meet and confer with Kami Barker, r/r draft status letter, emails with Kami Barker with status letter | 1.10 |
| 10/21/2022 | r/r efile status letter | 0.20 |
| 10/24/2022 | r/r Emails with K. Barker re collective member who executed release | 0.10 |
| 10/25/2022 | Meeting with Pagano; Calendar dates, email with collective members, revise notice and claim form; t/c Barker; r/r email with opposing counsel re same | 1.00 |
| 11/4/2022 | TC with Kami Barker, Pagano re changes to notice documents | 0.40 |
| 11/7/2022 | r/r Emails with K. Barker re status of notices | 0.10 |
| 11/9/2022 | TC with ADW Malcolm and Pagano | 0.20 |
| 11/9/2022 | TC with K. Barker and Pagano | 0.40 |
| 11/11/2022 | TC with ADW Malcolm and Pagano | 0.40 |
| 11/11/2022 | Draft MOL | 0.80 |
| 11/14/2022 | r/r Final MOL; t/c Pagano; serve courtesy copy | 1.90 |
| 11/15/2022 | r/r Email with K. Barker re employee email addresses | 0.10 |
| 11/22/2022 | TC with Pagano & ADW Malcolm | 0.20 |
| 11/23/2022 | Revise consent forms and cover notice | 5.75 |
| 11/24/2022 | Revise redacted consent forms, revise cover notice and file documents | 0.50 |
| 11/28/2022 | TC with Plaintiff Aponte | 0.20 |
| 11/28/2022 | TC with Plaintiff Maraj | 0.10 |
| 11/28/2022 | TC with Plaintiff Blair | 0.10 |
| 11/30/2022 | Review opt in forms; meeting with Pagano | 3.75 |
| 12/1/2022 | Catalog new opt-ins and cover sheet; meet with Pagano | 5.25 |

| | | |
|---|---|---|
| 12/7/2022 | Catalog new opt-ins; meet with Pagano | 3.20 |
| 12/8/2022 | Catalog new opt-ins; meet with Pagano | 5.25 |
| 12/11/2022 | Catalog new opt-ins; meet with Pagano; audit filed forms | 9.00 |
| 12/12/2022 | Continue auditing filed opt ins with Pagano | 7.00 |
| 12/14/2022 | Continue processing forms | 3.80 |
| 12/17/2022 | Continue processing forms | 1.80 |
| 12/20/2022 | Continue processing forms | 0.90 |
| 12/28/2022 | T/c Malcom; Continue processing forms; meeting w/Pagano | 4.75 |
| 1/4/2023 | Continue processing forms | 3.25 |
| 1/11/2023 | Continue processing forms | 6.50 |
| 1/20/2023 | Continue processing forms | 7.25 |
| 1/23/2023 | Meeting w/ Pagano; Draft Final audit of filed collective forms; r/r email with opposing counsel re same | 6.25 |
| 1/25/2023 | T/C Pagano & Barker; r/r emails between counsel | 0.60 |
| 1/30/2023 | R/R new forms; r/r courtesy database to opposing counsel | 0.50 |
| 2/1/2023 | Process forms | 1.20 |
| 2/9/2023 | TC Pagano & Barker; Review and revise letter requesting extension | 1.60 |
| 3/6/2023 | Teleconferences with Pagano and Plaintiffs | 0.90 |
| 3/17/2023 | Process additional forms | 1.00 |
| 3/24/2023 | Schedule and attend Zooms with K. Barker and Pagano re records | 0.75 |
| 3/28/2023 | Zoom Meeting with K. Barker re record and follow up call with ADW | 1.20 |
| 4/1/2023 | Meeting with Pagano; Analyze data and TC with ADW Malcom | 1.60 |

| | | |
|---|---|---|
| 4/1/2023 | Review ADW Malcolm time records | 0.50 |
| 4/3/2023 | TC with K. Barker | 0.10 |
| 4/13/2023 | Review payroll records and R/R emails with opposing counsel re same | 1.25 |
| 4/19/2023 | Research settlement values | 0.80 |
| 4/20/2023 | Create excel sheets for tabulating damages to Plaintiffs | 5.25 |
| 4/21/2023 | Enter D records into excel to calculate damage | 4.75 |
| 4/22/2023 | Meeting with Pagano; Review payroll records and TC with K. Barker re settlement parameters | 8.25 |
| 4/26/2023 | TC Pagano and ADW Malcolm | 0.20 |
| 4/28/2023 | Determine missing data; meeting with Pagano; r/c settlement letter to K. Barker | 1.60 |
| 5/2/2023 | Revise settlement letter | 0.75 |
| 5/10/2023 | Prep & Conf call with Barker Re: damages analysis | 0.90 |
| 5/17/2023 | R/r Emails with K. Barker re payroll records and review of payroll records | 0.60 |
| 5/19/2023 | Zoom with Barker & Pagano | 0.75 |
| 6/2/2023 | Prep and meet with Defense counsel & Defense expert (Dr. Erath); review records | 3.50 |
| 6/3/2023 | Consult with potential Plaintiff Experts | 3.25 |
| 6/6/2023 | Draft Corresponsence to Plaintiffs | 1.75 |
| 6/8/2023 | TC ADW Malcolm; Zoom with Barker & Defense expert; draft settlement demand letter | 2.90 |
| 6/9/2023 | Revise Settlement Demand Letter | 0.40 |
| 6/15/2023 | Emails with K. Barker re number of collective members | 0.10 |
| 6/26/2023 | r/r letter requesting extension and email to K. Barker with same | 0.40 |

| Date | Description | Hours |
|---|---|---|
| 6/28/2023 | Receive/ Review Court order on Extension; Review Court Order on motion to dismiss; Draft Second Amended Complaint | 4.90 |
| 7/15/2023 | Revise Second Amended Complaint | 0.75 |
| 7/28/2023 | Review DOC answer | 0.40 |
| 8/4/2023 | TC Barker & Pagano; R/R mediation referral order | 1.10 |
| 8/6/2023 | Review Mediator qualifications | 3.80 |
| 9/5/2023 | Work on mediation statement | 2.75 |
| 9/27/2023 | Zoom with all counsel Re: mediation | 0.40 |
| 9/27/2023 | R/R Draft letter requesting extension of time | 0.20 |
| 9/28/2023 | Zoom meeting with all counsel; Review additional records | 3.80 |
| 9/29/2023 | Revise draft settlement letter to opposing counsel | 2.75 |
| 11/21/2023 | RR letter to Court  requesting extension of time | 0.20 |
| 11/28/2023 | Meeting with Pagano; Finalize mediation statement | 4.50 |
| 12/11/2023 | Meeting with Client and Pagano; Mediation Prep | 4.75 |
| 12/12/2023 | Attend mediation | 9.00 |
| 12/13/2023 | Review DOC initial term sheet; Revise DOC agreement | 2.00 |
| 12/14/2023 | Meeting with Pagano; Research Approval motions; begin draft Approval motion | 1.25 |
| 12/14/2023 | TC Malcolm Re: Settlement | 0.30 |
| 12/19/2023 | Revise Approval Motion | 3.80 |
| 12/20/2023 | Meeting with Pagano Re: approval and logistics of Settlement distribution; Research distribution of class funds | 5.75 |
| 12/20/2023 | RR email with Analytics re claims administration | 0.10 |
| 12/20/2023 | Consult with claims administration firms | 3.75 |

| Date | Description | Hours |
|---|---|---|
| 12/20/2023 | Revise Draft Approval Motion | 0.40 |
| 12/20/2023 | TC Defense counsel; RR executed mediation term sheet | 0.75 |
| 12/27/2023 | Draft approval documents | 4.25 |
| 12/28/2023 | Meeting w/ Pagano Re: Administratiors/ Approval Motion and settlement distribution to Class | 1.70 |
| 12/28/2023 | TC Class members re: approval motion & settlement | 1.75 |
| 1/3/2024 | RR letter to DOC and multiple Tc's with Adam Gross re conference and scheduling | 0.40 |
| | discovery deadlines | 0.30 |
| 1/5/2024 | Review interim report of potential expert; TC Pagano | 2.50 |
| 1/16/2024 | Draft Plaintiff Declarations | 3.50 |
| 1/23/2024 | Follow up with DOC on Settlement agreement | 0.75 |
| 2/1/2024 | Receive and Review Initial review of settlement agreement from DOC | 1.00 |
| 2/2/2024 | Meeting with Pagano; Review and revise settlement agreement | 2.50 |
| 2/3/2024 | Revise Malcolm affidavit | 0.75 |
| 2/26/2024 | TC DOC counsel, RR request for extension of time to submit settlement agreement and email with opposng counsel re same | 0.25 |
| 2/26/2024 | RR request for adjournment with Court and email to Judge Carter with same | 0.10 |
| 3/11/2024 | Review & Revise Settlement Agreement | 0.90 |
| 3/12/2024 | Request more information regarding Plaintiffs from DOC; RR Revised Agreement | 0.70 |
| 3/13/2024 | Meeting with Pagano; Re: Settlement Agreement and additional information; begin address audit | 1.40 |
| 3/20/2024 | TC Gross and Pagano Re: data for Exhibit A to Settlement Agreements; Zoom with all counsel | 1.20 |

| | | |
|---|---|---|
| 3/22/2024 | TC Analytics Re: Settlement | 0.25 |
| 4/4/2024 | TC with Adam Gross re settlement agreement, data, and affidavits | 0.30 |
| 4/8/2024 | RR request for extension and email to opposing counsel with same | 0.10 |
| 5/3/2024 | TC collective members re: Status | 0.30 |
| 5/3/2024 | Review new Data from DOC | 1.00 |
| 5/10/2024 | RR emails with opposing counsel re data | 0.10 |
| 5/13/2024 | TC Pagano and Expert Re: analysis of DOC data | 0.50 |
| 5/16/2024 | Draft Status update email to all plaintiffs | 2.75 |
| 5/17/2024 | RR Emails with expert and opposing counsel re data | 0.10 |
| 5/22/2024 | TC with expert re calculations | 0.20 |
| 5/28/2024 | Calls with Collective Members Re: ID Numbers | 2.40 |
| 5/30/2024 | Locate final employee Id numbers to expert, ZOOM with expert re calculations, RR email with opposing counsel re remaining data needed | 0.80 |
| 6/3/2024 | RR Pagano revisions to Agreement; Revise Agreement | 0.50 |
| 6/4/2024 | Work on Settlement Approval Motion; TC with expert re calculations | 1.25 |
| 6/6/2024 | RR final draft of settlement agreement and exhibits and email to opposing counsel with same | 0.30 |
| 6/10/2024 | Audit duplicate names and IDs on Exhibit list, TC with  opposing counsel re settlement agreement | 0.30 |
| 6/13/2024 | Work on motion papers | 2.50 |
| 6/28/2024 | Continue working on approval motion | 2.75 |
| 7/1/2024 | TCs with opposing counsel re settlement;  TC and emails with expert re missing data, emails with opposing counsel re missing data and settlement papers | 1.00 |

| | | |
|---|---|---|
| 7/2/2024 | Draft Abelove Declaration; Revise MOL | 3.75 |
| 7/8/2024 | Send Status letter to all Plaintiffs | 1.50 |
| 7/9/2024 | TC with various Plaintiffs | 0.75 |
| 7/10/2024 | TC with Various Plaintiffs | 1.00 |
| 7/11/2024 | Send approval motion to DOC counsel, incorporate notes from DOC | 1.25 |
| 7/19/2024 | Final revision of all approval documents; Draft TOC and Table of Authorities; get all documents file ready | 5.50 |
| 7/22/2024 | Prep and File approval motion | 1.50 |

**For Professional Services rendered:  314.30**