| Client | Date | Time | Requested Billable Rate | Fee | Work Performed |
|---|---|---|---|---|---|
| Malcolm | 7/7/20 | 0.1 | $500 | $50 | Emails with client re ZOOM call |
| Malcolm | 7/9/20 | 0.5 | $500 | $250 | Zoom Meeting with Omar Malcolm |
| Malcolm | 7/16/20 | 2.2 | $500 | $1,100 | Work on complaint, legal research for same, TC with Omar Malcolm |
| Malcolm | 7/17/20 | 0.6 | $500 | $300 | Finalize first draft of complaint |
| Malcolm | 7/19/20 | 0.1 | $500 | $50 | Emails with client re new potential plaintiffs |
| Malcolm | 7/23/20 | 0.2 | $500 | $100 | Email with client and draft questionnaire |
| Malcolm | 7/24/20 | 0.1 | $500 | $50 | Email with Omar Malcolm, initial review of questionnaires |
| Malcolm | 7/31/20 | 0.1 | $500 | $50 | Review e-mail from client |
| Malcolm | 8/13/20 | 0.1 | $500 | $50 | Review emails from client |
| Malcolm | 8/19/20 | 0.2 | $500 | $100 | Telephone call with client re next steps |
| Malcolm | 9/2/20 | 1.1 | $500 | $550 | LM for and TCs with potential collective members and Omar Malcolm |
| Malcolm | 9/3/20 | 0.5 | $500 | $250 | TCs with potential collective members |
| Malcolm | 9/21/20 | 0.1 | $500 | $50 | TC with potential named Plaintiff |
| Malcolm | 9/29/20 | 0.3 | $500 | $150 | TCs with potential lead plaintiffs |
| Malcolm | 10/6/20 | 0.3 | $500 | $150 | TCs with potential named plaintiffs |
| Malcolm | 10/7/20 | 0.2 | $500 | $100 | Work on spreadsheet for client info |
| Malcolm | 10/8/20 | 1.6 | $500 | $800 | Revise retainer agreements and ancillary documents for additional named plaintiffs, draft cover email for additional named plaintiffs, draft consents for additional named plaintiffs |
| Malcolm | 10/9/20 | 0.8 | $500 | $400 | Finalize initiation documents and email to potential named Plaintiffs |
| Malcolm | 10/14/20 | 0.1 | $500 | $50 | Email with Brice Williams re documents and questions |
| Malcolm | 10/20/20 | 0.5 | $500 | $250 | TCs with potential named plaintiffs, TCs with Omar Malcolm |
| Malcolm | 10/21/20 | 0.1 | $500 | $50 | TC with potential named plaintiff |
| Malcolm | 10/22/20 | 0.6 | $500 | $300 | Build out spreadsheet on potential named plaintiffs, review documents from potential named plaintiffs, discussion with J. Stickell re collecting balance of documents |
| Malcolm | 10/27/20 | 0.2 | $500 | $100 | TC with potential named plaintiff |
| Malcolm | 11/9/20 | 1.2 | $500 | $600 | TCs with Omar Malcolm, Anthony Aponte and others, revise complaint, emails with potential plaintiffs/plaintiffs |
| Malcolm | 11/10/20 | 0.1 | $500 | $50 | Continue working on complaint, email to J. Stickell with same |
| Malcolm | 11/11/20 | 0.2 | $500 | $100 | TC with Omar Malcolm re complaint |
| Malcolm | 11/12/20 | 1 | $500 | $500 | Work on complaint, TCs with plaintiffs |
| Malcolm | 11/13/20 | 1 | $500 | $500 | Work on complaint, Tcs with Plaintiffs |
| Malcolm | 11/16/20 | 1.2 | $500 | $600 | Finalize draft of complaint, draft civil cover sheet, draft proposed summonses, draft caption rider, TC with Plaintiffs |
| Malcolm | 11/17/20 | 0.8 | $500 | $400 | Finalize and e-file complaint, civil cover sheet and proposed summons, email to clients with same |

| Client | Date | Time | Requested Billable Rate | Fee | Work Performed |
|---|---|---|---|---|---|
| Malcolm | 11/18/20 | 0.3 | $500 | $150 | Review court notices, update plaintiff information, email to office with summons and complaint for service |
| Malcolm | 11/23/20 | 0.4 | $500 | $200 | Left message for and TCs with new plaintiffs |
| Malcolm | 11/28/20 | 0.2 | $500 | $100 | TC with potential collective action member |
| Malcolm | 12/1/20 | 0.1 | $500 | $50 | E-file affidavit of service |
| Malcolm | 12/7/20 | 1.1 | $500 | $550 | TCs with potential collective members |
| Malcolm | 12/8/20 | 1.1 | $500 | $550 | TCs with potential collective member, emails with opposing counsel re extension, review adjournment request from opposing counsel to Court |
| Malcolm | 12/9/20 | 0.1 | $500 | $50 | TC with opposing counsel re adjournment of time to answer, review court order on Defendant's application for adjournment of time |
| Malcolm | 12/16/20 | 0.2 | $500 | $100 | TC with collective member, emails with opposing counsel re potential mediation |
| Malcolm | 12/17/20 | 0.1 | $500 | $50 | Emails with opposing counsel re mediation |
| Malcolm | 12/30/20 | 0.8 | $500 | $400 | Begin working on collective certification motion/research for same |
| Malcolm | 12/31/20 | 3.6 | $500 | $1,800 | Work on mol in support of motion for conditional certification, TC with client re same |
| Malcolm | 1/1/21 | 3.8 | $500 | $1,900 | Work on conditional certification memorandum of law |
| Malcolm | 1/5/21 | 2.2 | $500 | $1,100 | Draft pre-motion letter and email to S. Moser with same, Tcs with opt in Plaintiffs |
| Malcolm | 1/6/21 | 0.4 | $500 | $200 | Review and revise pre-motion letter, TC with opt-in Plaintiff |
| Malcolm | 1/7/21 | 0.1 | $500 | $50 | TCs with opt-in Plaintiff Ruddock re documents |
| Malcolm | 1/8/21 | 0.1 | $500 | $50 | TC with opt in plaintiff |
| Malcolm | 1/11/21 | 0.7 | $500 | $350 | E-file additional consents from opt-in Plaintiffs, TC with opt in plaintiff |
| Malcolm | 1/12/21 | 0.6 | $500 | $300 | TC with opt in Plaintiff, review opposing counsel's letter request for conference, TC with plaintiffs re same, email to Malcolm re needed information |
| Malcolm | 1/13/21 | 0.7 | $500 | $350 | TC with opposing counsel re extension of time to amend, emails with opposing counsel re same, TC with Plaintiff Malcolm re needed information, draft letter to Court re amended complaint, e-file same |
| Malcolm | 1/14/21 | 0.1 | $500 | $50 | Communications with Plaintiffs re social security numbers, log same |
| Malcolm | 1/17/21 | 0.1 | $500 | $50 | Edit social security database, emails with opposing counsel re requested social security numbers |
| Malcolm | 1/20/21 | 0.1 | $500 | $50 | Review Court order |
| Malcolm | 2/2/21 | 0.2 | $500 | $100 | TC with Plaintiffs re amended complaint |
| Malcolm | 2/11/21 | 0.6 | $500 | $300 | Revise complaint, emails and TC with opposing counsel re extension of time, draft letter to Court re extension, efile same |
| Malcolm | 2/12/21 | 1.7 | $500 | $850 | TC with Omar Malcolm, TC with Keysha Lewis, revise amended complaint, emails with Keysha Lewis |

| Client | Date | Time | Requested Billable Rate | Fee | Work Performed |
|---|---|---|---|---|---|
| Malcolm | 2/13/21 | 2 | $500 | $1,000 | Continue working on amended complaint |
| Malcolm | 2/14/21 | 1.3 | $500 | $650 | Continue working on amended complaint |
| Malcolm | 2/15/21 | 2.9 | $500 | $1,450 | Continue working on amended complaint, TCs with Omar Malcolm and Keysha Lewis |
| Malcolm | 2/16/21 | 0.2 | $500 | $100 | TC with Omar Malcolm re complaint |
| Malcolm | 2/17/21 | 1.9 | $500 | $950 | Continue revising amended complaint, 4 minute TC with Omar Malcolm re amended complaint |
| Malcolm | 2/19/21 | 0.5 | $500 | $250 | Continue working on complaint, email with Omar Malcolm with same, brief TCs with Omar Malcolm re same |
| Malcolm | 2/22/21 | 2.6 | $500 | $1,300 | Finalize and efile amended complaint, TCs with Plaintiffs re information needed for same, emails with Plaintiffs re information needed for same, efile same |
| Malcolm | 3/3/21 | 0.1 | $500 | $50 | Initial review of motion to dismiss letter |
| Malcolm | 3/5/21 | 0.1 | $500 | $50 | Emails with opposing counsel re courtesy copy of letter |
| Malcolm | 3/8/21 | 0.8 | $500 | $400 | Review revise and file opposition to letter motion to dismiss, TC with client re same and next steps |
| Malcolm | 3/26/21 | 0.1 | $500 | $50 | TC with client re motion to dismiss |
| Malcolm | 5/3/21 | 1.4 | $500 | $700 | Review and revise memorandum of law and declaration |
| Malcolm | 5/5/21 | 0.5 | $500 | $250 | Review, revise, and file letter motion seeking conference for motion for conditional certification, TC with opposing counsel re same |
| Malcolm | 5/10/21 | 0.1 | $500 | $50 | Emails with opposing counsel re extension of time |
| Malcolm | 5/19/21 | 0.2 | $500 | $100 | Initial review of reply to motion to dismiss and letter in opposition to certification conference request |
| Malcolm | 5/20/21 | 0.1 | $500 | $50 | Review letter to Court and S. Moser's annotations to reply |
| Malcolm | 6/2/21 | 0.1 | $500 | $50 | TC with CO Ruddock re status |
| Malcolm | 6/30/21 | 0.1 | $500 | $50 | TC with opposing counsel re briefing schedule |
| Malcolm | 7/1/21 | 0.3 | $500 | $150 | Draft proposed briefing schedule letter, email with opposing counsel re same, efile same, TC with Omar Malcolm re status, calendar dates |
| Malcolm | 7/12/21 | 0.1 | $500 | $50 | TC with client re information for collective certification motion |
| Malcolm | 7/13/21 | 0.1 | $500 | $50 | Emails with opposing counsel re Malcolm email |
| Malcolm | 7/14/21 | 0.2 | $500 | $100 | TC with client and lm for opposing counsel re client email |
| Malcolm | 7/16/21 | 0.1 | $500 | $50 | TC with Kami Barker re email |
| Malcolm | 7/21/21 | 0.1 | $500 | $50 | Email with opposing counsel re extension of time of briefing schedule |
| Malcolm | 7/23/21 | 0.2 | $500 | $100 | Draft and file letter motion requesting extension of time |
| Malcolm | 8/4/21 | 0.8 | $500 | $400 | TC with client, research with respect to discovery, emails with client, initial work on certification motion, review payroll documents from client |
| Malcolm | 8/9/21 | 3.7 | $500 | $1,850 | Work on memorandum of law in support of motion for conditional certification, TCs with client re same |

| Client | Date | Time | Requested Billable Rate | Fee | Work Performed |
|---|---|---|---|---|---|
| Malcolm | 8/10/21 | 0.3 | $500 | $150 | Continue working on memorandum of law in support of motion for conditional certification, legal research for same |
| Malcolm | 8/11/21 | 3.3 | $500 | $1,650 | Continue working on memorandum of law in support of motion, TC and LM with potential declarants, legal research for motion |
| Malcolm | 8/12/21 | 1.9 | $500 | $950 | TC with S. Moser re motion, continue working memorandum of law, draft malcolm affidavit, emails with S. Moser re same, TC with ADW Maraj |
| Malcolm | 8/13/21 | 0.5 | $500 | $250 | TCs with declarants, email with Officer DeJesus with spreadsheet, email with S. Moser re unpaid triple shifts |
| Malcolm | 8/15/21 | 0.4 | $500 | $200 | TC with Lanae Curry re declaration, begin to draft same |
| Malcolm | 8/16/21 | 3.7 | $500 | $1,850 | Continue working on motion for conditional certification, draft additional declarations, TC with declarant, draft proposed notice, draft proposed consent form, draft Pagano declaration, draft notice of motion |
| Malcolm | 8/17/21 | 2.6 | $500 | $1,300 | Revise motion documents, TC with S. Moser re same, TCs with declarants, emails with declarants re declarations |
| Malcolm | 8/18/21 | 1.6 | $500 | $800 | Continue working on motion papers, TCs with declarants, emails with declarants |
| Malcolm | 8/19/21 | 3.7 | $500 | $1,850 | Continue working on motion papers, TCs with declarants, emails with declarants |
| Malcolm | 8/20/21 | 1.3 | $500 | $650 | Finalize all motion papers, emails with declarants, email with S. Moser re motion papers for filing on 8/23 |
| Malcolm | 9/14/21 | 0.1 | $500 | $50 | Emails with opposing counsel re City's request for extension of time |
| Malcolm | 9/30/21 | 0.1 | $500 | $50 | TC with opposing counsel re reply date, draft letter re reply date, emails with opposing counsel re reply date |
| Malcolm | 10/1/21 | 0.1 | $500 | $50 | Efile reply date letter |
| Malcolm | 10/18/21 | 0.2 | $500 | $100 | TC and emails with opposing counsel re extension/tolling agreement, draft and execute tolling agreement |
| Malcolm | 11/18/21 | 1.3 | $500 | $650 | Review opposition to motion for conditional certification, legal research re same |
| Malcolm | 12/13/21 | 0.5 | $500 | $250 | Continued review of opposition papers, legal research re same |
| Malcolm | 12/14/21 | 0.2 | $500 | $100 | Emails with opposing counsel re extension of reply papers, draft and file letter with Court seeking same |
| Malcolm | 12/17/21 | 2.7 | $500 | $1,350 | Work on reply memorandum of law for conditional certification motion |
| Malcolm | 12/22/21 | 2.1 | $500 | $1,050 | Work on reply papers and TC with Malcolm re same |
| | | 82.7 | | $41,350 | |

## Law Office of Paul A. Pagano, P.C. - Summary Report
Date Start: 1/1/2022 | Date End: 7/15/2024 | Clients: DOC | Matters: | Users: All | Account Managers: All | Group By: Client

| Date | Activity | Matter | Description | Billing Status | Rate/ Unit Price | Labor Time/ Quantity | Non-billable Amount | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|---|---|---|---|---|---|---|---|---|---|
| **DOC** | | | | | | | | | |
| **Paul Pagano** | | | | | | | | | |
| 02/12/2022 | Meeting | DOC | Meeting with Plaintiffs in Queens to obtain signatures for retainer agreements | Ready | $0 hr | 4.50 | $2,250.00 | 0 | $0.00 |
| 02/13/2022 | Draft | DOC | Work on reply papers for motion for conditional certification | Ready | $0 hr | 0.60 | $225.00 | 0 | $0.00 |
| 02/15/2022 | Draft | DOC | Finalize reply memorandum of law and draft and submit letter to the Court seeking 2 page enlargement of reply papers | Ready | $0 hr | 3.30 | $1,650.00 | 0 | $0.00 |
| 03/01/2022 | Phone Call | DOC | TC with opposing counsel re opposition letter | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 03/08/2022 | Review | DOC | Review decision on motion to dismiss, TCs with J Abelove and Y Pollack re same, research re same | Ready | $0 hr | 1.20 | $600.00 | 0 | $0.00 |
| 03/09/2022 | Correspondence | DOC | Draft letter re reconsideration motion and leave to amend | Ready | $0 hr | 2.20 | $1,100.00 | 0 | $0.00 |
| 03/10/2022 | Draft | DOC | Review and revise letter to Court re extension of time and motion for reconsideration | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 03/10/2022 | Phone Call | DOC | TC with Kami Barker re DOC request for extension of time | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 03/14/2022 | Draft | DOC | Work on notice of motion and memorandum of law in support of motion for reconsideration | Ready | $0 hr | 2.70 | $1,350.00 | 0 | $0.00 |
| 03/15/2022 | Documentation | DOC | Continue working on notice of motion and memorandum of law | Ready | $0 hr | 5.00 | $2,500.00 | 0 | $0.00 |
| 03/17/2022 | Research | DOC | Legal research on conversion to summary judgment and incorporation into complaint | Ready | $0 hr | 0.40 | $200.00 | 0 | $0.00 |
| 03/17/2022 | Correspondence | DOC | Draft letter to Court requesting clarification on briefing schedule, emails with opposing counsel re same | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 03/18/2022 | Other | DOC | Email Court with courtesy copy of previously e-filed letter | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 03/21/2022 | Draft | DOC | Review opposition letter, legal research re same, draft clarification letter to Court | Ready | $0 hr | 0.60 | $300.00 | 0 | $0.00 |
| 03/22/2022 | Other | DOC | Email K. Barker with proposed clarification letter | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 03/31/2022 | Draft | DOC | Work on second draft of reconsideration/amendment MOL | Ready | $0 hr | 0.70 | $350.00 | 0 | $0.00 |
| 04/01/2022 | Draft | DOC | Continue working on MOL, draft declaration and draft proposed second amended complaint | Ready | $0 hr | 3.20 | $1,600.00 | 0 | $0.00 |
| 04/04/2022 | Draft | DOC | Draft and file letter to Court regarding motion to amend briefing schedule | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 04/04/2022 | Draft | DOC | Work on motion papers including MOL, notice of motion, declaration and amended complaint (TCs with clients re same) | Ready | $0 hr | 1.70 | $850.00 | 0 | $0.00 |
| 04/05/2022 | Draft | DOC | Finalize and e-file all motion papers | Ready | $0 hr | 1.90 | $950.00 | 0 | $0.00 |
| 04/12/2022 | Draft | DOC | Review opposition to motion and work on reply mol | Ready | $0 hr | 2.80 | $1,400.00 | 0 | $0.00 |
| 04/13/2022 | Draft | DOC | Finalize first draft of reply MOL | Ready | $0 hr | 2.30 | $1,150.00 | 0 | $0.00 |
| 04/16/2022 | Draft | DOC | Revise drafts of motion papers | Ready | $0 hr | 1.50 | $750.00 | 0 | $0.00 |

| Date | Type | Format | Description | Status | Rate | Hours | Amount | Qty | Total |
|---|---|---|---|---|---|---|---|---|---|
| 04/19/2022 | Draft | DOC | Finalize and file reply MOL | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 05/18/2022 | Draft | DOC | Email opposing counsel regarding unpaid Malcolm OT | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 05/24/2022 | Other | DOC | E-mails with K. Barker re documents | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 05/26/2022 | Phone Call | DOC | TC with Omar Malcolm re unpaid overtime | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 06/01/2022 | Correspondence | DOC | Email with opposing counsel re ADW Malcolm OT | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 06/15/2022 | Draft | DOC | Draft discovery demands | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 06/17/2022 | Other | DOC | Email with K. Barker serving discovery demands | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 06/20/2022 | Draft | DOC | Start working on initial disclosures | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 06/21/2022 | Other | DOC | TC with client re initial disclosures (11 minutes), work on initial disclosures | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 07/15/2022 | Correspondence | DOC | Emails with K. Barker re her request for additional time to serve discovery responses and re serving late answer | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 07/21/2022 | Correspondence | DOC | Emails with opposing counsel re records and demand | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 07/25/2022 | Other | DOC | Review of email from K. Barker re FISA information | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 07/26/2022 | Other | DOC | Email to K. Barker re opening documents | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 08/16/2022 | Phone Call | DOC | TC with Malcolm | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 08/23/2022 | Other | DOC | Emails with K. Barker to set up call re document production | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 08/30/2022 | Phone Call | DOC | Prep for and phone call with K. Barker re status and discovery issues | Ready | $0 hr | 0.40 | $200.00 | 0 | $0.00 |
| 09/06/2022 | Draft | DOC | Finalize and email initial disclosures to K. Barker | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 09/09/2022 | Phone Call | DOC | TC with K. Barker re discovery | Ready | $0 hr | 0.40 | $200.00 | 0 | $0.00 |
| 09/09/2022 | Draft | DOC | Draft letter to Court requesting status conference | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 09/13/2022 | Draft | DOC | Revise letter to Court and emails with opposing counsel with same | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 09/14/2022 | Draft | DOC | Finalize and file request for status conference letter, email with Court with same | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 10/03/2022 | Other | DOC | Review Court order regarding certification motion, TCs with client, opposing counsel, and claims administrator re same, email with opposing counsel with order and modified notices | Ready | $0 hr | 0.40 | $200.00 | 0 | $0.00 |
| 10/07/2022 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 10/12/2022 | Phone Call | DOC | Prep for and status conference with Court | Ready | $0 hr | 0.80 | $400.00 | 0 | $0.00 |
| 10/17/2022 | Draft | DOC | Draft proposed scheduling order and email with opposing counsel with same | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 10/19/2022 | Review | DOC | Initial review of collective list and email with opposing counsel re same | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 10/20/2022 | Other | DOC | Prep for meet and confer with Kami Barker, meet and confer with Kami Barker, draft status letter, emails with Kami Barker with status letter | Ready | $0 hr | 1.10 | $550.00 | 0 | $0.00 |
| 10/21/2022 | Phone Call | DOC | TC with Omar Malcolm re retaliation, and efile status letter | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 10/24/2022 | Other | DOC | Emails with K. Barker re collective member who executed release | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 10/25/2022 | Other | DOC | Calendar dates, email with collective members, revise notice and claim form and email with opposing counsel re same | Ready | $0 hr | 1.00 | $500.00 | 0 | $0.00 |
| 10/27/2022 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |

| Date | Type | Atty | Description | Status | Rate | Hours | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/03/2022 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/04/2022 | Phone Call | DOC | TC with Kami Barker re changes to notice documents | Ready | $0 hr | 0.40 | $200.00 | 0 | $0.00 |
| 11/07/2022 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/07/2022 | Other | DOC | Emails with K. Barker re status of notices | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/08/2022 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/09/2022 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 11/09/2022 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.40 | $200.00 | 0 | $0.00 |
| 11/10/2022 | Other | DOC | TC with K. Barker and email with same re notices | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 11/11/2022 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.40 | $200.00 | 0 | $0.00 |
| 11/11/2022 | Draft | DOC | Finalize draft of MOL and email to co-counsel with same | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 11/12/2022 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/14/2022 | Draft | DOC | Finalize and efile MOL | Ready | $0 hr | 2.70 | $1,350.00 | 0 | $0.00 |
| 11/15/2022 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/15/2022 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 11/15/2022 | Other | DOC | Email with K. Barker re email addresses | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/16/2022 | Other | DOC | Email with admin re email addresses | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/18/2022 | Phone Call | DOC | TC with Plaintiff Lewis | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/21/2022 | Other | DOC | Redact and efile consent to join form | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/22/2022 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 11/23/2022 | Draft | DOC | Review and redact consent forms, draft cover notice | Ready | $0 hr | 7.10 | $3,550.00 | 0 | $0.00 |
| 11/24/2022 | Draft | DOC | Review and redact consent forms, revise cover notice and file documents | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 11/28/2022 | Phone Call | DOC | TC with Plaintiff Aponte | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 11/28/2022 | Phone Call | DOC | TC with Plaintiff Blair | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/28/2022 | Phone Call | DOC | TC with Plaintiff Maraj | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/28/2022 | Other | DOC | Redact and e-file opt-in form | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/29/2022 | Other | DOC | Redact and e-file opt in forms | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 11/30/2022 | Draft | DOC | Review opt in forms and begin cover sheet | Ready | $0 hr | 2.50 | $1,250.00 | 0 | $0.00 |
| 12/01/2022 | Draft | DOC | Finish redacting and cataloging latest opt-ins and cover sheet | Ready | $0 hr | 4.60 | $2,300.00 | 0 | $0.00 |
| 12/04/2022 | Other | DOC | Draft cover sheet, redact and e-file opt in forms | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 12/07/2022 | Other | DOC | Process additional consent forms and work on cover sheet | Ready | $0 hr | 1.60 | $800.00 | 0 | $0.00 |
| 12/07/2022 | Other | DOC | Continue to process opt-in forms | Ready | $0 hr | 1.10 | $550.00 | 0 | $0.00 |
| 12/08/2022 | Other | DOC | Continue processing opt-in forms | Ready | $0 hr | 4.80 | $2,400.00 | 0 | $0.00 |
| 12/09/2022 | Other | DOC | Continue processing forms | Ready | $0 hr | 1.10 | $550.00 | 0 | $0.00 |
| 12/10/2022 | Other | DOC | Process opt-in forms | Ready | $0 hr | 1.50 | $750.00 | 0 | $0.00 |
| 12/11/2022 | Other | DOC | Audit filed forms | Ready | $0 hr | 9.00 | $4,500.00 | 0 | $0.00 |
| 12/12/2022 | Other | DOC | Continue auditing filed opt ins | Ready | $0 hr | 7.00 | $3,500.00 | 0 | $0.00 |
| 12/13/2022 | Other | DOC | Continue processing forms | Ready | $0 hr | 1.50 | $750.00 | 0 | $0.00 |
| 12/14/2022 | Other | DOC | Continue processing forms | Ready | $0 hr | 1.60 | $800.00 | 0 | $0.00 |
| 12/15/2022 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.40 | $200.00 | 0 | $0.00 |
| 12/16/2022 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 12/17/2022 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.80 | $400.00 | 0 | $0.00 |
| 12/20/2022 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.80 | $400.00 | 0 | $0.00 |
| 12/21/2022 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 12/21/2022 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 12/22/2022 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.80 | $400.00 | 0 | $0.00 |
| 12/28/2022 | Other | DOC | Continue processing forms | Ready | $0 hr | 1.60 | $800.00 | 0 | $0.00 |
| 12/29/2022 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 12/30/2022 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/03/2023 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/04/2023 | Other | DOC | Continue processing forms | Ready | $0 hr | 1.70 | $850.00 | 0 | $0.00 |
| 01/05/2023 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/06/2023 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.60 | $300.00 | 0 | $0.00 |
| 01/09/2023 | Other | DOC | Continue processing forms, TC with opposing counsel re same | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 01/10/2023 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |

| Date | Type | Code | Description | Status | Rate | Hours | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/11/2023 | Other | DOC | Continue processing forms | Ready | $0 hr | 1.40 | $700.00 | 0 | $0.00 |
| 01/12/2023 | Other | DOC | Continue processing forms. | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/13/2023 | Other | DOC | Continue processing forms | Ready | $0 hr | 1.50 | $750.00 | 0 | $0.00 |
| 01/17/2023 | Draft | DOC | Continue processing forms | Ready | $0 hr | 1.20 | $600.00 | 0 | $0.00 |
| 01/18/2023 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 01/19/2023 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.60 | $300.00 | 0 | $0.00 |
| 01/20/2023 | Other | DOC | Continue processing forms | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/23/2023 | Other | DOC | Final audit of filed collective forms and email with opposing counsel re same | Ready | $0 hr | 3.50 | $1,750.00 | 0 | $0.00 |
| 01/25/2023 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/25/2023 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/25/2023 | Other | DOC | Emails with K. Barker re identifying information | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 01/26/2023 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/30/2023 | Other | DOC | Continue processing forms, send courtesy database to opposing counsel | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 02/06/2023 | Other | DOC | Process forms | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 02/09/2023 | Draft | DOC | Review and revise letter requesting extension | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 02/09/2023 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.40 | $200.00 | 0 | $0.00 |
| 03/06/2023 | Phone Call | DOC | TC with Plaintiff Lewis | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 03/17/2023 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 03/17/2023 | Other | DOC | Process forms | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 03/24/2023 | Phone Call | DOC | Zooms with K. Barker and J. Abelove re records | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 03/28/2023 | Phone Call | DOC | Meeting with K. Barker re record and follow up call with ADW Malcolm re same | Ready | $0 hr | 1.00 | $500.00 | 0 | $0.00 |
| 04/01/2023 | Other | DOC | Analyze data and TC with ADW Malcolm | Ready | $0 hr | 2.00 | $1,000.00 | 0 | $0.00 |
| 04/01/2023 | Other | DOC | TC with ADW Malcolm re time records | Ready | $0 hr | 0.70 | $350.00 | 0 | $0.00 |
| 04/03/2023 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 04/03/2023 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 04/13/2023 | Review | DOC | Review payroll records and email with opposing counsel re same | Ready | $0 hr | 1.50 | $750.00 | 0 | $0.00 |
| 04/19/2023 | Research | DOC | Review payroll records and legal research on settlement | Ready | $0 hr | 3.50 | $1,750.00 | 0 | $0.00 |
| 04/20/2023 | Review | DOC | Continue analyzing records and email with opposing counsel re settlement conference | Ready | $0 hr | 2.00 | $1,000.00 | 0 | $0.00 |
| 04/21/2023 | Review | DOC | Review payroll records and TC with K. Barker re settlement | Ready | $0 hr | 1.90 | $950.00 | 0 | $0.00 |
| 04/23/2023 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 04/26/2023 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 04/27/2023 | Draft | DOC | Draft and email settlement letter to K. Barker | Ready | $0 hr | 2.00 | $1,000.00 | 0 | $0.00 |
| 05/02/2023 | Other | DOC | Draft and send settlement email to K. Barker | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 05/10/2023 | Phone Call | DOC | TC with K. Barker re damages analysis | Ready | $0 hr | 0.70 | $350.00 | 0 | $0.00 |
| 05/10/2023 | Review | DOC | Continued review and analysis of data and emails with K. Barker re same | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 05/17/2023 | Review | DOC | Emails with K. Barker re payroll records and review of payroll records | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 05/19/2023 | Phone Call | DOC | ZOOM with K. Barker re payroll records | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 06/02/2023 | Other | DOC | Continued review of payroll records, Zoom with K. Barker and Dr. Erath re same, TCs with J. Abelove re same | Ready | $0 hr | 2.00 | $1,000.00 | 0 | $0.00 |
| 06/07/2023 | Draft | DOC | Emails with Barker and Erath re data | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 06/08/2023 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 06/08/2023 | Other | DOC | Zoom call with K. Barker and Dr. Erath re time records, revise settlement demand letter | Ready | $0 hr | 1.10 | $550.00 | 0 | $0.00 |
| 06/20/2023 | Correspondence | DOC | Emails with K. Barker re number of collective members | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 06/26/2023 | Phone Call | DOC | TC with K. Barker re extension | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |

| Date | Type | Matter | Description | Status | Rate | Hours | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/26/2023 | Draft | DOC | Draft letter requesting extension and email to K. Barker with same | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 06/27/2023 | Draft | DOC | efile letter re status and requesting extension | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 06/28/2023 | Other | DOC | Review Court order | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 06/30/2023 | Other | DOC | Review order on motion to dismiss second amended complaint | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 07/27/2023 | Phone Call | DOC | TC with Plaintiff DeJesus | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 07/28/2023 | Other | DOC | File second amended complaint | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 07/28/2023 | Other | DOC | Review DOC answer | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 08/04/2023 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 08/04/2023 | Review | DOC | Review mediation referral order | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 08/09/2023 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 08/21/2023 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 08/24/2023 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 09/01/2023 | Phone Call | DOC | TC with K. Barker | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 09/05/2023 | Draft | DOC | Compose first draft of mediation statement | Ready | $0 hr | 2.20 | $1,100.00 | 0 | $0.00 |
| 09/27/2023 | Other | DOC | ZOOM meeting with opposing counsel re mediation | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 09/27/2023 | Draft | DOC | Draft and file letter requesting extension of time | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 09/28/2023 | Phone Call | DOC | ZOOM Meeting with opposing counsel re mediation and TCs with Jason Abelove re same, review records | Ready | $0 hr | 3.00 | $1,500.00 | 0 | $0.00 |
| 09/28/2023 | Phone Call | DOC | TC with ADW Malcolm | Ready | $0 hr | 0.40 | $200.00 | 0 | $0.00 |
| 09/29/2023 | Draft | DOC | Draft settlement letter to opposing counsel | Ready | $0 hr | 3.00 | $1,500.00 | 0 | $0.00 |
| 11/21/2023 | Draft | DOC | Draft and efile letter requesting extension of time | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 11/28/2023 | Draft | DOC | Revise mediation statement | Ready | $0 hr | 1.00 | $500.00 | 0 | $0.00 |
| 12/11/2023 | Other | DOC | Prep for mediation | Ready | $0 hr | 1.50 | $750.00 | 0 | $0.00 |
| 12/11/2023 | Phone Call | DOC | Tc with client to prep for mediation | Ready | $0 hr | 0.60 | $300.00 | 0 | $0.00 |
| 12/12/2023 | Draft | DOC | Conduct mediation | Ready | $0 hr | 9.00 | $4,500.00 | 0 | $0.00 |
| 12/12/2023 | Review | DOC | Initial review of term sheet and initial research on settlement agreements in collective actions | Ready | $0 hr | 1.50 | $750.00 | 0 | $0.00 |
| 12/14/2023 | Draft | DOC | Work on approval motion | Ready | $0 hr | 1.50 | $750.00 | 0 | $0.00 |
| 12/14/2023 | Phone Call | DOC | TC with Malcolm Debriefing settlement | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 12/16/2023 | Draft | DOC | Work on approval motion | Ready | $0 hr | 2.60 | $1,300.00 | 0 | $0.00 |
| 12/18/2023 | Draft | DOC | Continue working on approval motion | Ready | $0 hr | 1.50 | $750.00 | 0 | $0.00 |
| 12/19/2023 | Draft | DOC | Continue drafting approval motion | Ready | $0 hr | 1.70 | $850.00 | 0 | $0.00 |
| 12/20/2023 | Meeting | DOC | Meeting with J. Abelove re settlement and next steps. | Ready | $0 hr | 1.20 | $600.00 | 0 | $0.00 |
| 12/20/2023 | Correspondence | DOC | Email with Analytics re claims administration | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 12/20/2023 | Draft | DOC | Continue working on approval motion | Ready | $0 hr | 1.30 | $650.00 | 0 | $0.00 |
| 12/20/2023 | Correspondence | DOC | Review email from A. Gross with executed term sheet | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 12/21/2023 | Draft | DOC | Continue working on approval motion | Ready | $0 hr | 0.90 | $450.00 | 0 | $0.00 |
| 12/23/2023 | Draft | DOC | Continue working on approval motion | Ready | $0 hr | 0.70 | $350.00 | 0 | $0.00 |
| 12/26/2023 | Draft | DOC | Continue working on approval MOL | Ready | $0 hr | 1.80 | $900.00 | 0 | $0.00 |
| 12/27/2023 | Draft | DOC | Complete first draft of approval MOL | Ready | $0 hr | 2.50 | $1,250.00 | 0 | $0.00 |
| 12/28/2023 | Meeting | DOC | Meeting with J. Abelove re next steps/strategy | Ready | $0 hr | 1.80 | $900.00 | 0 | $0.00 |
| 12/28/2023 | Correspondence | DOC | TC with Omar Malcolm re approval motion | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 12/28/2023 | Correspondence | DOC | Email with Omar Malcolm with collective list | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 12/28/2023 | Phone Call | DOC | TC with Karven Alcindor re settlement | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 12/28/2023 | Phone Call | DOC | TC with Anthony Aponte re settlement | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |

| Date | Type | | Description | Status | Rate | Hours | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/28/2023 | Phone Call | DOC | TC with Deryck Charles re settlement | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 12/28/2023 | Phone Call | DOC | TC with Shirlene Blair re settlement | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 12/29/2023 | Phone Call | DOC | TC with Jose DeJesus re overtime | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 01/03/2024 | Correspondence | DOC | Draft status email to named Plaintiffs | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 01/03/2024 | Phone Call | DOC | TCs with Adam Gross re letters to the Court regarding scheduling order and conference | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/03/2024 | Correspondence | DOC | TC with Crystal Garnett re settlement | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/04/2024 | Correspondence | DOC | Email to opposing counsel with proposed letter canceling deadlines | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/05/2024 | Other | DOC | File letter seeking cancellation of deadlines | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/05/2024 | Phone Call | DOC | TC with Latif Cornelius re settlement | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/06/2024 | Correspondence | DOC | Review email from Robert Fernandez | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/06/2024 | Correspondence | DOC | Emails with Kesha Lewis | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/10/2024 | Draft | DOC | Revise MOL in support of approval motion | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 01/11/2024 | Phone Call | DOC | TC with opt-in member CO Hobbs | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 01/15/2024 | Draft | DOC | Draft Malcolm Declaration | Ready | $0 hr | 0.70 | $350.00 | 0 | $0.00 |
| 01/16/2024 | Phone Call | DOC | TC with Adam Gross re agreement | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/16/2024 | Phone Call | DOC | TC with Tammy MCGovern opt in | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 01/29/2024 | Phone Call | DOC | TC with Pu | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 01/29/2024 | Phone Call | DOC | TC with Gouveia | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 02/01/2024 | Review | DOC | Initial review of settlement agreement from DOC | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 02/02/2024 | Review | DOC | Review and revise settlement agreement, email to opposing counsel with same, email to Malcolm with draft affidavit | Ready | $0 hr | 2.20 | $1,100.00 | 0 | $0.00 |
| 02/03/2024 | Phone Call | DOC | TC with Ruddock re status | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 02/05/2024 | Phone Call | DOC | TC with Lanae Curry re status | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 02/05/2024 | Phone Call | DOC | TC with Omar Malcolm re affidavit | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 02/16/2024 | Phone Call | DOC | TC with opposing counsel re settlement agreement changes | Ready | $0 hr | 1.00 | $500.00 | 0 | $0.00 |
| 02/26/2024 | Draft | DOC | Draft request for extension of time to submit settlement agreement and email with opposing counsel re same | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 02/26/2024 | Other | DOC | File request for adjournment with Court and email to Judge Carter with same | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 02/28/2024 | Review | DOC | Review and revise affidavit in support of declaration | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 02/29/2024 | Phone Call | DOC | TC with Ruddock re affidavit | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 03/01/2024 | Review | DOC | Revise settlement agreement | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 03/11/2024 | Review | DOC | Review and revise settlement agreement | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 03/12/2024 | Draft | DOC | Revise settlement agreement and email to opposing counsel with agreement and database | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 03/12/2024 | Meeting | DOC | Meeting with J. Abelove re settlement agreement | Ready | $0 hr | 1.00 | $500.00 | 0 | $0.00 |
| 03/13/2024 | Other | DOC | Continue audit to determine correct addresses, living representatives, TCs with opt-ins regarding same | Ready | $0 hr | 0.70 | $350.00 | 0 | $0.00 |
| 03/20/2024 | Phone Call | DOC | ZOOM with opposing counsel re settlement agreement | Ready | $0 hr | 0.70 | $350.00 | 0 | $0.00 |
| 03/20/2024 | Phone Call | DOC | TC with Adam Gross re data for Exhibit A | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 03/20/2024 | Correspondence | DOC | Emails with Latif Cornelius re his share of the | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |

| Date | Type | Code | Description | Status | | Hours | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | settlement agreement | | | | | | |
| 03/20/2024 | Phone Call | DOC | TC with lead Plaintiff Malcolm re declaration and status | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 03/22/2024 | Phone Call | DOC | TC with Analytics Claims administrator re settlement | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 03/22/2024 | Correspondence | DOC | Emails with Marlon Fernandez re status of settlement | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 04/04/2024 | Other | DOC | Emails and texts with Omar Malcolm re affidavit | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 04/04/2024 | Phone Call | DOC | TC with Adam Gross re settlement agreement, data, and affidavits | Ready | $0 hr | 0.40 | $200.00 | 0 | $0.00 |
| 04/08/2024 | Correspondence | DOC | Emails with Keysha Lewis re settlement status | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 04/08/2024 | Draft | DOC | Draft request for extension and email to opposing counsel with same | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 04/09/2024 | Draft | DOC | Finalize and e-file letter with extension request, email same to Chambers | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 04/17/2024 | Correspondence | DOC | Emails with Marlon Fernandez re status | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 04/25/2024 | Draft | DOC | Email with opposing counsel re failure to produce data | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 04/29/2024 | Phone Call | DOC | TC with shirlene blair re status | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 05/03/2024 | Phone Call | DOC | TC with collective member re status | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 05/03/2024 | Phone Call | DOC | TC with opposing counsel re data and review of email re same | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 05/10/2024 | Correspondence | DOC | Emails with opposing counsel re data | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 05/13/2024 | Correspondence | DOC | TC with expert re analysis of DOC data | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 05/14/2024 | Correspondence | DOC | Email expert with data | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 05/16/2024 | Correspondence | DOC | Status update email to plaintiffs | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 05/21/2024 | Correspondence | DOC | Emails with expert and opposing counsel re data | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 05/22/2024 | Phone Call | DOC | TC with expert re calculations | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 05/23/2024 | Phone Call | DOC | TC with Adam Gross re settlement | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 05/28/2024 | Phone Call | DOC | Calls with collective members to obtain employee ID numbers | Ready | $0 hr | 0.70 | $350.00 | 0 | $0.00 |
| 05/28/2024 | Other | DOC | TCs with collective members to obtain employee ID's numbers and email re same | Ready | $0 hr | 0.60 | $300.00 | 0 | $0.00 |
| 05/30/2024 | Other | DOC | Find and email remaining employee Id numbers to expert, ZOOM with expert re calculations, email with opposing counsel re remaining data needed | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 06/03/2024 | Draft | DOC | Revise settlement agreement | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 06/04/2024 | Other | DOC | Continue revising settlement agreement and TC with expert re calculations | Ready | $0 hr | 1.00 | $500.00 | 0 | $0.00 |
| 06/05/2024 | Other | DOC | Work on Exhibit A, TCs with plaintiffs re same to obtain proper names | Ready | $0 hr | 2.80 | $1,400.00 | 0 | $0.00 |
| 06/06/2024 | Draft | DOC | Finalize draft of settlement agreement and exhibits and email to opposing counsel with same | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 06/10/2024 | Phone Call | DOC | Audit duplicate names and IDs on Exhibit list, TC with K. Smith (Plaintiff with duplicate name-2 minutes), TC with opposing counsel re settlement agreement (6 minutes) | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 06/12/2024 | Review | DOC | Work on motion papers | Ready | $0 hr | 0.40 | $200.00 | 0 | $0.00 |
| 06/20/2024 | Other | DOC | Phone call with Claims Admin (1 minute) and finalize and email settlement agreement to opposing counsel | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |

| Date | Type | Matter | Description | Status | Rate | Hours | Amount | Exp | Exp Amt |
|---|---|---|---|---|---|---|---|---|---|
| 06/24/2024 | Correspondence | DOC | Emails with M. Fernandez and opposing counsel re settlement status | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 06/25/2024 | Phone Call | DOC | TC with Claims Administrator | Ready | $0 hr | 0.20 | $100.00 | 0 | $0.00 |
| 06/26/2024 | Draft | DOC | Work on motion papers | Ready | $0 hr | 1.80 | $900.00 | 0 | $0.00 |
| 06/27/2024 | Draft | DOC | Continue revising motion papers | Ready | $0 hr | 2.00 | $1,000.00 | 0 | $0.00 |
| 06/28/2024 | Draft | DOC | Continue working on approval motion | Ready | $0 hr | 1.00 | $500.00 | 0 | $0.00 |
| 07/01/2024 | Other | DOC | TCs with opposing counsel re settlement (9 minutes), TC with Plaintiff Ruddock re status (3 minutes), continue working on motion papers including declaration, TC and emails with expert re missing data, emails with opposing counsel re missing data and settlement papers | Ready | $0 hr | 1.10 | $550.00 | 0 | $0.00 |
| 07/02/2024 | Draft | DOC | Continue revising motion papers | Ready | $0 hr | 0.60 | $300.00 | 0 | $0.00 |
| 07/02/2024 | Meeting | DOC | Meeting with J. Abelove re settlement | Ready | $0 hr | 1.00 | $500.00 | 0 | $0.00 |
| 07/03/2024 | Phone Call | DOC | TC with Omar Malcolm re settlement agreement and executing same | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 07/05/2024 | Other | DOC | Review email from client, collate agreement, and email with opposing counsel with same | Ready | $0 hr | 0.10 | $50.00 | 0 | $0.00 |
| 07/08/2024 | Other | DOC | TC with Annabel Stanley (1 minute), revise declaration, emails with opposing counsel | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 07/09/2024 | Other | DOC | TC with expert (5 minutes), TC with opposing counsel re time records (23 minutes), | Ready | $0 hr | 0.50 | $250.00 | 0 | $0.00 |
| 07/10/2024 | Other | DOC | Teams Meeting with opposing counsel re payroll records (16 min), TC with expert re records (10 minutes), continue working on settlement motion, correspondence with collective members and potential collective members re status | Ready | $0 hr | 0.90 | $450.00 | 0 | $0.00 |
| 07/11/2024 | Correspondence | DOC | Emails with Settlement Plaintiffs and others regarding status of litigation | Ready | $0 hr | 0.30 | $150.00 | 0 | $0.00 |
| 07/12/2024 | Other | DOC | Revise settlement documents, TC with Annabel Stanley re edits (3 minutes), meeting with J. Abelove re settlement and finalizing submission (121 minutes) | Ready | $0 hr | 3.90 | $1,950.00 | 0 | $0.00 |
| 07/14/2024 | Draft | DOC | Revise my declaration in support of motion | Ready | $0 hr | 0.90 | $450.00 | 0 | $0.00 |
| 07/15/2024 | Draft | DOC | Finalize settlement approval motion | Ready | $0 hr | 2.50 | $1,250.00 | 0 | $0.00 |
| | | | | Total Labor For Paul Pagano | | 217.60 | $108,725.00 | 0.00 | $0.00 |
| | | | | Total Expense For Paul Pagano | | | | $0.00 | $0.00 |
| | | | | Total For Paul Pagano | | | | | $0.00 |
| | | | | Total Labor For DOC | | 217.60 | $108,725.00 | 0.00 | $0.00 |
| | | | | Total Expense For DOC | | | | $0.00 | $0.00 |
| | | | | Total For DOC | | | | | $0.00 |
| | | | | Grand Total Labor | | 217.60 | $108,725.00 | 0.00 | $0.00 |
| | | | | Grand Total Expenses | | | | $0.00 | $0.00 |
| | | | | Grand Total | | | | | $0.00 |