| Date | User | Matter Number | Work Type | Description | Actual |
|---|---|---|---|---|---|
| 7/28/2023 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Review | Review Answer to Amended Complaint filed by defendants | 1.5 |
| 11/18/2022 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Telephone conference | Tel conf with potential opt-in R. D'Agostino re: consent to join form and procedure for completing same if interested in joining | 0.2 |
| 11/15/2022 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Telephone conference | Tel conf with potential opt-in S. Hobbs re: consent to join form and procedure for completing same if interested in joining, as well as to discuss possible other issues with his employment with the DOC | 0.3 |
| 11/14/2022 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Telephone conference | Tel conf with potential opt-in T. Camparato re: consent to join form and procedure for completing same if interested in joining | 0.2 |
| 11/8/2022 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Draft | Continue draft of MOL in opposition to the defendant's motion to dismiss for additional arguments demonstrating willfulness in the SAC, as well as to argue that the claims should be governed by three years based on equitable tolling and this being a collective action, as well as to argue that the issue may be premature to decide on the pleadings as defendant put its knowledge at issue in the moving papers | 2.2 |
| 11/7/2022 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Draft | Legal research re: cases subsequent to the holding in Whiteside and for whether the statute of limitations under the FLSA should be decided on an MTD or at the conclusion of discovery to argue that defendant's motion is premature; being draft of MOL in opp to defendant's MTD | 3.7 |
| 11/3/2022 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Review | Review the file, including the Complaint, FAC and SAC filed with the Court, and defendant's motion to dismiss and cases cited therein; review motions on reconsideration filed in the case; draft outline for opposition to defendant's MTD the SAC | 1.5 |
| 10/3/2022 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Review | Review proposed claim form, proposed notice and notice of motion for conditional certification from co-counsel | 1.1 |

| Date | Attorney | Matter | Type | Description | Hours |
|---|---|---|---|---|---|
| 9/13/2022 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Review | Review proposed letter requesting status conference with the Court, including defendants' counsel's proposed changes thereto | 0.5 |
| 4/13/2022 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Review | Review defendants' opposition papers and co-counsel's proposed reply MOL in further support of reconsideration and provide comments thereto | 1.9 |
| 4/4/2022 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Review | Review notice of motion, proposed Second Amended Complaint, Declaration in support and supporting MOL for reconsideration; correspondence with co-counsel re: proposed motion | 3.4 |
| 3/9/2022 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Review | Review proposed letter to the Court from P. Pagano re: request for reconsideration and to amend the Complaint; tel conf and correspondence with co-counsel re: approval of the letter for filing | 0.5 |
| 3/8/2022 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Review | Review Court Order denying the defendants' motion to dismiss but limiting the FLSA statute of limitations to two years based on the lack of allegations of wilfullness in the FAC; tel conf with P. Pagano re: the matter and proceeding with a motion to amend and/or for reconsideration based on the information provided by the plaintiff in opposition to the motion to dismiss | 0.9 |
| 2/15/2022 | Yale Pollack | 2022-00205-Malcolm v. Dep't of Corrections | Review | Review Reply memorandum of law on motion for conditional cortication and provide comments thereto | 2.3 |
| TOTAL | | | | | 20.2 |