# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
(212) 972-3213 Fax
jacksonlewis.com

DIRECT DIAL: (212) 545-4005
EMAIL: ADAM.GROSS@JACKSONLEWIS.COM

July 30, 2024

**VIA ECF**
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

                                                **Re:**    **Malcom et al. v. City of New York**
                                                           **1:20-CV-09641-ALC**

Dear Judge Carter:

      We represent Defendant City of New York ("Defendant") in the above referenced case and write in response to the Court's July 26, 2024 order directing Paul Pagano to respond to the July 25, 2024 letter of the Moser Law Firm.

      Defendant has no intention of interjecting itself into this dispute between Plaintiffs' counsel and Mr. Moser. However, as Mr. Moser seeks to delay the settlement approval process and purports to call into question the fairness of the settlement, we write to state Defendant has no knowledge of Mr. Steven Moser, and has not communicated with him at any point in time since being retained by the City on August 9, 2023. (Dkts. 142, 143, and 144.)

      This settlement was the product of arms-length negotiation, with the help of a court-appointed mediator, and for the reasons set forth in the Parties' approval papers, is fair and reasonable.

                                                                             Sincerely,

                                                                             Adam S. Gross

Cc: Counsel of Record

4881-2387-9124, v. 1