UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| OMAR MALCOLM, et al., individually and on behalf of all other persons similarly situated., | : : : : |
| Plaintiffs, | : 1:20-cv-09641 (ALC) (JLC) : : |
| -against- | : **ORDER TERMINATING** : **COUNSEL** : |
| THE CITY OF NEW YORK, | : |
| Defendant. | : |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Based upon the plaintiffs' decision to terminate Steven Moser in February 2022, this Court grants Jason Abelove and Paul Pagano's request to terminate Steven Moser as counsel for this case. The Clerk of Court is respectfully requested to terminate ECF No. 172 and remove Steven Moser as the designated counsel of record.

**SO ORDERED.**

**Dated:   August 8, 2024**
          **New York, NY**                                                                **ANDREW L. CARTER, JR.**
                                                                                          **United States District Judge**