UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR MALCOLM, et al., individually and on behalf of all other persons similarly situated,<br><br>      *Plaintiffs*,<br><br>  -against-<br><br>THE CITY OF NEW YORK,<br><br>      *Defendant*. | 20-cv-09641 (ALC) (SDA)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court hereby orders the Law Office of Jason L. Abelove, P.C. and Law Office of Paul A. Pagano, P.C. to file a status report regarding the attorney's fees dispute with Moser Law Firm on or before **September 10, 2024**.

**SO ORDERED.**

**Dated: August 23, 2024**
   New York, New York

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**