UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------  x
                                                             :
**OMAR MALCOLM, ET AL.,**                                    :
**INDIVIDUALLY AND ON BEHALF OF**                            :
**ALL OTHER PERSONS SIMILARLY**                              :
**SITUATED,**                                                :
                                                             :
                     **Plaintiff,**   :   **1:20-cv-09641 (ALC)**
                                                             :
           **-against-**                             :   **ORDER**
                                                             :
**THE CITY OF NEW YORK,**                                    :
                                                             :
                     **Defendants.**
-----------------------------------------------------------  x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' settlement agreement and accompanying motion to approve the Collective Action Settlement Agreement filed on July 15, 2024. ECF No. 168. Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. As requested, this Court will maintain jurisdiction to oversee compliance with the settlement. The Clerk of Court is directed to terminate ECF No. 166 and ECF No. 168.

**SO ORDERED.**

**Dated**:   August 28, 2024
            New York, New York

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**