UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR MALCOLM, et al., individually and on behalf of all other persons similarly situated,<br><br>     *Plaintiffs*,<br><br> -against-<br><br>THE CITY OF NEW YORK,<br><br>     *Defendant*. | 20-cv-09641 (ALC) (SDA)<br><br>**ORDER** |

**ANDREW L. CARTER, JR.,** United States District Judge:

 The Court hereby orders the parties to file a joint status report on or before **December 18, 2024**.

**SO ORDERED.**

Dated: September 16, 2024
  New York, New York

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**