UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR MALCOLM, et al., individually and on behalf of all other persons similarly situated,<br><br>      *Plaintiffs*,<br> -against-<br><br>THE CITY OF NEW YORK,<br><br>      *Defendant.* | 20-cv-09641 (ALC) (SDA)<br><br>**AMENDED CONFERECE ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court will hold a telephone conference in this action on Wednesday, February 26, 2025 at 3:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated: February 24, 2025**
   New York, New York

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**