UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

OMAR MALCOLM, et al., individually and on behalf of all other persons similarly situated,

          *Plaintiff*,

    -against-

THE CITY OF NEW YORK,

          *Defendant*.

------------------------------------------------------------------- x

**1:20-CV-09641 (ALC)**

**ORDER OF ADJOURNMENT**

**ANDREW L. CARTER, JR., District Judge:**

The previously scheduled telephone conference on Wednesday, February 26, 2025 is adjourned.

**SO ORDERED.**

**Dated:**   **February 26, 2025**
         **New York, New York**

                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**