**MEMO ENDORSED**

# MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

March 11, 2025

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __March 11, 2025__

Hon. Andrew L. Carter, USDJ
United States District Court, SDNY
40 Foley Square, Rm 435
New York, NY 10007

Re:    *Malcolm v City of New York,* Case No. 20-cv-9641

Dear Judge Carter:

With the consent of the attorneys for the Plaintiffs, I respectfully request a mutual extension of the time to submit letter briefs in response to the Court's most recent order from March 11, 2025 until 5:00 PM on March 14, 2025.

Respectfully submitted,

*Steven J. Moser*

Steven J. Moser

CC:    All counsel of record via ECF

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 11, 2025
New York, NY