

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

## Law Office of Paul A. Pagano, P.C.

By Email and First Class Mail
Steven J. Moser, Esq.
Moser Law Firm, P.C.
5 E Main Street
Huntington, NY 11743

Dear Mr. Moser;

I am advised that you and Mr. Pagano are no longer working together. As you know, we came to your firm because of Mr. Pagano and we intend to follow him to the Law Office of Paul A. Pagano, P.C. and any new firm he chooses to associate with. By this letter, we are instructing you to cease any further work on our file and direct you to get the file ready to transfer to Mr. Pagano. It is our intent to execute a "Consent to Change Attorney" as soon as possible and we will send you same once it is signed. Finally, I ask that any communication you may have between you and I go through Mr. Pagano.

Thank you for your anticipated cooperation in this regard.

Dated: 2-8-22
_____
Omar Malcolm

Dated: 2/9/22
_____
Carolyn Maraj

Dated: 2/7/22
_____
Shirlene Blair

Dated: 2-7-22
_____
Monique Johnson

Dated: 2/8/22
_____
Brice Williams

Dated: 2/9/22
_____
Anthony Aponte

Dated: 2/8/22
_____
Shakiyna Espino

Dated: 2/7/22
_____
Roberto Fernandez

Dated: 2/8/22
_____
Vlajemy Francois

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.

Dated: 2/7/22 — Huziran Mozeb

Dated: 2/9/22 — David Ruddock

Dated: 2/7/22 — Karven Alcindor

Dated: 2/8/22 — Deryck Charles

Dated: 2/9/22 — Latif Cornelius

Dated: 2/8/22 — Lanae Curry

Dated: 2-7-22 — Jose DeJesus

Dated: 2-8-22 — Crystal Garnett

Dated: 2/9/22 — Chantel Gouveia

Dated: 2/8/22 — April Herney-Kosakowski

Dated: 2-8-22 — Tamelle Hilliard

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

Law Office of Paul A. Pagano, P.C.

Dated: 2/7/22

_____
Yolanda Holmes

Dated: 2/9/22

_____
Keysha Lewis

Dated: 2/9/22

_____
Zhihui Pu

Dated: 2/9/22

_____
Myrline Ulysses