

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

March 20, 2025

**VIA ECF**

Hon. Andrew L. Carter, USDJ
United States District Court, SDNY
40 Foley Square, Rm 435
New York, NY 10007

    Re:    *Malcolm v City of New York,* Case No. 20-cv-9641

Dear Judge Carter:

    With the consent of the attorneys for the Plaintiffs, I respectfully request a mutual extension of the time to submit responses to the Court's most recent order from March 20th, 2025 until 5:00PM on Tuesday March 25th, 2025.

    Respectfully submitted,

    *Steven J. Moser*

    Steven J. Moser

CC:    All counsel of record via ECF