UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR MALCOLM, et al., individually and on behalf of all other persons similarly situated,<br><br>     *Plaintiffs*,<br><br> -against-<br><br>THE CITY OF NEW YORK,<br><br>     *Defendant.* | 20-cv-09641 (ALC) (SDA)<br><br>**<u>CONFERECE ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court will hold a status conference in this action on **Tuesday, September 23, 2025 at 3:30 PM Eastern Time**. Attorneys Moser and Pagano (together "Counsel") shall appear in person at Room 444, United States Courthouse, 40 Foley Square, in the City, County and State of New York. Counsel should be prepared to address the pending fee dispute. In advance of the conference, Counsel shall file a joint status report no later than **Thursday, September 18, 2025**. The report should provide the court with an update on the status of the fee dispute, including an update on any settlement discussions.

**SO ORDERED.**

Dated: September 3, 2025
   New York, New York

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**