UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR MALCOLM, et al., individually and on behalf of all other persons similarly situated,<br><br>      *Plaintiffs*,<br><br> -against-<br><br>THE CITY OF NEW YORK,<br><br>      *Defendant*. | 20-cv-09641 (ALC) (SDA)<br><br>**AMENDED CONFERECE ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The status conference previously scheduled for September 25, 2025 at 12:30 PM ET is hereby ADJOURNED to October 9, 2025 at 12:30 PM ET.

**SO ORDERED.**

Dated: September 24, 2025
  New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**