UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMAR MALCOLM, et al., individually and on behalf of all other persons similarly situated,

                *Plaintiffs*,

-against-

THE CITY OF NEW YORK,

                *Defendant*.

20-cv-09641 (ALC) (SDA)

**ORDER OF ADJOURNMENT**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that the fee dispute in this case has been resolved, it is hereby **ORDERED** that the status conference scheduled for October 9, 2025 at 12:30 PM ET is **ADJOURNED** *sine die*.

**SO ORDERED.**

Dated: September 26, 2025
      New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**